# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| _Guillermo Camarillorazo_ | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: 7:20cv00098-MCR-GRJ |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in _In re: 3M Combat Arms Earplug Products Liability Litigation_ on September 20, 2019. Pursuant to Pretrial Order No. 17____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.    DEFENDANTS

1.    Plaintiff(s) name(s) the following Defendants in this action:

    X_____    3M Company

    X_____    3M Occupational Safety LLC

    X_____    Aearo Holding LLC

    X_____    Aearo Intermediate LLC

    X_____    Aearo LLC

    X_____    Aearo Technologies LLC

## II.    PLAINTIFF(S)

2.    Name of Plaintiff:

Guillermo Camarillorazo

3.    Name of spouse of Plaintiff (if applicable to loss of consortium claim):

N/A

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

N/A

2

5.      State(s) of residence of Plaintiff(s):

> Texas

## III.   JURISDICTION

6.      Basis for jurisdiction (diversity of citizenship or other):

> Diversity

7.      Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> United States District Court for the Western District of Texas, El Paso Division

## IV.   USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8.      Plaintiff used the Dual-Ended Combat Arms Earplug:

   X      Yes

         No

## V.   INJURIES

9.      Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

   X      Hearing loss

         Sequelae to hearing loss

   X      Other [specify below]

> Tinnitus

## VI.   CAUSES OF ACTION

10.   Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

X_____   Count I – Design Defect – Negligence

X_____   Count II – Design Defect – Strict Liability

X_____   Count III – Failure to Warn – Negligence

X_____   Count IV – Failure to Warn – Strict Liability

X_____   Count V – Breach of Express Warranty

X_____   Count VI – Breach of Implied Warranty

X_____   Count VII – Negligent Misrepresentation

X_____   Count VIII – Fraudulent Misrepresentation

X_____   Count IX – Fraudulent Concealment

X_____   Count X – Fraud and Deceit

X_____   Count XI – Gross Negligence

X_____   Count XII – Negligence Per Se

X_____   Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____   Count XIV – Loss of Consortium

X_____   Count XV – Unjust Enrichment

X_____   Count XVI – Punitive Damages

4

<u>  X    </u>        Count XVII – Other [specify below]

> Defendants engaged in a course of conduct that constitutes a violation of §32.46 of the Texas Penal Code. Defendants knowingly secured execution of a Medical Procurement Item Description ("MPID") for Combat Arms Earplugs, version 2, by deception.

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

> Defendants were aware that appropriate testing, yielding certain results, was required in order to secure the MPID. Defendants made affirmative statements to the U.S. government, prior to the execution of the MPID, that the necessary testing had been performed and that the results were consistent with the MPID requirements, while failing to disclose results that were not consistent. Defendants' statements, which they knew to be untrue, and their conduct created a false impression of fact that led to the execution of the MPID. These statements and actions were made with the full knowledge and authorization of Defendants' principals and the conduct constitutes a felony violation of the Texas Penal Code.

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:



**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 10/13/2021

/s/ Keith M. Jensen

Keith M. Jensen
Texas State Bar No. 10646600
1024 N. Main Street
Fort Worth, Texas 76164
Telephone:  817-334-0762
kj@jensen-law.com

Thomas W. Pirtle (admitted PHV)
Texas State Bar No. 16038610
Buffy K. Martines (admitted PHV)
Texas State Bar No. 24030311
Laminack, Pirtle & Martines LLP
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Telephone:  713-292-2750
Facsimile:  713-292-2755
tomp@lpm-triallaw.com
buffym@lpm-triallaw.com