# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| *Camarillorazo*, 7:20cv98 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 1

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the below witness depositions:

1. Camarillo, Ruby (1/25/2021)

2. Campanella, Aaron (1/29/2021)

3. Glick, Piper Christie (3/19/2019)

4. McGinley, Brian (12/20/2019)

5. McKissick, Margaret (4/23/2021)

6. Rosario-Rivera, David (2/8/2021)

**SO ORDERED**, on this 31st day of October, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

# Camarillo, Ruby (2021-01-25)

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **9:4 - 9:6   Camarillo, Ruby (2021-01-25)** | | | | |
| 9 4   Can you please state your full | | | | |
| 9 5   name for the record? | | | | |
| 9 6   A.  Ruby Inella Camarillo. | | | | |
| **15:18 - 16:4   Camarillo, Ruby (2021-01-25)** | | | | |
| 15 18   Ms. Camarillo, before we went off the | | | | |
| 15 19   record, I believe I was asking you to | | | | |
| 15 20   describe your educational background. | | | | |
| 15 21   And would you mind doing that again for | | | | |
| 15 22   me, please? | | | | |
| 15 23   A.  That's fine. | | | | |
| 16 1   I have an associate's degree in | | | | |
| 16 2   law enforcement, criminal justice law | | | | |
| 16 3   enforcement.  I have two certificate | | | | |
| 16 4   degrees in business management. | | | | |
| **16:14 - 16:18   Camarillo, Ruby (2021-01-25)** | | | | |
| 16 14   Q.  I want to shift gears a little | | | | |
| 16 15   bit and talk about your relationship with | | | | |
| 16 16   Mr. Camarillo.  When did you two get | | | | |
| 16 17   married? | | | | |
| 16 18   A.  We got married April 18th, 2005. | | | | |
| **17:6 - 17:21   Camarillo, Ruby (2021-01-25)** | | | **Re: [17:6-17:21]** | **SUSTAINED** |
| 17 6   Q.  Ms. Camarillo, what did you do | | | Improper Clarification Counter | |
| 17 7   to prepare for your deposition today? | | | | |
| 17 8   A.  I just had a brief phone call | | | | |
| 17 9   with counsel. | | | | |
| 17 10   Q.  And who would that be that you | | | | |
| 17 11   had the phone call with? | | | | |
| 17 12   A.  Ms. Amanda, and I can't remember | | | | |
| 17 13   the other young lady's name. | | | | |
| 17 14   Q.  No -- no problem.  I won't -- I | | | | |
| 17 15   won't hold you to a -- to a name test. | | | | |
| 17 16   "Ms. Amanda" works fine. | | | | |
| 17 17   Did you review any documents | | | | |
| 17 18   during your phone call with I'll call her | | | | |
| 17 19   Ms. Hunt? | | | | |
| 17 20   A.  Yes.  I reviewed I believe it | | | | |

| | | | | |
|---|---|---|---|---|
| 17 21 | was a subpoena that was sent over. | | | |
| **18:21 - 19:21** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [18:21-19:21]** | **SUSTAINED** |
| 18 21 | Q.   All right.  So, Ms. Camarillo, I | | | Improper Clarification Counter | |
| 18 22 | want to actually pull up a document that | | | | |
| 18 23 | I -- I think Ms. Hunt sent you via | | | | |
| 19 1 | e-mail.  Do you have access to your | | | | |
| 19 2 | e-mail before you? | | | | |
| 19 3 | A.   Yes. | | | | |
| 19 4 | Q.   And if you could please pull up | | | | |
| 19 5 | the document that is entitled "2021-01-19 | | | | |
| 19 6 | Subpoena to Produce Documents (Ruby | | | | |
| 19 7 | Camarillo)." | | | | |
| 19 8 | A.   Okay. | | | | |
| 19 9 | Q.   And, Ms. Camarillo, can you take | | | | |
| 19 10 | a moment to see if you've reviewed this | | | | |
| 19 11 | document before? | | | | |
| 19 12 | (Witness reviews document.) | | | | |
| 19 13 | A.   Yes. | | | | |
| 19 14 | Q.   Okay.  And if you wouldn't mind | | | | |
| 19 15 | turning to the very last page of this | | | | |
| 19 16 | document, at the top it says, "Request | | | | |
| 19 17 | For Production," and then at the bottom, | | | | |
| 19 18 | there should be a number 5.  If you could | | | | |
| 19 19 | let me know when you're there, that would | | | | |
| 19 20 | be great. | | | | |
| 19 21 | A.   Yes, I see it.  I'm there. | | | | |
| **21:3 - 21:9** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [21:3-21:9]** | **SUSTAINED** |
| 21 3 | Q.   Request for Production No. 4 | | | Improper Clarification Counter | |
| 21 4 | asks for all photographs of Mr. Camarillo | | | | |
| 21 5 | wearing hearing protection devices.  Do | | | | |
| 21 6 | you have any photographs in your | | | | |
| 21 7 | possession of Mr. Camarillo wearing | | | | |
| 21 8 | hearing protection devices? | | | | |
| 21 9 | A.   No, ma'am. | | | | |
| **21:10 - 21:21** | **Camarillo, Ruby (2021-01-25)** | | | | |
| 21 10 | Q.   Are you familiar or have you | | | | |
| 21 11 | ever observed Mr. Camarillo wearing | | | | |
| 21 12 | hearing protection devices during the | | | | |
| 21 13 | time that you've known him? | | | | |

| | | | | |
|---|---|---|---|---|
| 21 14 | A.  No, ma'am.  I do not recall, to | | | |
| 21 15 | be honest. | | | |
| 21 16 | Q.  Okay.  So as far as you can | | | |
| 21 17 | recall, you don't remember observing Mr. | | | |
| 21 18 | Camarillo ever wearing hearing protection | | | |
| 21 19 | devices.  Is that a better way to state | | | |
| 21 20 | it? | | | |
| 21 21 | A.  Right.  Yes. | | | |
| **24:2 - 24:13** | **Camarillo, Ruby (2021-01-25)** | | | |
| 24 2 | Q.  Ms. Camarillo, when did you | | | |
| 24 3 | first meet Mr. Camarillo? | | | |
| 24 4 | A.  I believe we met in -- I don't | | | |
| 24 5 | recall if it was 2004, approximate date. | | | |
| 24 6 | Q.  And where did you guys meet? | | | |
| 24 7 | A.  Online. | | | |
| 24 8 | Q.  And recognizing that you met | | | |
| 24 9 | online in August of 2004, when was it | | | |
| 24 10 | that you first, I guess, spoke by phone | | | |
| 24 11 | or in person? | | | |
| 24 12 | A.  The same month that we met for a | | | |
| 24 13 | date. | | | |
| **24:18 - 25:3** | **Camarillo, Ruby (2021-01-25)** | | | |
| 24 18 | Q.  Okay.  And how often from the | | | |
| 24 19 | time of August 2004 up until when you all | | | |
| 24 20 | got married did you interact with Mr. | | | |
| 24 21 | Camarillo? | | | |
| 24 22 | A.  Quite often. | | | |
| 24 23 | Q.  How would you describe "quite | | | |
| 25 1 | often"? | | | |
| 25 2 | A.  Either every day or every other | | | |
| 25 3 | day. | | | |
| **25:8 - 25:19** | **Camarillo, Ruby (2021-01-25)** | | | |
| 25 8 | Q.  Sure.  So, I know that you all | | | |
| 25 9 | met online, but where did you actually | | | |
| 25 10 | meet up in person? | | | |
| 25 11 | A.  On the military base.  I worked | | | |
| 25 12 | for the -- the government at that time. | | | |
| 25 13 | Q.  What military base did you work | | | |
| 25 14 | at? | | | |

| | | | | |
|---|---|---|---|---|
| 25 15 | A.  Fort Hood. | | | |
| 25 16 | Q.  And what was your responsibility | | | |
| 25 17 | or job there? | | | |
| 25 18 | A.  I was a sergeant security guard | | | |
| 25 19 | that manned the gates and -- | | | |
| **25:23 - 26:1** | **Camarillo, Ruby (2021-01-25)** | | | |
| 25 23 | THE WITNESS:  Inspected all the | | | |
| 26 1 | buildings for threats at Fort Hood. | | | |
| **26:8 - 26:10** | **Camarillo, Ruby (2021-01-25)** | | | |
| 26 8 | Q.  How long did you serve as a | | | |
| 26 9 | sergeant security guard there? | | | |
| 26 10 | A.  Three years. | | | |
| **27:3 - 27:7** | **Camarillo, Ruby (2021-01-25)** | | | |
| 27 3 | So, you worked for three years as a | | | |
| 27 4 | sergeant security guard, and then after | | | |
| 27 5 | that, you went to work at a credit union; | | | |
| 27 6 | is that correct? | | | |
| 27 7 | A.  That's correct. | | | |
| **27:16 - 29:10** | **Camarillo, Ruby (2021-01-25)** | | **Re: [27:16-29:10]** | **SUSTAINED** |
| 27 16 | Q.  And was this also in the Fort | | 401 (Relevance) | |
| 27 17 | Hood area or nearby? | | | |
| 27 18 | A.  Yes.  Killeen. | | | |
| 27 19 | Q.  Where did you go after the | | | |
| 27 20 | credit union? | | | |
| 27 21 | A.  Baylor Scott & White Medical. | | | |
| 27 22 | Q.  And how long were you there for? | | | |
| 27 23 | A.  Ten years. | | | |
| 28 1 | Q.  So that was until just recently | | | |
| 28 2 | then or the last year or so; correct? | | | |
| 28 3 | A.  Correct. | | | |
| 28 4 | Q.  And what was your job | | | |
| 28 5 | responsibilities there? | | | |
| 28 6 | A.  Supervisor of clinic operations. | | | |
| 28 7 | Q.  And is Baylor also in the | | | |
| 28 8 | Killeen area? | | | |
| 28 9 | A.  Yes, ma'am. | | | |
| 28 10 | Q.  Thank you.  I apologize, I'm not | | | |
| 28 11 | super familiar with Texas geography, so | | | |
| 28 12 | the other folks on the record might be | | | |

| | | | | |
|---|---|---|---|---|
| 28 13 | more familiar. | | | |
| 28 14 | So -- so, after Baylor, where | | | |
| 28 15 | did you end up going? | | | |
| 28 16 | A.  Worked for myself, started my | | | |
| 28 17 | own business. | | | |
| 28 18 | THE VIDEOGRAPHER:  Ms. -- Ms. | | | |
| 28 19 | Ruby, I'm sorry, could you tilt your | | | |
| 28 20 | camera down a little bit so we can see | | | |
| 28 21 | your full face?  Thank you, ma'am. | | | |
| 28 22 | THE WITNESS:  No problem. | | | |
| 28 23 | Q.  And so, starting in around 2020, | | | |
| 29 1 | you started working for yourself.  Is | | | |
| 29 2 | that fair? | | | |
| 29 3 | A.  Yes. | | | |
| 29 4 | Q.  And may I ask what you currently | | | |
| 29 5 | do? | | | |
| 29 6 | A.  Yes.  I contract with -- | | | |
| 29 7 | THE COURT REPORTER:  I'm sorry. | | | |
| 29 8 | Could you repeat that. | | | |
| 29 9 | THE WITNESS:  I own a fleet of | | | |
| 29 10 | delivery trucks. | | | |
| **29:14 - 30:7** | **Camarillo, Ruby (2021-01-25)** | | | Re: [29:14-30:7] | **SUSTAINED** |
| 29 14 | far afield there, but -- so back to when | | | Improper Clarification Counter | |
| 29 15 | you met Mr. Camarillo in August of 2004, | | | | |
| 29 16 | you were saying that you saw him almost | | | | |
| 29 17 | daily or every other day because you were | | | | |
| 29 18 | both at Fort Hood?  Is that correct? | | | | |
| 29 19 | A.  Yes.  But I seen him after | | | | |
| 29 20 | hours, but yes. | | | | |
| 29 21 | Q.  Okay.  So you didn't interact on | | | | |
| 29 22 | base on the job.  It was more when you | | | | |
| 29 23 | guys, you know, sort of went home and | | | | |
| 30 1 | were done with the day for work.  Is that | | | | |
| 30 2 | fair? | | | | |
| 30 3 | A.  Correct. | | | | |
| 30 4 | Q.  Okay.  At some point, did you | | | | |
| 30 5 | and Mr. Camarillo start to live together? | | | | |
| 30 6 | A.  Yes.  Approximately -- I believe | | | | |
| 30 7 | approximately February of '05. | | | | |

**32:12 - 34:16   Camarillo, Ruby (2021-01-25)**

32 12      off was I was asking when you -- when you
32 13      started living with Mr. Camarillo.  And
32 14      when was that?
32 15      A.   We started staying together
32 16      approximately February of '05, I believe.
32 17      That's approximate date.
32 18      Q.   And was that also in the Killeen
32 19      area?
32 20      A.   Yes.
32 21      Q.   And have you and Mr. Camarillo
32 22      always lived together in the Killeen area
32 23      since then?
33 1       A.   We have.  But he actually left
33 2       on several deployments, and he actually
33 3       had PCS prior to our daughter graduating
33 4       from high school to Fort Benning,
33 5       Georgia, and I stayed back with my
33 6       daughter.
33 7       Q.   Okay.  So other than during his
33 8       deployments and the time in which he
33 9       PCS'd to Fort Benning, you and Mr.
33 10      Camarillo had always lived in Killeen.
33 11      Is that right?
33 12      A.   Yes.
33 13      Q.   Do you recall approximately when
33 14      it was that Mr. Camarillo was at Fort
33 15      Benning?
33 16      A.   Approximately, I think he --
33 17      approximately, he left in '14.  I'm --
33 18      I'm guesstimating.  I think around 2014.
33 19      And then he came back I believe in '17 or
33 20      '18.
33 21      Q.   And so, during the time period
33 22      from 2014, approximately, to 2017 or
33 23      2018, how often did you see Mr.
34 1       Camarillo?
34 2       A.   Every day.
34 3       Q.   How did you see Mr. Camarillo

| | | | | |
|---|---|---|---|---|
| 34 4 | every day?  Was it a FaceTime, Skype | | | |
| 34 5 | situation?  Or how did that work? | | | |
| 34 6 | A.   Yes.  FaceTime because my son | | | |
| 34 7 | actually was with him. | | | |
| 34 8 | Q.   And then when Mr. Camarillo was | | | |
| 34 9 | deployed, how often would you communicate | | | |
| 34 10 | with him? | | | |
| 34 11 | A.   During deployments, it varied, | | | |
| 34 12 | especially during the first one. | | | |
| 34 13 | Probably once the first six months or | | | |
| 34 14 | something like that.  Towards the last | | | |
| 34 15 | few deployments, we probably talked maybe | | | |
| 34 16 | once a week. | | | |
| **35:1 - 35:8** | **Camarillo, Ruby (2021-01-25)** | | | |
| 35 1 | So, when Mr. Camarillo was | | | |
| 35 2 | deployed, how often would you communicate | | | |
| 35 3 | with him? | | | |
| 35 4 | A.   During the first deployment, | | | |
| 35 5 | maybe once every six months.  But the | | | |
| 35 6 | last couple of deployments, it was | | | |
| 35 7 | approximately once a week, once or twice | | | |
| 35 8 | a week. | | | |
| **35:9 - 35:15** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [35:9-35:15]** | **OVERRULED** |
| 35 9 | Q.   And during those deployments, | | | **Improper Clarification Counter** | |
| 35 10 | the -- either the first or last, was it | | | | |
| 35 11 | always communication by phone, or was | | | | |
| 35 12 | there another means by which you could | | | | |
| 35 13 | communicate with him? | | | | |
| 35 14 | A.   With Georgia, he was by phone or | | | | |
| 35 15 | e-mail but mostly by phone. | | | | |
| **35:16 - 35:20** | **Camarillo, Ruby (2021-01-25)** | | | | |
| 35 16 | Q.   Ms. Camarillo, when did you | | | | |
| 35 17 | first learn that Mr. Camarillo had | | | | |
| 35 18 | hearing loss? | | | | |
| 35 19 | A.   I actually do not recall the | | | | |
| 35 20 | exact date or time. | | | | |
| **35:21 - 36:7** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [35:21-36:7]** | **SUSTAINED** |
| 35 21 | Q.   Do you have an approximation or | | | **Improper Clarification Counter** | |
| 35 22 | a -- or a general sense of when you would | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 23 | have learned it, recognizing you may not | | | | |
| 36 1 | know the exact date or -- or time? | | | | |
| 36 2 | A. I do not at this time. I do not | | | | |
| 36 3 | recall. | | | | |
| 36 4 | Q. When you first met Mr. Camarillo | | | | |
| 36 5 | in August of 2004, do you recall him | | | | |
| 36 6 | having hearing loss at that point? | | | | |
| 36 7 | A. I do -- I do not recall. | | | | |
| **37:3 - 38:3** | **Camarillo, Ruby (2021-01-25)** | | | | |
| 37 3 | Was there any period of time | | | | |
| 37 4 | that you knew Mr. Camarillo where you did | | | | |
| 37 5 | not know he had hearing loss? | | | | |
| 37 6 | A. At the beginning of the | | | | |
| 37 7 | relationship. | | | | |
| 37 8 | Q. And so, other than at the | | | | |
| 37 9 | beginning of the relationship, do you | | | | |
| 37 10 | have any other recollection of when you | | | | |
| 37 11 | sort of came to learn this information | | | | |
| 37 12 | about his hearing loss? | | | | |
| 37 13 | A. I do not recall the exact date, | | | | |
| 37 14 | but I do recall conversations where I | | | | |
| 37 15 | thought he was ignoring me. | | | | |
| 37 16 | Q. And when do you first remember | | | | |
| 37 17 | that happening? | | | | |
| 37 18 | A. I do not recall the exact date, | | | | |
| 37 19 | but I know it was after we moved in | | | | |
| 37 20 | together, so -- because before, we were | | | | |
| 37 21 | on the phone. But once we moved in | | | | |
| 37 22 | together is when I kind of noticed when | | | | |
| 37 23 | the kids were around him, if I say | | | | |
| 38 1 | something, if I'm on the couch and he's | | | | |
| 38 2 | in the kitchen, I just thought he was | | | | |
| 38 3 | ignoring me. | | | | |
| **38:9 - 39:21** | **Camarillo, Ruby (2021-01-25)** | | | | **Re: [38:19-39:3]** | **OVERRULED** |
| 38 9 | Starting in approximately | | | | 802 (Hearsay) |
| 38 10 | February of 2005 when you moved in | | | | |
| 38 11 | together, that's when you first started | | | | |
| 38 12 | to notice that maybe he was having | | | | |
| 38 13 | difficulty with hearing? | | | | |

| | | | | |
|---|---|---|---|---|
| 38 14 | A.  Approximately, yes. | | | |
| 38 15 | Q.  Had Mr. Camarillo ever | | | |
| 38 16 | complained to you about his hearing loss? | | | |
| 38 17 | A.  He had, but I do not recall the | | | |
| 38 18 | exact dates. | | | |
| 38 19 | Q.  Do you recall what he sort of | | | |
| 38 20 | told you about his hearing loss when he | | | |
| 38 21 | has talked to you about it? | | | |
| 38 22 | A.   Just when I would get mad | | | |
| 38 23 | because he wasn't responding, and he | | | |
| 39 1 | would just make comments like, "I didn't | | | |
| 39 2 | hear you."  That's approximately how far | | | |
| 39 3 | it went with me. | | | |
| 39 4 | Q.  Other than those types of | | | |
| 39 5 | communications, have there been any more | | | |
| 39 6 | detailed conversations about Mr. | | | |
| 39 7 | Camarillo's hearing loss? | | | |
| 39 8 | A.  Only when I saw him with the | | | |
| 39 9 | hearing aids.  I didn't know what they | | | |
| 39 10 | were, and I almost threw them away. | | | |
| 39 11 | Q.   And do you recall approximately | | | |
| 39 12 | when you first saw the hearing aids? | | | |
| 39 13 | A.  I don't recall the exact -- when | | | |
| 39 14 | I first noticed them, but I do know that | | | |
| 39 15 | he had been wearing them quite a bit, and | | | |
| 39 16 | that's when he had them on the sink, and | | | |
| 39 17 | I didn't know that's what it was.  I just | | | |
| 39 18 | thought it was part of military gear. | | | |
| 39 19 | And I was going to ask were they're any | | | |
| 39 20 | good, to throw them away, and he said, | | | |
| 39 21 | "No, no, that's for my ears." | | | |
| **39:22 - 40:6** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [39:22-40:6]** **OVERRULED** |
| 39 22 | So I didn't know what it was, | | | **Improper Clarification Counter** |
| 39 23 | but I didn't -- I do not know the exact | | | |
| 40 1 | date. | | | |
| 40 2 | Q.  Do you know if it was before or | | | |
| 40 3 | after he came back from PCS at Fort | | | |
| 40 4 | Benning? | | | |
| 40 5 | A.  Oh, that was before, but I'm not | | | |

| | | | | |
|---|---|---|---|---|
| 40 6 | sure of an exact date. | | | |
| **40:7 - 40:16** | **Camarillo, Ruby (2021-01-25)** | | **Re: [40:7-40:16]** | **SUSTAINED** |
| 40 7 | Q.  Have you noticed Mr. Camarillo's | | **Improper Clarification Counter** | |
| 40 8 | hearing loss changing over time? | | | |
| 40 9 | A.  I do not recall. | | | |
| 40 10 | Q.  Do you recall if there was any | | | |
| 40 11 | particular instance or deployment in | | | |
| 40 12 | which you noticed Mr. Camarillo's hearing | | | |
| 40 13 | loss getting worse? | | | |
| 40 14 | A.  No, I don't recall.  I don't | | | |
| 40 15 | recall the exact dates or I even noticed | | | |
| 40 16 | -- what dates I noticed it. | | | |
| **40:17 - 40:23** | **Camarillo, Ruby (2021-01-25)** | | **Re: [40:17-40:23]** | **OVERRULED** |
| 40 17 | Q.  Recognizing that you might not | | **602 (Foundation)** | |
| 40 18 | know the exact dates, you know, based on | | | |
| 40 19 | what you've observed, do you think that | | | |
| 40 20 | Mr. Hearing -- or Mr. Camarillo's hearing | | | |
| 40 21 | loss has changed over time? | | | |
| 40 22 | A.  Yes. | | | |
| 40 23 | Q.  And -- and how so? | | | |
| **41:2 - 41:6** | **Camarillo, Ruby (2021-01-25)** | | **Re: [41:2-41:6]** | **OVERRULED** |
| 41 2 | A.  I can't say exactly how.  I just | | **602 (Foundation)** | |
| 41 3 | know that he just -- I just thought he | | | |
| 41 4 | was ignoring me.  That was my biggest | | | |
| 41 5 | thing.  Not knowing that he had hearing | | | |
| 41 6 | loss, I just took it as him ignoring me. | | | |
| **41:7 - 41:10** | **Camarillo, Ruby (2021-01-25)** | | **Re: [41:7-41:10]** | **SUSTAINED** |
| 41 7 | Q.  And so, other than him ignoring | | **Improper Clarification Counter** | |
| 41 8 | you, are there any other ways that -- | | | |
| 41 9 | that you have noticed that his hearing | | | |
| 41 10 | loss has impacted him? | | | |
| **41:12 - 41:12** | **Camarillo, Ruby (2021-01-25)** | | **Re: [41:12-41:12]** | **SUSTAINED** |
| 41 12 | A.  Yeah, I do not recall. | | **Improper Clarification Counter** | |
| **41:17 - 42:14** | **Camarillo, Ruby (2021-01-25)** | | | |
| 41 17 | So starting with his first | | | |
| 41 18 | deployment, when you communicated with | | | |
| 41 19 | him by phone, did you ever have any | | | |
| 41 20 | difficulty with communicating with him? | | | |

| | | | | |
|---|---|---|---|---|
| 41 21   A.  Yes.  The phones -- the phones<br>41 22    were not the clearest on the first<br>41 23    deployment.  So, you know, it was very<br>42 1    short and sweet.  They only allowed them<br>42 2    so much time on the phone because I guess<br>42 3    of the -- I don't know why.  I just know<br>42 4    that we was only permitted like a few<br>42 5    minutes on the phone.  So I would have to<br>42 6    repeat myself several times to him.<br>42 7    Q.   And I think you said the -- the<br>42 8    phone quality was poor during that time?<br>42 9    A.   On my -- on -- at least it<br>42 10    sounded like -- he said on my end, it<br>42 11    sounded like it was poor.  I could hear<br>42 12    him quite well, but when I respond back,<br>42 13    he said that the phones were quite poor<br>42 14    on that end. | | | | |
| **42:16 - 43:1   Camarillo, Ruby (2021-01-25)**<br>42 16    Now, what about his next<br>42 17    deployment?  Do you recall having any<br>42 18    difficulties communicating by phone with<br>42 19    him?<br>42 20    A.   Just repeating myself a lot.<br>42 21    Q.   And is the same true for each of<br>42 22    Mr. Camarillo's next couple of<br>42 23    deployments?<br>43 1    A.  Yes, ma'am. | | | | |
| **43:2 - 43:11   Camarillo, Ruby (2021-01-25)**<br>43 2    Q.  Now, are you familiar with the<br>43 3    term "tinnitus" or "tinnitus"?<br>43 4    A.  I've heard of it, but I'm not a<br>43 5    doctor, so I don't want to -- I've heard<br>43 6    of it, you know.<br>43 7    Q.  Fair enough.<br>43 8    I don't think I had heard of it<br>43 9    prior to all of this.  But as -- it's, I<br>43 10    guess, the doctors' term for, you know,<br>43 11    ringing in the ears kind of, basically. | | | **Re: [43:2-43:11]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| **43:12 - 43:23   Camarillo, Ruby (2021-01-25)** | | | | |

| | | | | |
|---|---|---|---|---|
| 43 12 So, at any time, had you learned<br>43 13 that Mr. Camarillo had tinnitus or a<br>43 14 ringing in his ears?<br>43 15 A. I do not recall. I never went<br>43 16 to any doctor visits or anything with<br>43 17 him.<br>43 18 Q. Had Mr. Camarillo ever told you<br>43 19 about this -- a ringing in his ears?<br>43 20 A. I do not recall. He's very -- I<br>43 21 don't know if you guys spoke with him,<br>43 22 but he's very, like, manly, so he don't<br>43 23 complain a lot, especially to me. | | | | |
| **44:10 - 44:14  Camarillo, Ruby (2021-01-25)**<br>44 10 Is it fair to say that you've<br>44 11 never talked about the results of any<br>44 12 doctors' appointments or medical exams<br>44 13 that Mr. Camarillo has had?<br>44 14 A. That's correct. | | | Re: [44:10-44:14]<br>Improper Clarification Counter | SUSTAINED |
| **44:15 - 45:1  Camarillo, Ruby (2021-01-25)**<br>44 15 Q. Do you know if Mr. Camarillo has<br>44 16 ever gone to a medical appointment<br>44 17 related to his hearing loss or his<br>44 18 tinnitus?<br>44 19 A. Yes.<br>44 20 Q. Do you have any sense of how<br>44 21 many or -- he's gone to?<br>44 22 A. I do not recall. I just would<br>44 23 get the reminder calls, but I do not<br>45 1 recall. | | | | |
| **46:1 - 46:16  Camarillo, Ruby (2021-01-25)**<br>46 1 Q. Can you describe for me how<br>46 2 you've noticed Mr. Camarillo's hearing<br>46 3 loss affecting him in his day-to-day<br>46 4 life?<br>46 5 A. I wouldn't know.<br>46 6 Q. Why not?<br>46 7 A. I'm not Mr. Camarillo. I<br>46 8 wouldn't know how his hearing loss would<br>46 9 affect him. I would have no idea. | | | Re: [46:1-46:16]<br>Improper Clarification Counter | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| 46 10<br>46 11<br>46 12<br>46 13<br>46 14<br>46 15<br>46 16 | Q.  And so, I -- I know you said<br>earlier that perhaps you don't talk that<br>much about the medical appointments.  But<br>do you two ever discuss how his hearing<br>loss affects him on a day-to-day basis?<br>A.  No.  I don't recall.  I don't<br>recall any of that discussion. | | | |
| **46:17 - 49:12**   Camarillo, Ruby (2021-01-25) | | | **Re: [47:1-48:9]**<br>Foundation (602)<br>**Re: [48:10-49:12]**<br>401 (relevance); 403 (prejudice) | **OVERRULED** |
| 46 17<br>46 18<br>46 19<br>46 20<br>46 21<br>46 22<br>46 23<br>47 1<br>47 2<br>47 3<br>47 4<br>47 5<br>47 6<br>47 7<br>47 8<br>47 9<br>47 10<br>47 11<br>47 12<br>47 13<br>47 14<br>47 15<br>47 16<br>47 17<br>47 18<br>47 19<br>47 20<br>47 21<br>47 22<br>47 23<br>48 1 | Q.  And same question with respect<br>to ringing in the ears, is it fair to say<br>that you and Mr. Camarillo have not<br>discussed how, if at all, ringing in the<br>ears affects his day-to-day life?<br>A.  No.  Not -- not in reference to<br>his everyday life, no, ma'am.<br>Q.  Have you talked about how it<br>affects Mr. Camarillo in any other way?<br>A.  He -- I would just say he<br>wouldn't go to certain places with me.<br>Like, we -- we never did concerts,<br>anything like that.  He wouldn't do any<br>of those.  We wouldn't do concerts or<br>anything where it was very loud.  We<br>wouldn't -- we'd just scratch it off the<br>calendar.  We wouldn't do any of that.<br>Q.  Any other activities that you<br>would scratch off the calendar as a<br>result of, you know, Mr. Camarillo's<br>hearing-related injuries?<br>A.  No.  Just anywhere where it was<br>going to be like a crowd or a lot of loud<br>noises, he wouldn't -- he wouldn't want<br>to go, so I would usually go by myself or<br>wouldn't go at all.<br>Q.  When did that start happening in<br>your relationship?<br>A.  I do not recall the exact date<br>of when it started for him.  So I do not<br>recall the exact date. | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 48 2 | Q.  Do you recall if it would have |  |  |  |
| 48 3 | been before or after he PCS'd to Fort |  |  |  |
| 48 4 | Benning? |  |  |  |
| 48 5 | A.  It was before, approximately |  |  |  |
| 48 6 | before. |  |  |  |
| 48 7 | Q.  And do you have any sense of how |  |  |  |
| 48 8 | much before that time? |  |  |  |
| 48 9 | A.  No, I do not recall. |  |  |  |
| 48 10 | Q.  As you sit here today, are there |  |  |  |
| 48 11 | any other ways that Mr. Camarillo's |  |  |  |
| 48 12 | hearing injuries have affected your |  |  |  |
| 48 13 | relationship with him? |  |  |  |
| 48 14 | A.  Yes.  I would say that it caused |  |  |  |
| 48 15 | a lot of marital problems based on I just |  |  |  |
| 48 16 | thought it was him ignoring us, myself |  |  |  |
| 48 17 | and some of the kids.  And I would just |  |  |  |
| 48 18 | sometimes fly off the handle because I |  |  |  |
| 48 19 | don't, or still don't understand the |  |  |  |
| 48 20 | hearing issues or what they cause or what |  |  |  |
| 48 21 | don't cause.  So it caused a lot of |  |  |  |
| 48 22 | friction between him and I in reference |  |  |  |
| 48 23 | to the hearing loss.  And I had to get |  |  |  |
| 49 1 | some counseling myself for it because I |  |  |  |
| 49 2 | thought it was just him not being |  |  |  |
| 49 3 | interested anymore. |  |  |  |
| 49 4 | And like I say, I just -- it's |  |  |  |
| 49 5 | hard.  It's hard.  I don't know if you've |  |  |  |
| 49 6 | ever lived with someone that can't hear |  |  |  |
| 49 7 | but you don't know they can't hear |  |  |  |
| 49 8 | because they don't discuss their medical, |  |  |  |
| 49 9 | you know, life with you.  So I believe |  |  |  |
| 49 10 | that was a lot of friction between our |  |  |  |
| 49 11 | communication and our marriage, of me not |  |  |  |
| 49 12 | knowing that that's what the issue was. |  |  |  |
| **49:13 - 50:2** | **Camarillo, Ruby (2021-01-25)** |  |  | Re: [49:13-50:2] | **OVERRULED** |
| 49 13 | Q.  I'm understanding this is a |  |  | Improper Clarification Counter, |  |
| 49 14 | sensitive topic, so if you want to take a |  |  | 401, 402, 403 |  |
| 49 15 | break at any moment, please let me know. |  |  |  |  |
| 49 16 | Are there any other pieces |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| 49 17 | related to your marriage that have caused | | | |
| 49 18 | friction other than the hearing loss? | | | |
| 49 19 | A.  Can you rephrase that? | | | |
| 49 20 | Q.  Sure.  I -- I -- I understand | | | |
| 49 21 | that it sounds like the hearing loss has | | | |
| 49 22 | created some friction in the marriage. | | | |
| 49 23 | And I just -- my question is, other than | | | |
| 50 1 | the hearing loss, are there any other | | | |
| 50 2 | issues that have caused similar friction? | | | |
| **50:5 - 50:6** | **Camarillo, Ruby (2021-01-25)** | | | Re: [50:5-50:6] | **OVERRULED** |
| 50 5 | A.  I prefer not to answer that | | | Improper Clarification Counter, | |
| 50 6 | question. | | | 401, 402, 403 | |
| **50:8 - 51:8** | **Camarillo, Ruby (2021-01-25)** | | | Re: [50:8-51:8] | **OVERRULED** |
| 50 8 | it this way.  Not getting into | | | 401 (relevance); 403 (prejudice) | |
| 50 9 | necessarily the details of what any | | | | |
| 50 10 | potential other issues are, are there | | | | |
| 50 11 | other issues that have caused friction in | | | | |
| 50 12 | the marriage? | | | | |
| 50 13 | A.  The main part of it was the | | | | |
| 50 14 | communication piece.  There has been some | | | | |
| 50 15 | other areas, but the main cause was | | | | |
| 50 16 | feeling that the other partner was | | | | |
| 50 17 | disinterested or not -- or ignoring them. | | | | |
| 50 18 | Q.  Understood. | | | | |
| 50 19 | And is -- is part of that issue | | | | |
| 50 20 | the fact that there's a lack of | | | | |
| 50 21 | communication about the hearing loss | | | | |
| 50 22 | itself? | | | | |
| 50 23 | A.  I believe that, yes, but me not | | | | |
| 51 1 | understanding exactly what it meant at | | | | |
| 51 2 | the time before I started looking into | | | | |
| 51 3 | it, I just felt -- I don't know if you | | | | |
| 51 4 | know what I mean when I say you felt | | | | |
| 51 5 | unwanted, ignored, you know, so I -- it | | | | |
| 51 6 | was -- that -- that's about it.  Just | | | | |
| 51 7 | felt like he, like, wasn't showing any | | | | |
| 51 8 | attention anymore. | | | | |
| **52:9 - 55:10** | **Camarillo, Ruby (2021-01-25)** | | | Re: [52:9-52:15] | **OVERRULED** |
| 52 9 | Are there any other ways that | | | 401 (relevance); 403 (prejudice) | |

| | | |
|---|---|---|
| 52 10 | you can think of sitting here today that | **Re: [52:22-53:11]** |
| 52 11 | his hearing-related injuries have | 401 (relevance); 403 (prejudice) |
| 52 12 | impacted your relationship? | **Re: [53:21-55:10]** |
| 52 13 | A.  Any other ways than what I said, | 401 (relevance); 403 |
| 52 14 | just -- just the communication, breakdown | (prejudice); 602 (foundation) |
| 52 15 | in communication. | |
| 52 16 | Q.  Okay.  As far as you're aware, | |
| 52 17 | are there any activities that Mr. | |
| 52 18 | Camarillo can no longer participate in | |
| 52 19 | because of his hearing loss or tinnitus? | |
| 52 20 | MS. HUNT:  Object to form. | |
| 52 21 | A.  I do not -- I do not recall. | |
| 52 22 | Q.  Ms. Camarillo, does Mr. | |
| 52 23 | Camarillo still wear hearing aids? | |
| 53 1 | A.  I do not recall.  I believe so, | |
| 53 2 | but I do not recall.  I don't see him | |
| 53 3 | every day like I used to. | |
| 53 4 | Q.  And how often do you see him | |
| 53 5 | currently? | |
| 53 6 | A.  Maybe twice a week. | |
| 53 7 | Q.  Is there a reason that you do | |
| 53 8 | not see Mr. Camarillo daily? | |
| 53 9 | A.  Yes. | |
| 53 10 | Q.  Why is that? | |
| 53 11 | A.  We're currently separated. | |
| 53 12 | Q.  When you saw Mr. Camarillo most | |
| 53 13 | recently, was he wearing hearing aids? | |
| 53 14 | A.  I believe -- I'm not sure.  I do | |
| 53 15 | not recall.  I didn't pay as much | |
| 53 16 | attention. | |
| 53 17 | Q.  Do you know if there are certain | |
| 53 18 | activities for which Mr. Camarillo does | |
| 53 19 | not wear his hearing aids? | |
| 53 20 | A.  No.  I wouldn't know. | |
| 53 21 | Q.  Are you aware of whether Mr. | |
| 53 22 | Camarillo has lost his most recent pair | |
| 53 23 | of hearing aids? | |
| 54 1 | A.  I'm not sure.  I don't recall. | |
| 54 2 | I know he just asked me if I seen some | |

| | | | | |
|---|---|---|---|---|
| 54 3 | batteries or something, but I don't | | | |
| 54 4 | recall.  I'm not sure. | | | |
| 54 5 | Q.  Ms. Camarillo, how many children | | | |
| 54 6 | do you have? | | | |
| 54 7 | A.  Total, I have four children. | | | |
| 54 8 | Q.  How -- how would you describe | | | |
| 54 9 | Mr. Camarillo as a father? | | | |
| 54 10 | A.  He's a great father.  Even with | | | |
| 54 11 | the kids that I had prior in our -- my | | | |
| 54 12 | previous relationship, all my kids call | | | |
| 54 13 | him "Dad."  So he is a great father with | | | |
| 54 14 | the children. | | | |
| 54 15 | Q.  What types of activities does | | | |
| 54 16 | Mr. Camarillo do with your children? | | | |
| 54 17 | A.  Whatever they want to do, | | | |
| 54 18 | honestly.  I don't recall the exact | | | |
| 54 19 | activities.  I don't know because he'll | | | |
| 54 20 | pick them up and they'll leave.  I don't | | | |
| 54 21 | know.  You know, with the -- the baby, | | | |
| 54 22 | they'll go in the backyard and do soccer, | | | |
| 54 23 | you know, in the backyard and things like | | | |
| 55 1 | that.  But I don't recall what they do | | | |
| 55 2 | now when they go over with him, so I | | | |
| 55 3 | don't know. | | | |
| 55 4 | Q.  Do your children currently live | | | |
| 55 5 | with you or with Mr. Camarillo? | | | |
| 55 6 | A.  We share.  We both have them, | | | |
| 55 7 | share custody.  But when he leaves to -- | | | |
| 55 8 | to El Paso, he'll finish school here and | | | |
| 55 9 | then go up there with his dad for the | | | |
| 55 10 | summer. | | | |
| **56:16 - 56:20**   **Camarillo, Ruby (2021-01-25)** | | | | **Re: [56:16-56:20]**   **Improper Clarification Counter** | **OVERRULED** |
| 56 16 | Q.  Have you ever observed anything | | | |
| 56 17 | where, from your view, Mr. Camarillo's | | | |
| 56 18 | hearing-related injuries affected his | | | |
| 56 19 | child-rearing capabilities? | | | |
| 56 20 | A.  I do not recall. | | | |
| **56:21 - 57:2**   **Camarillo, Ruby (2021-01-25)** | | | | **Re: [56:21-57:2]**   **602 (Foundation); Hearsay** | **OVERRULED** |
| 56 21 | Q.  Other than hearing loss or | | | |

| | | | | |
|---|---|---|---|---|
| 56 22<br>56 23<br>57 1<br>57 2 | tinnitus, are you aware of any other<br>medical conditions that Mr. Camarillo has<br>been diagnosed with?<br>A.   No, ma'am. | | | (801, 802) | |
| **57:6 - 57:8**<br>57 6<br>57 7<br>57 8 | **Camarillo, Ruby (2021-01-25)**<br>A.   Let me go back on that.  Only<br>thing else that I can remember him just<br>saying is PTSD. | | | **Re: [57:6-57:8]**<br>602 (Foundation); Hearsay<br>(801, 802) | **OVERRULED** |
| **57:11 - 57:15**<br>57 11<br>57 12<br>57 13<br>57 14<br>57 15 | **Camarillo, Ruby (2021-01-25)**<br>Have you all ever discussed or<br>have you ever observed any ways in which<br>Mr. Camarillo's hearing loss or tinnitus<br>have impacted his PTSD?<br>A.   I wouldn't know. | | | **Re: [57:11-57:15]**<br>Improper Clarification Counter | **OVERRULED** |
| **58:9 - 58:22**<br>58 9<br>58 10<br>58 11<br>58 12<br>58 13<br>58 14<br>58 15<br>58 16<br>58 17<br>58 18<br>58 19<br>58 20<br>58 21<br>58 22 | **Camarillo, Ruby (2021-01-25)**<br>Q.   Are you aware of any head<br>injuries or concussions that Mr.<br>Camarillo has suffered?<br>A.   I don't know an exact date.<br>Yeah, I remember something.  I just don't<br>remember -- recall exactly when.  But I<br>know something with a small head injury,<br>but it was nothing serious, I don't<br>think.  He never stayed overnight in the<br>hospital for anything, that I can recall.<br>Q.   Do you remember what the<br>circumstances were surrounding this small<br>head injury?<br>A.   Sorry, I don't remember that. | | | **Re: [58:9-58:22]**<br>602 (Foundation) | **OVERRULED** |
| **61:7 - 61:12**<br>61 7<br>61 8<br>61 9<br>61 10<br>61 11<br>61 12 | **Camarillo, Ruby (2021-01-25)**<br>As far as you know, are there<br>any hobbies that Mr. Camarillo can no<br>longer do because of his hearing-related<br>injuries?<br>MS. HUNT:  Object to form.<br>A.   I wouldn't know. | | | | |
| **61:13 - 61:16**<br>61 13<br>61 14 | **Camarillo, Ruby (2021-01-25)**<br>Q.   And you've never observed any<br>instance where he can no longer do any of | | | **Re: [61:13-61:16]**<br>Improper Clarification Counter | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 61 15 | his hobbies because of his | | | |
| 61 16 | hearing-related injuries? | | | |
| **61:19 - 61:19** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [61:19-61:19]** | **OVERRULED** |
| 61 19 | A.  Not that I can recall. | | | **Improper Clarification Counter** | |
| **62:14 - 65:3** | **Camarillo, Ruby (2021-01-25)** | | | **Re: [62:14-65:3]** | **OVERRULED** |
| 62 14 | Q.  Do you have any recollection of | | | 602 (Foundation); 401 | |
| 62 15 | which firearms he owns? | | | (Relevance) | |
| 62 16 | A.  No, ma'am. | | | | |
| 62 17 | Q.  Even if you don't necessarily | | | | |
| 62 18 | know the model type, do you know if | | | | |
| 62 19 | they're, you know, a machine gun or a | | | | |
| 62 20 | revolver or a rifle or anything like | | | | |
| 62 21 | that? | | | | |
| 62 22 | A.  Yeah, I know he has some -- a | | | | |
| 62 23 | couple of -- a couple of handguns and a | | | | |
| 63 1 | few rifles, but I don't know what type | | | | |
| 63 2 | they are. | | | | |
| 63 3 | Q.  Do you know if Mr. Camarillo | | | | |
| 63 4 | ever goes hunting? | | | | |
| 63 5 | A.  Not that I can recall. | | | | |
| 63 6 | Q.  Do you have an understanding of | | | | |
| 63 7 | what Mr. Camarillo's responsibilities | | | | |
| 63 8 | were when he served and while he serves | | | | |
| 63 9 | in the military? | | | | |
| 63 10 | A.  Just that he was a tank | | | | |
| 63 11 | mechanic.  That's all I would know. | | | | |
| 63 12 | Q.  Do you know any of the | | | | |
| 63 13 | particulars of sort of what his | | | | |
| 63 14 | day-to-day life would be as a tank | | | | |
| 63 15 | mechanic? | | | | |
| 63 16 | A.  No, ma'am. | | | | |
| 63 17 | Q.  Did you all ever talk about any | | | | |
| 63 18 | of the noise exposures or anything like | | | | |
| 63 19 | that that Mr. Camarillo experienced while | | | | |
| 63 20 | in the military? | | | | |
| 63 21 | A.  No, ma'am. | | | | |
| 63 22 | Q.  Are you familiar with the | | | | |
| 63 23 | hearing protection device called the | | | | |
| 64 1 | Combat Arms Earplug Version 2? | | | | |

| | | | | |
|---|---|---|---|---|
| 64 2 | A.  I didn't know -- I don't know | | | |
| 64 3 | the name of it.  Only thing I know, that | | | |
| 64 4 | we packed like earplugs when we would | | | |
| 64 5 | pack his bags.  We would do it together. | | | |
| 64 6 | And they always came in a case, so I | | | |
| 64 7 | don't know what was in the case.  I just | | | |
| 64 8 | know he would say, "Earplugs, check," you | | | |
| 64 9 | know, check off as we were packing bags. | | | |
| 64 10 | But what they looked like or what they -- | | | |
| 64 11 | what the name of them was, I wouldn't | | | |
| 64 12 | know. | | | |
| 64 13 | Q.  Okay.  So you would -- you | | | |
| 64 14 | always knew Mr. Camarillo would have | | | |
| 64 15 | hearing protection devices, you just | | | |
| 64 16 | don't know which ones because they were | | | |
| 64 17 | in a case.  Is that right? | | | |
| 64 18 | A.  Correct.  He would have some in | | | |
| 64 19 | a case, and some would be in plastic | | | |
| 64 20 | little baggies (indicating).  But I don't | | | |
| 64 21 | -- I didn't pay them much attention.  I | | | |
| 64 22 | didn't even know what they were, to be | | | |
| 64 23 | honest, because I -- when I used to go | | | |
| 65 1 | shooting, it was always with head -- head | | | |
| 65 2 | muffs on.  So I didn't know anything | | | |
| 65 3 | about the little bitty earplugs. | | | |
| **66:1 - 68:6** | **Camarillo, Ruby (2021-01-25)** | | | |
| 66 1 | Q.  And so, from the time that you | | | |
| 66 2 | met Mr. Camarillo until present, have you | | | |
| 66 3 | ever seen him using hearing protection | | | |
| 66 4 | devices? | | | |
| 66 5 | A.  Not that I can recall. | | | |
| 66 6 | Q.  And so, then the same would be | | | |
| 66 7 | true that from the time you met Mr. | | | |
| 66 8 | Camarillo until the present, as far as | | | |
| 66 9 | you can recall, you've never seen him | | | |
| 66 10 | wear the Combat Arms earplug Version 2. | | | |
| 66 11 | Is that correct? | | | |
| 66 12 | A.  That's correct.  I would -- I | | | |
| 66 13 | wouldn't know.  I never went shooting or | | | |

66 14      anything with him.  No.
66 15      Q.  Have you ever seen Mr. Camarillo
66 16      do any yard work?
66 17      A.   No.  I know he does it, but I
66 18      wasn't going to look because he'd want me
66 19      to help.
66 20      Q.  That's a good strategy.  I like
66 21      that.  I'm going to use that forward.
66 22      Okay.  Fair enough.
66 23      Do you know if he uses any power
67 1       tools or anything like that when doing
67 2       yard work?
67 3       A.   Not that I can recall.  Just the
67 4       lawn mower, I guess, pretty much.
67 5       Q.   Do you have any sense of what
67 6       kind of lawn mower he used?
67 7       A.   I do not recall.
67 8       Q.   Fair enough.
67 9       And do you know whether or not
67 10       he would wear hearing protection devices
67 11       while using the lawn mower?
67 12       A.   I'm not -- I don't recall.
67 13       Q.   Do you know if Mr. Camarillo has
67 14       ever done any carpentry or woodworking or
67 15       something like that?
67 16       A.   Not that I know of.
67 17       Q.   Have you ever seen Mr. Camarillo
67 18       ride an ATV or a motorcycle?
67 19       A.   No.
67 20       Q.   Do you know if he has ever
67 21       ridden an ATV or a motorcycle separate
67 22       from what you observed?
67 23       A.   I know he has to have done some
68 1       type of motorcycle class, because I did
68 2       -- he did show me the endorsement of a
68 3       motorcycle endorsement on his ID.  And
68 4       that was during Benning, I think, when he
68 5       was in Benning.  But we never owned a
68 6       motorcycle or ATV.

| | | | | |
|---|---|---|---|---|
| **67:9 - 67:12**   **Camarillo, Ruby (2021-01-25)** | | | **Re: [67:9-67:12]** | **OVERRULED** |
| 67 9    And do you know whether or not | | | **Already Designated - Improper** | |
| 67 10    he would wear hearing protection devices | | | **Clarification Counter** | |
| 67 11    while using the lawn mower? | | | | |
| 67 12    A.  I'm not -- I don't recall. | | | | |
| **70:17 - 71:5**   **Camarillo, Ruby (2021-01-25)** | | | | |
| 70 17    Q.  Okay.  I understand that Mr. | | | | |
| 70 18    Camarillo has in the past worked on | | | | |
| 70 19    fixing cars.  Have you ever observed him | | | | |
| 70 20    doing that? | | | | |
| 70 21    A.  Yes.  Personal cars, yes.  Like | | | | |
| 70 22    he'll change the oil in cars, in my car, | | | | |
| 70 23    and things like that, yes, ma'am. | | | | |
| 71 1    Q.  Other than changing the oil, are | | | | |
| 71 2    there any other things that you have seen | | | | |
| 71 3    him do with respect to working on your | | | | |
| 71 4    personal cars? | | | | |
| 71 5    A.  Brakes, changing out the brakes. | | | | |
| **74:22 - 75:14**   **Camarillo, Ruby (2021-01-25)** | | | **Re: [74:22-75:14]** | **SUSTAINED** |
| 74 22    Q.  Is there ever a time, or was | | | **Improper Clarification Counter,** | |
| 74 23    there a time that you would go to bars | | | **401, 402, 403** | |
| 75 1    and restaurants with Mr. Camarillo? | | | | |
| 75 2    A.  Restaurants mostly. | | | | |
| 75 3    Q.  When was the last time you went | | | | |
| 75 4    to a restaurant with Mr. Camarillo? | | | | |
| 75 5    A.  About a year or two ago.  It's | | | | |
| 75 6    been a while. | | | | |
| 75 7    Q.  Is there a reason you don't go | | | | |
| 75 8    to restaurants anymore? | | | | |
| 75 9    A.  Well, we're separated currently. | | | | |
| 75 10    Q.  At the time when you and Mr. | | | | |
| 75 11    Camarillo were not separated, was there | | | | |
| 75 12    any other reason why you would not go to | | | | |
| 75 13    restaurants? | | | | |
| 75 14    A.  No, no reason. | | | | |
| **75:15 - 76:10**   **Camarillo, Ruby (2021-01-25)** | | | | |
| 75 15    Q.  When you were at restaurants | | | | |
| 75 16    with Mr. Camarillo, did you ever observe | | | | |
| 75 17    him having difficulty hearing you or | | | | |

| | | | | |
|---|---|---|---|---|
| 75 18 | others at the restaurant? | | | |
| 75 19 | MS. HUNT:  Object to form. | | | |
| 75 20 | A.   Yes. | | | |
| 75 21 | Q.   And can you describe that a | | | |
| 75 22 | little bit for me? | | | |
| 75 23 | A.   Just the waitress would ask him | | | |
| 76 1 | more than once, you know, his order when | | | |
| 76 2 | he was ready to order.  Or if we were | | | |
| 76 3 | having a conversation, I had to repeat | | | |
| 76 4 | myself as well. | | | |
| 76 5 | Q.   Is that something that would | | | |
| 76 6 | happen at all restaurants or -- or | | | |
| 76 7 | something like restaurants that were | | | |
| 76 8 | particularly noisy? | | | |
| 76 9 | A.   No.  That's just in general. | | | |
| 76 10 | That's majority of the time. | | | |
| **76:11 - 76:16**   **Camarillo, Ruby (2021-01-25)** | | | **Re: [76:11-76:16]** | **SUSTAINED** |
| 76 11 | Q.   Have you ever seen Mr. Camarillo | | **Improper Clarification Counter** | |
| 76 12 | listen to music with headphones or | | | |
| 76 13 | earbuds? | | | |
| 76 14 | A.   I've seen him with headphones, | | | |
| 76 15 | normally, if he -- if he -- if he's on a | | | |
| 76 16 | treadmill. | | | |
| **77:20 - 78:20**   **Camarillo, Ruby (2021-01-25)** | | | **Re: [78:4-78:20]** | **OVERRULED** |
| 77 20 | Q.   (By Ms. Ozurovich) Ms. | | 401 (Relevance); 403 | |
| 77 21 | Camarillo, during our last session, you | | (Prejudice) | |
| 77 22 | mentioned that you and Mr. Camarillo are | | | |
| 77 23 | separated.  And can you explain to me why | | | |
| 78 1 | it is that you are separated. | | | |
| 78 2 | A.   Infidelity. | | | |
| 78 3 | Q.   Does your separation have | | | |
| 78 4 | anything to do with Mr. Camarillo's | | | |
| 78 5 | hearing loss or tinnitus? | | | |
| 78 6 | A.   Just the communication part was | | | |
| 78 7 | a big part of the arguing back and forth, | | | |
| 78 8 | kind of like pushed me away a little bit. | | | |
| 78 9 | Q.   But is it fair to say that that | | | |
| 78 10 | was not the ultimate issue that led to | | | |
| 78 11 | the separation? | | | |

78 12    A.  I'd say that was the biggest
78 13    part that led me somewhere else, me not
78 14    understanding the -- I guess the overall
78 15    seriousness of the hearing loss.
78 16    Q.   And -- and other than the
78 17    communication, is there any other reasons
78 18    that sort of, as you describe, pushed you
78 19    away?
78 20    A.  No, ma'am.

# Campanella, Aaron (2021-01-29)

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **10:24 - 11:1   Campanella, Aaron (2021-01-29)** | | | | |
| 10 24  Can you please state your full | | | | |
| 10 25  name for the Record? | | | | |
| 11 1  A.    Aaron Wade Campanella. | | | | |
| **13:13 - 13:16   Campanella, Aaron (2021-01-29)** | | | **Re: [13:13-13:16]**  Improper Clarification Counter | **SUSTAINED** |
| 13 13  Q.    Sergeant Major, where are you | | | | |
| 13 14  currently located? | | | | |
| 13 15  A.    I am located in my office on Fort | | | | |
| 13 16  Irwin, California. | | | | |
| **13:20 - 13:25   Campanella, Aaron (2021-01-29)** | | | | |
| 13 20  Q.    Sergeant Major, how long have you | | | | |
| 13 21  been with the U.S. military? | | | | |
| 13 22  A.    Since August 4th of 1998. | | | | |
| 13 23  Q.    And has that been for your | | | | |
| 13 24  basically entire professional career? | | | | |
| 13 25  A.    Yes, ma'am. | | | | |
| **15:1 - 15:9   Campanella, Aaron (2021-01-29)** | | | | |
| 15 1  Q.    All right.  Sergeant Major, can | | | | |
| 15 2  you please walk me through, just give me some | | | | |
| 15 3  background of your service in the Army? | | | | |
| 15 4  A.    Sure.  I joined in August of 1998 | | | | |
| 15 5  as a light-wheeled vehicle mechanic, and I have | | | | |
| 15 6  served since in multiple locations. | | | | |
| 15 7  How in depth would you like me to | | | | |
| 15 8  go?  Do you need to know like where I've been | | | | |
| 15 9  stationed and -- | | | | |
| **15:10 - 16:6   Campanella, Aaron (2021-01-29)** | | | | |
| 15 10  Q.    Sure.  If you just wouldn't mind | | | | |
| 15 11  giving me sort of a summary of -- that's | | | | |
| 15 12  exactly right, where you've been stationed and | | | | |
| 15 13  what your roles at those stations were, I think | | | | |
| 15 14  that would be great. | | | | |
| 15 15  A.    Okay.  I went to basic training | | | | |
| 15 16  in Oklahoma; I went to Advanced Individual | | | | |
| 15 17  Training in Fort Jackson, South Carolina; my | | | | |
| 15 18  first duty station was in Fort Hood, Texas. | | | | |
| 15 19  After a couple of years, I did a year in -- in | | | | |

| | | | | |
|---|---|---|---|---|
| 15 20 Korea; after Korea I went to Fort Carson --<br>15 21 Fort Drum, New York, was there for two years;<br>15 22 then I went to Fort Carson, Colorado; Edgewood<br>15 23 Proving Grounds, Maryland; back to Fort Hood;<br>15 24 and then went to Fort Bliss to Sergeant Major<br>15 25 Academy; and I'm now stationed at Fort Irwin.<br>16 1 Mixed in there are five<br>16 2 deployments totaling fifty-seven months in<br>16 3 Afghanistan and Iraq and Kuwait.<br>16 4 Q.    That sounds like quite the<br>16 5 storied career, to say the least.<br>16 6 A.    Thank you. | | | | |
| **17:14 - 17:25   Campanella, Aaron (2021-01-29)**<br>17 14 Q.    Are you familiar with someone<br>17 15 named Guillermo Camarillorazo?<br>17 16 A.    Yes, ma'am.<br>17 17 Q.    When did you first meet Mr.<br>17 18 Camarillorazo?<br>17 19 A.    I believe he was in the unit when<br>17 20 I became the first sergeant in April of 2012.<br>17 21 Q.    What unit was it that Mr.<br>17 22 Camarillorazo was in?<br>17 23 A.    It was the Echo Forward Support<br>17 24 Company in 27 Cav, in the First Cavalry<br>17 25 Division at Fort Hood. | | | | |
| **18:1 - 18:10   Campanella, Aaron (2021-01-29)**<br>18 1 Q.    Okay.  So the first time you met<br>18 2 Mr. Camarillorazo was in April of 2012, and you<br>18 3 were both stationed at Fort Hood; is that<br>18 4 correct?<br>18 5 A.    I believe so, yes, ma'am.<br>18 6 Q.    Do you recall how long you served<br>18 7 with Mr. Camarillorazo?<br>18 8 A.    I cannot recall if he left the<br>18 9 unit before or after me, but I left the unit in<br>18 10 late October of 2014. | | | | |
| **18:11 - 19:8   Campanella, Aaron (2021-01-29)**<br>18 11 Q.    Are you still in contact with Mr.<br>18 12 Camarillorazo today? | | | **Re: [18:11-19:8]**<br>**Improper Clarification Counter** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 18 13 | A.     No, ma'am. | | | |
| 18 14 | Q.     Do you recall when the last time | | | |
| 18 15 | you saw or spoke to Mr. Camarillorazo? | | | |
| 18 16 | A.     I do not.  I have not seen him | | | |
| 18 17 | since I left that unit and do not recall when | | | |
| 18 18 | the last time I talked to him.  But it's been | | | |
| 18 19 | many years. | | | |
| 18 20 | Q.     So what I want to do is sort of | | | |
| 18 21 | walk through each station or location at which | | | |
| 18 22 | you served with Mr. Camarillorazo. | | | |
| 18 23 | A.     Okay. | | | |
| 18 24 | Q.     So starting with -- Sorry. | | | |
| 18 25 | Starting with Fort Hood in April | | | |
| 19 1 | of 2012, can you describe for me sort of what | | | |
| 19 2 | your professional relationship with Mr. | | | |
| 19 3 | Camarillo was at that time? | | | |
| 19 4 | A.     Okay.  I was the first sergeant | | | |
| 19 5 | of the company; also, I was the senior enlisted | | | |
| 19 6 | member of a 215-man forward support company. | | | |
| 19 7 | Camarillo was a -- a maintenance manager that | | | |
| 19 8 | worked in our motor pool. | | | |
| **19:10 - 20:12** | **Campanella, Aaron (2021-01-29)** | | | |
| 19 10 | How much time would you spend | | | |
| 19 11 | with Mr. Camarillorazo during that time period | | | |
| 19 12 | when you were at Fort Hood? | | | |
| 19 13 | A.     As little as possible, ma'am.  It | | | |
| 19 14 | -- I saw him weekly; if there were soldier | | | |
| 19 15 | issues, we communicated. | | | |
| 19 16 | Q.     Why do you say as little as | | | |
| 19 17 | possible? | | | |
| 19 18 | A.     Because typically if -- if a | | | |
| 19 19 | staff sergeant, and then I think he became a | | | |
| 19 20 | sergeant first class, is coming to see the | | | |
| 19 21 | first sergeant, they messed -- somebody messed | | | |
| 19 22 | up. | | | |
| 19 23 | Q.     I -- I see where you're coming | | | |
| 19 24 | from now. | | | |
| 19 25 | A.     Yes, ma'am. | | | |
| 20 1 | Q.     Recognizing that you did not want | | | |

| | | | | |
|---|---|---|---|---|
| 20 2 | to see Mr. Camarillo that often, do you have a | | | |
| 20 3 | recollection of how many times, while you were | | | |
| 20 4 | at Fort Hood, you know, you would see him on a | | | |
| 20 5 | weekly basis? | | | |
| 20 6 | A.    I couldn't tell you how many | | | |
| 20 7 | times that I saw -- I mean, I saw him at least | | | |
| 20 8 | once a week, either visiting the motor pool, | | | |
| 20 9 | discussing the soldier issue, or in some sort | | | |
| 20 10 | of meeting or something.  I think it is a fair | | | |
| 20 11 | assessment to say I saw him at least once a | | | |
| 20 12 | week. | | | |
| **20:25 - 21:6** | **Campanella, Aaron (2021-01-29)** | | | |
| 20 25 | Q.    Do you have any sense of what Mr. | | | |
| 21 1 | Camarillorazo's day-to-day responsibilities | | | |
| 21 2 | were during this time at Fort Hood in 2012? | | | |
| 21 3 | A.    Yes, ma'am.  To supervise | | | |
| 21 4 | maintenance operations and to provide | | | |
| 21 5 | leadership to the soldiers he was responsible | | | |
| 21 6 | for. | | | |
| **21:17 - 22:12** | **Campanella, Aaron (2021-01-29)** | | | |
| 21 17 | Q.    Do you recall the models of any | | | |
| 21 18 | of the support vehicles and tracked vehicles | | | |
| 21 19 | for which he would have supervised or worked | | | |
| 21 20 | on? | | | |
| 21 21 | A.    M1 Abrams, Bradley Fighting | | | |
| 21 22 | Vehicles, M113 Armored Personnel Carriers, High | | | |
| 21 23 | Mobility Medium-wheeled Vehicles, Medium | | | |
| 21 24 | Tactical Vehicles, Light Medium Tactical | | | |
| 21 25 | Vehicles, HEMTTs. | | | |
| 22 1 | That's about the makeup of the | | | |
| 22 2 | fleet, some variant of those platforms. | | | |
| 22 3 | Q.    And so you mentioned that Mr. | | | |
| 22 4 | Camarillorazo's role at the time was to | | | |
| 22 5 | supervise maintenance operations.  Do you have | | | |
| 22 6 | any sense of sort of what that would entail? | | | |
| 22 7 | A.    Yeah.  Performing scheduled | | | |
| 22 8 | services on vehicles in accordance with the -- | | | |
| 22 9 | with, you know, whatever the maintenance | | | |
| 22 10 | interval was for that piece of equipment; | | | |

| | | | |
|---|---|---|---|
| 22 11    performing nonscheduled maintenance, you know, <br> 22 12    as -- as vehicles broke. | | | |
| **22:13 - 23:2**    **Campanella, Aaron (2021-01-29)** | | | |
| 22 13    Q.    And would this maintenance occur <br> 22 14    at the motor pool, as far as you know? <br> 22 15    A.    Yes, ma'am.  Either in the motor <br> 22 16    pool or out in the field.  We also -- You know, <br> 22 17    we deployed while we were there, so he also <br> 22 18    worked on the MRAP family of vehicles <br> 22 19    downrange, and he also did maintenance <br> 22 20    operations there in Afghanistan. <br> 22 21    Q.    Do you have any knowledge as to <br> 22 22    whether these vehicles would be on while Mr. <br> 22 23    Camarillorazo was performing maintenance on <br> 22 24    them? <br> 22 25    A.    Depends on what -- what he was <br> 23 1    fixing at the time, whether the vehicle needed <br> 23 2    to be running or not. | | | |
| **23:13 - 25:19**    **Campanella, Aaron (2021-01-29)** | | | |
| 23 13    Q.    Other than Mr. Camarillorazo's <br> 23 14    work on the maintenance vehicles, are you aware <br> 23 15    of any instances where, during this time <br> 23 16    period, he would go through any weapons or <br> 23 17    firearms training? <br> 23 18    A.    Yes, ma'am.  We're required to <br> 23 19    shoot semi-annually, to shoot our assigned <br> 23 20    weapon, which would have been an M4A1 rifle, <br> 23 21    and then we had cruiser weapons that we also <br> 23 22    shot periodically. <br> 23 23    Q.    Were you ever with Mr. <br> 23 24    Camarillorazo when he would be firing any of <br> 23 25    these weapons? <br> 24 1    A.    I -- I don't know, ma'am.  It's <br> 24 2    more likely than not that I was on a range that <br> 24 3    he was firing at. <br> 24 4    Q.    Is this an indoor or outdoor <br> 24 5    range? <br> 24 6    A.    Outdoor. <br> 24 7    MS. HUNT:  Object to the form. | | | |

| | | | | |
|---|---|---|---|---|
| 24 8 | (Off-the-Record discussion | | | |
| 24 9 | was held.) | | | |
| 24 10 | Q.    When you went to this firing | | | |
| 24 11 | range, do you have an estimation of the number | | | |
| 24 12 | of folks who would be firing weapons at the | | | |
| 24 13 | same time? | | | |
| 24 14 | A.    It just depended on -- There's a | | | |
| 24 15 | lot of ranges on Fort Hood, so it just depended | | | |
| 24 16 | on which range we were using or what type of | | | |
| 24 17 | weapon system we would be firing on that range. | | | |
| 24 18 | Q.    So as far as you know, did | | | |
| 24 19 | different weapon systems have different ranges | | | |
| 24 20 | associated with them? | | | |
| 24 21 | A.    Yes.  They typically -- They | | | |
| 24 22 | typically do, yes, ma'am. | | | |
| 24 23 | Q.    So for the M4A1 rifle that you | | | |
| 24 24 | and I think you said Mr. Camarillorazo would | | | |
| 24 25 | have fired, how many folks could be firing a | | | |
| 25 1 | weapon at the range at a time? | | | |
| 25 2 | A.    Well, maybe up to a dozen on a | | | |
| 25 3 | typical range. | | | |
| 25 4 | Q.    Other than the M4A1 rifle, was | | | |
| 25 5 | there any quantification or weapons training | | | |
| 25 6 | going on during this time period, for your | | | |
| 25 7 | unit? | | | |
| 25 8 | MS. HUNT:  Object to the form. | | | |
| 25 9 | A.    There was always weapons training | | | |
| 25 10 | and qualification going on in our unit.  Not | | | |
| 25 11 | always, not every day.  But frequent weapon | | | |
| 25 12 | training and qualification. | | | |
| 25 13 | Q.    So can you explain that a little | | | |
| 25 14 | bit more to me? | | | |
| 25 15 | A.    Yes, ma'am.  We -- You know, | | | |
| 25 16 | we're required to -- to keep qualified | | | |
| 25 17 | operators for every weapon system that we owned | | | |
| 25 18 | as a company.  So in order to do that, you have | | | |
| 25 19 | to have some sort of range going on frequently. | | | |
| **25:20 - 26:1**  Campanella, Aaron (2021-01-29) | | | **Re: [25:20-26:1]** | **OVERRULED** |
| 25 20 | Q.    You said that you were required | | **Improper Clarification Counter** | |

| | | | | |
|---|---|---|---|---|
| 25 21 | to keep qualified operators for every weapon | | | |
| 25 22 | system.  Would that include folks like Mr. | | | |
| 25 23 | Camarillorazo, who was at the time, you know, | | | |
| 25 24 | responsible for supervising maintenance | | | |
| 25 25 | operations? | | | |
| 26 1 | A.    Yes, ma'am. | | | |
| **26:2 - 26:11** | **Campanella, Aaron (2021-01-29)** | | | |
| 26 2 | Q.    And do you recall what someone | | | |
| 26 3 | like Mr. Camarillorazo would have been required | | | |
| 26 4 | to be qualified on at that time? | | | |
| 26 5 | MS. HUNT:  Objection.  Sorry.  Go | | | |
| 26 6 | ahead. | | | |
| 26 7 | A.    Oh, just his individual weapon; | | | |
| 26 8 | and then if he was a truck commander, for a | | | |
| 26 9 | piece of equipment that had a twofold weapon | | | |
| 26 10 | assigned to it, then he would have been | | | |
| 26 11 | responsible to qualify on that. | | | |
| **27:7 - 27:16** | **Campanella, Aaron (2021-01-29)** | | | **Re: [27:7-27:16]** | **SUSTAINED** |
| 27 7 | My question is, you know, despite | | | 602, Improper Clarification | |
| 27 8 | the fact that you were only required to qualify | | | Counter | |
| 27 9 | semi-annually, in your experience, were folks | | | | |
| 27 10 | in your unit, like Mr. Camarillorazo, staying | | | | |
| 27 11 | up-to-date on their qualifications more than | | | | |
| 27 12 | semi-annually while at Fort Hood? | | | | |
| 27 13 | A.    I'm -- I'm sure that I had people | | | | |
| 27 14 | fire more frequently than semi-annual -- | | | | |
| 27 15 | semi-annually; however, at a minimum, everyone | | | | |
| 27 16 | shot semi-annually. | | | | |
| **27:17 - 28:14** | **Campanella, Aaron (2021-01-29)** | | | | |
| 27 17 | Q.    What does the M4 qualification | | | | |
| 27 18 | process entail? | | | | |
| 27 19 | A.    It entails PMI, primary | | | | |
| 27 20 | marksmanship instruction; and then at that | | | | |
| 27 21 | time, you had to zero your weapon, so there was | | | | |
| 27 22 | a table for zeroing your weapon; and then there | | | | |
| 27 23 | was a 40-round qualification table; and then a | | | | |
| 27 24 | night qualification; and a NBC fire | | | | |
| 27 25 | qualification table. | | | | |
| 28 1 | Q.    So approximately how many rounds | | | | |

| | | | | |
|---|---|---|---|---|
| 28 2 | would need to be fired to complete the entire | | | |
| 28 3 | qualification process? | | | |
| 28 4 | A.    It depends on how quickly someone | | | |
| 28 5 | could zero their weapon.  But, roughly, sixty | | | |
| 28 6 | rounds -- I am not a master gunner, so I -- I | | | |
| 28 7 | am not a subject matter expert in how many | | | |
| 28 8 | rounds are fired in every qualification table. | | | |
| 28 9 | Q.    Fair enough.  So I guess my | | | |
| 28 10 | question is, sitting here today, can you recall | | | |
| 28 11 | any instance during your time at Fort Hood with | | | |
| 28 12 | Mr. Camarillorazo in which you observed him | | | |
| 28 13 | shooting a firearm? | | | |
| 28 14 | A.    I cannot recall, no, ma'am. | | | |
| **28:17 - 28:22** | **Campanella, Aaron (2021-01-29)** | | | **Re: [28:17-28:22]** | **SUSTAINED** |
| 28 17 | As far as you can recall | | | 602, Improper Clarification |
| 28 18 | currently, do you have any sense of what | | | Counter |
| 28 19 | hearing protection devices Mr. Camarillorazo | | | |
| 28 20 | wore while at Fort Hood during this time? | | | |
| 28 21 | A.    Whatever he was issued.  I don't | | | |
| 28 22 | -- I don't -- No, ma'am. | | | |
| **29:8 - 29:12** | **Campanella, Aaron (2021-01-29)** | | | |
| 29 8 | Q.    I guess a more precise question | | | |
| 29 9 | would be did you and Mr. Camarillorazo deploy | | | |
| 29 10 | to Afghanistan together at some point? | | | |
| 29 11 | A.    Yes, we did.  From November of | | | |
| 29 12 | 2012 through July of '13. | | | |
| **29:13 - 29:18** | **Campanella, Aaron (2021-01-29)** | | | **Re: [29:13-29:18]** | **SUSTAINED** |
| 29 13 | Q.    How many folks from your unit | | | **Improper Clarification Counter** |
| 29 14 | were deployed to Afghanistan during that time | | | |
| 29 15 | period? | | | |
| 29 16 | A.    I don't recall. | | | |
| 29 17 | Q.    Do you have a rough estimate? | | | |
| 29 18 | A.    About maybe a hundred. | | | |
| **29:19 - 31:7** | **Campanella, Aaron (2021-01-29)** | | | |
| 29 19 | Q.    Do you recall what Mr. | | | |
| 29 20 | Camarillorazo's role was at that time when you | | | |
| 29 21 | were in Afghanistan together? | | | |
| 29 22 | A.    He was a maintenance supervisor | | | |
| 29 23 | for I believe FOB Tagab. | | | |

| | | | | |
|---|---|---|---|---|
| 29 24 | COURT REPORTER:  Can you repeat | | | |
| 29 25 | that last little part? | | | |
| 30 1 | THE WITNESS:  FOB, forward | | | |
| 30 2 | operating base, Tagab. | | | |
| 30 3 | Q.    Is that where you-all were | | | |
| 30 4 | stationed at the time? | | | |
| 30 5 | A.    So I had personnel on three | | | |
| 30 6 | forward operating bases in Afghanistan. | | | |
| 30 7 | Q.    Where were you stationed? | | | |
| 30 8 | A.    I was stationed in Bagram | | | |
| 30 9 | Airfield. | | | |
| 30 10 | Q.    And is that a different location | | | |
| 30 11 | than FOB Tagab? | | | |
| 30 12 | A.    Yes, ma'am. | | | |
| 30 13 | Q.    How far away? | | | |
| 30 14 | A.    I don't recall, ma'am. | | | |
| 30 15 | Q.    If Mr. Camarillorazo described | | | |
| 30 16 | one of his locations while in Afghanistan as | | | |
| 30 17 | being twenty feet or so from Bagram Airfield, | | | |
| 30 18 | is that the same location that you would have | | | |
| 30 19 | been stationed at? | | | |
| 30 20 | A.    Yes.  I was -- So -- So we -- We | | | |
| 30 21 | all deployed to Bagram Airfield; and then I had | | | |
| 30 22 | to disperse two support teams to two other | | | |
| 30 23 | forward operated bases, one of which was Tagab. | | | |
| 30 24 | So he would have came to Bagram Airfield, and | | | |
| 30 25 | then he would have went to FOB Tagab; and then | | | |
| 31 1 | he would have came back to Bagram Airfield in | | | |
| 31 2 | order to leave country. | | | |
| 31 3 | Q.    Do you have a sense of how long | | | |
| 31 4 | Mr. Camarillorazo would have been at the Bagram | | | |
| 31 5 | Airfield base before deploying to FOB Tagab? | | | |
| 31 6 | A.    I don't recall.  Yeah.  I don't | | | |
| 31 7 | recall how long before we split up. | | | |
| **31:10 - 31:16   Campanella, Aaron (2021-01-29)** | | | | Re: [31:10-31:16] | **OVERRULED** |
| 31 10 | Can you describe for me at a high | | Improper Clarification Counter | |
| 31 11 | level, sort of, the layout at the base near | | | |
| 31 12 | Bagram Airfield? | | | |
| 31 13 | A.    Yeah.  We -- So when we got | | | |

| | | | | |
|---|---|---|---|---|
| 31 14 | there, there was nowhere for our unit to go, so | | | |
| 31 15 | we stood up a small encampment in very, very | | | |
| 31 16 | close proximity to the flight line. | | | |
| **31:17 - 31:25** | **Campanella, Aaron (2021-01-29)** | | | |
| 31 17 | Q.    Can you describe for me what the | | | |
| 31 18 | encampment was like? | | | |
| 31 19 | A.    Tents and -- Like eight-man tents | | | |
| 31 20 | and bunk beds. | | | |
| 31 21 | Q.    When you said that the encampment | | | |
| 31 22 | was set up in very close proximity to the | | | |
| 31 23 | flight line, can you give me a ballpark | | | |
| 31 24 | estimate of how close? | | | |
| 31 25 | A.    No.  Close.  A ball field or two. | | | |
| **32:1 - 32:3** | **Campanella, Aaron (2021-01-29)** | | Re: [32:1-32:3] | **OVERRULED** |
| 32 1 | Q.    How would you describe the noise | | Improper Clarification Counter | |
| 32 2 | levels while stationed near the Bagram | | | |
| 32 3 | Airfield? | | | |
| **32:6 - 32:7** | **Campanella, Aaron (2021-01-29)** | | Re: [32:6-32:7] | **OVERRULED** |
| 32 6 | A.    Very noisy when fighter jets were | | Improper Clarification Counter | |
| 32 7 | taking off in the middle of the night. | | | |
| **32:8 - 33:8** | **Campanella, Aaron (2021-01-29)** | | | |
| 32 8 | Q.    How often would you say, while | | | |
| 32 9 | you were stationed there, that fighter jets | | | |
| 32 10 | would take off daily? | | | |
| 32 11 | A.    Yeah.  I'm not sure. | | | |
| 32 12 | Q.    Would it have been more than five | | | |
| 32 13 | per day? | | | |
| 32 14 | A.    Probably. | | | |
| 32 15 | Q.    Do you think it would have been | | | |
| 32 16 | more than ten per day? | | | |
| 32 17 | MS. HUNT:  Object to form. | | | |
| 32 18 | A.    Yeah.  I don't know. | | | |
| 32 19 | Q.    Okay.  But at least, at a | | | |
| 32 20 | minimum, probably close to five per day were | | | |
| 32 21 | taking off at the Bagram Airfield, as far as | | | |
| 32 22 | you remember? | | | |
| 32 23 | MS. HUNT:  Object to the form. | | | |
| 32 24 | A.    Yeah, I don't -- I don't -- I | | | |
| 32 25 | don't pretend to know what the flight schedule | | | |

| | | | | |
|---|---|---|---|---|
| 33 1 | at this place was.  That's been a long time, so | | | |
| 33 2 | I don't know. | | | |
| 33 3 | Q.    Fair enough. | | | |
| 33 4 | Do you recall what jets would | | | |
| 33 5 | have been taking off during this time period? | | | |
| 33 6 | A.    I'm also -- I'm not an aviation | | | |
| 33 7 | guy, so I'm not a subject matter expert.  But I | | | |
| 33 8 | believe that they were F-16s, F-15s. | | | |
| **33:15 - 33:19** | **Campanella, Aaron (2021-01-29)** | | **Re: [33:15-33:19]** | **SUSTAINED** |
| 33 15 | Q.    Compared to your various stations | | 401, 402, 403, Improper | |
| 33 16 | over the course of your military career, how | | Clarification Counter | |
| 33 17 | would you describe the noise levels at the -- | | | |
| 33 18 | this encampment versus the various other | | | |
| 33 19 | stations that you've lived at? | | | |
| **33:22 - 33:23** | **Campanella, Aaron (2021-01-29)** | | **Re: [33:22-33:23]** | **SUSTAINED** |
| 33 22 | A.    It was much louder there than | | 401, 402, 403, Improper | |
| 33 23 | places I have been before. | | Clarification Counter | |
| **33:24 - 35:16** | **Campanella, Aaron (2021-01-29)** | | | |
| 33 24 | Q.    Do you recall ever receiving any | | | |
| 33 25 | complaints from anyone in your unit about the | | | |
| 34 1 | noise levels at this station? | | | |
| 34 2 | A.    I don't recall any specific | | | |
| 34 3 | complaints.  I think we collectively complained | | | |
| 34 4 | that it was loud there. | | | |
| 34 5 | Q.    Do you know if while you and Mr. | | | |
| 34 6 | Camarillorazo were there, if there were any | | | |
| 34 7 | noise measurements taken at the base? | | | |
| 34 8 | A.    Yeah.  I -- I believe there was a | | | |
| 34 9 | noise survey performed. | | | |
| 34 10 | Q.    And do you recall any of the | | | |
| 34 11 | details about the noise survey? | | | |
| 34 12 | A.    I do not.  I just recall ensuring | | | |
| 34 13 | that every soldier got a copy of it, you know, | | | |
| 34 14 | in case there was some kind of disability | | | |
| 34 15 | claim.  But I cannot find my own, so . . . | | | |
| 34 16 | Q.    So at one time you had this noise | | | |
| 34 17 | survey in your possession, but currently you're | | | |
| 34 18 | not sure if you still have it? | | | |
| 34 19 | A.    I don't -- I don't -- I couldn't | | | |

| | | | | |
|---|---|---|---|---|
| 34 20 | find it. | | | |
| 34 21 | Q.    Do you recall if anyone came to | | | |
| 34 22 | explain to you or anyone in your unit the | | | |
| 34 23 | results of the noise survey? | | | |
| 34 24 | A.    No.  I cannot recall. | | | |
| 34 25 | Q.    Do you recall if you gave anyone | | | |
| 35 1 | in your unit any advice on how to deal with the | | | |
| 35 2 | noise levels while stationed near the Bagram | | | |
| 35 3 | Airfield? | | | |
| 35 4 | A.    Wear your earplugs. | | | |
| 35 5 | To be clear, if I may, it was not | | | |
| 35 6 | noisy all the time.  It wasn't like we were -- | | | |
| 35 7 | we were living in an extremely noisy | | | |
| 35 8 | environment all the time.  It was only loud | | | |
| 35 9 | when, you know, a jet took off. | | | |
| 35 10 | Q.    Would you say that it was | | | |
| 35 11 | unpredictable when there would be these noise | | | |
| 35 12 | levels from the jet, or did you have a sense of | | | |
| 35 13 | when these experiences with loud noises would | | | |
| 35 14 | happen? | | | |
| 35 15 | MS. HUNT:  Object to form. | | | |
| 35 16 | A.    It was unpredictable. | | | |
| **35:17 - 35:21** | **Campanella, Aaron (2021-01-29)** | | | |
| 35 17 | Q.    So in your experience, were there | | **Re: [35:17-35:21]** | **SUSTAINED** |
| 35 18 | situations in which you were unable to get your | | 401, 402, 403, Improper | |
| 35 19 | hearing protection in in time when one of these | | Clarification Counter | |
| 35 20 | planes were taking off? | | | |
| 35 21 | A.    Yes, there were. | | | |
| **36:7 - 36:12** | **Campanella, Aaron (2021-01-29)** | | | |
| 36 7 | So you said that, you know, I | | **Re: [36:7-36:12]** | **SUSTAINED** |
| 36 8 | think, because of the unpredictability, there | | 401, 402, 403, Improper | |
| 36 9 | were instances in which maybe you were not able | | Clarification Counter | |
| 36 10 | to get your hearing protection in before the | | | |
| 36 11 | noise exposure; is that a fair assessment? | | | |
| 36 12 | A.    Yes. | | | |
| **36:15 - 37:7** | **Campanella, Aaron (2021-01-29)** | | | |
| 36 15 | Based on whether it was | | | |
| 36 16 | conversations with folks in your unit or what | | | |
| 36 17 | you recall based on your interactions with | | | |

| | | | | |
|---|---|---|---|---|
| 36 18 | folks in the unit, were there instances in | | | |
| 36 19 | which they had also reported they could not get | | | |
| 36 20 | their hearing protection in in time during | | | |
| 36 21 | these noise exposures? | | | |
| 36 22 | MS. HUNT:  Same objection. | | | |
| 36 23 | A.    Yeah.  I can't recall any -- any | | | |
| 36 24 | conversations.  I do know that we, you know, | | | |
| 36 25 | required everyone to have their earplugs with | | | |
| 37 1 | them to ensure that, you know, they were | | | |
| 37 2 | accessible. | | | |
| 37 3 | Q.    As part of your role at the | | | |
| 37 4 | Bagram Airfield, was it your responsibility to | | | |
| 37 5 | monitor whether folks had access to hearing | | | |
| 37 6 | protection for these circumstances? | | | |
| 37 7 | A.    Yes. | | | |
| **37:11 - 38:9** | **Campanella, Aaron (2021-01-29)** | | | **Re: [37:11-38:9]** | **SUSTAINED** |
| 37 11 | Did you issue any particular | | | Improper Clarification Counter | |
| 37 12 | hearing protection device to your unit during | | | |
| 37 13 | this time period to counteract the noise | | | |
| 37 14 | exposures from the airfield? | | | |
| 37 15 | A.    No, ma'am.  Each soldier is | | | |
| 37 16 | issued their -- is fitted and issued hearing | | | |
| 37 17 | protection from the audiology clinic at the | | | |
| 37 18 | hospital in conjunction with an annual hearing | | | |
| 37 19 | exam.  So everyone gets issued their hearing | | | |
| 37 20 | protection. | | | |
| 37 21 | For our maintainers, we had | | | |
| 37 22 | over-the-ear hearing protection for when they | | | |
| 37 23 | were doing, you know, extremely loud | | | |
| 37 24 | maintenance operations.  But, no, I, as the | | | |
| 37 25 | first sergeant, did not issue hearing | | | |
| 38 1 | protection. | | | |
| 38 2 | Q.    When you say "for our maintainers | | | |
| 38 3 | you had over-the-ear hearing protection," was | | | |
| 38 4 | Mr. Camarillorazo one of the maintainers that | | | |
| 38 5 | you're referring to? | | | |
| 38 6 | A.    Yes.  To be clear, the hearing | | | |
| 38 7 | protection is not issued to the individual, | | | |
| 38 8 | it's accounted for as part of the sets, kits, | | | |

| | | | | |
|---|---|---|---|---|
| 38 9 | just -- and outfits, like with the tools. | | | |
| **38:16 - 38:21** | **Campanella, Aaron (2021-01-29)** | | | **Re: [38:16-38:21]** | **SUSTAINED** |
| 38 16 | A.   I will say though -- that better. | | | Improper Clarification Counter | |
| 38 17 | I'm sorry.  I'm kind of tired on my end. | | | | |
| 38 18 | The over-the-ear hearing | | | | |
| 38 19 | protection is maintained with the -- with the | | | | |
| 38 20 | tool so that they can be issued to soldiers as | | | | |
| 38 21 | they are required. | | | | |
| **38:22 - 39:1** | **Campanella, Aaron (2021-01-29)** | | | | |
| 38 22 | Q.    During the time in which you were | | | | |
| 38 23 | at the airfield base, do you recall what | | | | |
| 38 24 | hearing protection devices anyone in your unit | | | | |
| 38 25 | was using? | | | | |
| 39 1 | A.    Their issued earplugs. | | | | |
| **39:2 - 39:14** | **Campanella, Aaron (2021-01-29)** | | | **Re: [39:2-39:14]** | **SUSTAINED** |
| 39 2 | Q.    Other than knowing, generally, | | | 401, 402, 403, Improper | |
| 39 3 | that they were issued earplugs, can you recall | | | Clarification Counter | |
| 39 4 | any particular types of earplugs that folks | | | | |
| 39 5 | within the unit were using at the time? | | | | |
| 39 6 | A.    No, ma'am.  I've been -- I've | | | | |
| 39 7 | been issued a set of hearing protection every | | | | |
| 39 8 | year for twenty-two years, and they're always, | | | | |
| 39 9 | you know -- I probably have ten different | | | | |
| 39 10 | variants. | | | | |
| 39 11 | So I do not recall, you know, | | | | |
| 39 12 | what we were issued.  It also, you know, | | | | |
| 39 13 | depended on ear size and availability at the | | | | |
| 39 14 | clinic as well. | | | | |
| **39:15 - 40:9** | **Campanella, Aaron (2021-01-29)** | | | | |
| 39 15 | Q.    Did anyone within your unit, | | | | |
| 39 16 | while stationed near the airfield, ever | | | | |
| 39 17 | complain to you about issues with hearing due | | | | |
| 39 18 | to the noise levels at the airfield? | | | | |
| 39 19 | MS. HUNT:  Object to form. | | | | |
| 39 20 | A.    Not that I recall. | | | | |
| 39 21 | Q.    Did you ever have an audiologist | | | | |
| 39 22 | come to the airfield site to measure any of the | | | | |
| 39 23 | folks' in your unit's hearing or any changes in | | | | |
| 39 24 | the hearing while you were there? | | | | |

| | | | | |
|---|---|---|---|---|
| 39 25    A.   No, ma'am.  That was done upon<br>40 1   redeployment.<br>40 2   Q.   What do you mean by that?<br>40 3   A.   So we're required to take a<br>40 4   annual hearing exam.  So they ensure prior to<br>40 5   us going that we do it, so that it doesn't<br>40 6   become overdue while -- while we are deployed.<br>40 7   And then you typically are due one when you<br>40 8   return from deployment, so it happens as a part<br>40 9   of your redeployment processing. | | | | |
| **40:15 - 40:18**  **Campanella, Aaron (2021-01-29)**<br>40 15   Q.   During this time period, do you<br>40 16   recall ever observing Mr. Camarillorazo wearing<br>40 17   any particular hearing protection device?<br>40 18   A.   No, ma'am. | | | **Re: [40:15-40:18]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| **40:19 - 40:23**  **Campanella, Aaron (2021-01-29)**<br>40 19   Q.   I think I asked this more<br>40 20   generally, but specific to Mr. Camarillorazo,<br>40 21   do you recall any complaint that he made to you<br>40 22   about the noise levels at the airfield?<br>40 23   A.   I do not, no, ma'am. | | | | |
| **41:1 - 41:23**  **Campanella, Aaron (2021-01-29)**<br>41 1   Do you have any reason to<br>41 2   disagree with his testimony that he would have<br>41 3   mentioned this to you during the time at the<br>41 4   Bagram Airfield?<br>41 5   A.   No, I don't.<br>41 6   Q.   Now, separate from the Bagram<br>41 7   Airfield, you said that you dispersed, sort of,<br>41 8   your unit across thirty different FOBs at this<br>41 9   time?<br>41 10   A.   No.  Three, ma'am.<br>41 11   Q.   Oh.  Oh, gosh.  That's quite<br>41 12   different.  Thank you for clarifying.<br>41 13   I was about to say you sounded<br>41 14   very busy if you had to visit all thirty of<br>41 15   them.<br>41 16   A.   No.  Just the three.<br>41 17   Q.   So how often, then, did you go to | | | | |

| | |
|---|---|
| 41 18 | visit each of these three bases? |
| 41 19 | A.    Biweekly, or as needed if there |
| 41 20 | were issues. |
| 41 21 | Q.    But on average, you would |
| 41 22 | probably go biweekly to each of these bases? |
| 41 23 | A.    Yes, ma'am. |
| **42:2 - 43:8** | **Campanella, Aaron (2021-01-29)** |
| 42 2 | While stationed at the airfield, |
| 42 3 | do you recall any mortar attacks or anything |
| 42 4 | like that from the 2012 to July 2013 time |
| 42 5 | frame? |
| 42 6 | A.    At Bagram, I recall -- I do |
| 42 7 | recall rocket attacks, I just don't recall |
| 42 8 | which deployment.  They all kind of run |
| 42 9 | together. |
| 42 10 | Q.    Do you recall any rocket attacks |
| 42 11 | at any of the -- Strike that. |
| 42 12 | Do you recall any rocket attacks |
| 42 13 | at the operating base in which Mr. |
| 42 14 | Camarillorazo was stationed during the 2012 to |
| 42 15 | 2013 deployment? |
| 42 16 | A.    Yeah.  So just to be clear, I |
| 42 17 | believe that Camarillo was in Tagab, but I'm |
| 42 18 | struggling to -- I don't -- I don't know 100 |
| 42 19 | percent.  I can't remember where he was, but I |
| 42 20 | believe that it was Tagab. |
| 42 21 | But, yes, there were rocket |
| 42 22 | attacks and mortar attacks at those locations. |
| 42 23 | Q.    To the best of your recollection, |
| 42 24 | how often did that occur during the 2012 to |
| 42 25 | 2013 deployment? |
| 43 1 | A.    Yeah.  I don't recall. |
| 43 2 | Q.    Would you describe it as |
| 43 3 | something that happened -- |
| 43 4 | A.    On Bagram -- |
| 43 5 | Q.    I'm sorry. |
| 43 6 | A.    On Bagram, you know, extremely |
| 43 7 | infrequently.  And I wasn't permanently at the |
| 43 8 | other FOBs, I can't really tell you. |

| | | | | |
|---|---|---|---|---|
| **43:21 - 44:3** | **Campanella, Aaron (2021-01-29)** | | | |
| 43 21 | Q.    Sergeant Major Campanella, during | | | |
| 43 22 | the time period that you were deployed to | | | |
| 43 23 | Afghanistan with Mr. Camarillorazo, | | | |
| 43 24 | approximately how much time would you spend | | | |
| 43 25 | with him during that time period? | | | |
| 44 1 | A.    I -- I don't know, ma'am. | | | |
| 44 2 | Whenever -- You know, I walked around and | | | |
| 44 3 | visited people regularly, so probably daily. | | | |
| **44:4 - 44:11** | **Campanella, Aaron (2021-01-29)** | | Re: [44:4-44:11] | **SUSTAINED** |
| 44 4 | Q.    And do you recall how, if at all, | | 602, Improper Clarification | |
| 44 5 | Mr. Camarillorazo's day-to-day tasks changed | | Counter | |
| 44 6 | from the time you were at Fort Hood until you | | | |
| 44 7 | got to Afghanistan? | | | |
| 44 8 | A.    How his daily tasks changed? | | | |
| 44 9 | Q.    That's right. | | | |
| 44 10 | A.    They probably didn't.  Just the | | | |
| 44 11 | environment changed. | | | |
| **44:12 - 46:3** | **Campanella, Aaron (2021-01-29)** | | | |
| 44 12 | Q.    So as far as you recall, during | | | |
| 44 13 | this time period while in Afghanistan, Mr. | | | |
| 44 14 | Camarillorazo would be working on the same type | | | |
| 44 15 | of tanks, so M1 Abrams, Bradley Fighting | | | |
| 44 16 | Vehicles -- | | | |
| 44 17 | A.    I got you.  I apologize. | | | |
| 44 18 | Q.    No problem. | | | |
| 44 19 | A.    For the most part, the -- you | | | |
| 44 20 | know, the armored vehicles -- the tanks and | | | |
| 44 21 | Bradleys stayed at Fort Hood, and we moved | | | |
| 44 22 | primarily to a MRAP fleet. | | | |
| 44 23 | Q.    So while in Afghanistan, most of | | | |
| 44 24 | the work would have been focused on MRAP | | | |
| 44 25 | vehicles; is that fair? | | | |
| 45 1 | A.    That is, yes, ma'am. | | | |
| 45 2 | Q.    Just for my own knowledge, is an | | | |
| 45 3 | MRAP a tracked vehicle or a wheeled vehicle? | | | |
| 45 4 | A.    A wheeled vehicle. | | | |
| 45 5 | Q.    And other than working on tank | | | |
| 45 6 | maintenance, as far as you know, was there any | | | |

| | | | | |
|---|---|---|---|---|
| 45 7 | sort of weapons training going on during the | | | |
| 45 8 | Afghanistan deployment from 2012 to 2013? | | | |
| 45 9 | A.    Yes.  We -- We shot frequently on | | | |
| 45 10 | FOB Tagab. | | | |
| 45 11 | Q.    What do you mean by frequently? | | | |
| 45 12 | A.    Whenever there was an opportunity | | | |
| 45 13 | to train, there was a special forces unit | | | |
| 45 14 | there, they would provide us training.  There | | | |
| 45 15 | was, you know, a range into one of the mountain | | | |
| 45 16 | fronts.  So there was an opportunity to reblue | | | |
| 45 17 | our soldiers on weapons systems there. | | | |
| 45 18 | Q.    Do you recall what weapon systems | | | |
| 45 19 | were available for training during that time | | | |
| 45 20 | period? | | | |
| 45 21 | A.    Yes.  Our individual weapons and | | | |
| 45 22 | our crew-served weapons. | | | |
| 45 23 | Q.    And what specific weapon systems | | | |
| 45 24 | were those? | | | |
| 45 25 | A.    .50 cal machine gun, M240 Bravo | | | |
| 46 1 mark | machine gun, and an M249 SAW machine gun, | | | |
| 46 2 | 19 grenade launcher, M203 grenade launchers, | | | |
| 46 3 | and M9 pistols. | | | |
| **46:24 - 47:1** | **Campanella, Aaron (2021-01-29)** | | | **Re: [46:24-47:1]** | **SUSTAINED** |
| 46 24 | MS. OZUROVICH:  No worries.  In | | | **Improper Clarification Counter** | |
| 46 25 | the meantime, I'll mark it for the Record. | | | | |
| 47 1 | Let's call this Camarillorazo Exhibit 28. | | | | |
| **47:18 - 48:1** | **Campanella, Aaron (2021-01-29)** | | | **Re: [47:18-48:1]** | **SUSTAINED** |
| 47 18 | Q.    So I want to start with -- If you | | | 602, 401, 402, Improper | |
| 47 19 | see there, Sergeant Major Campanella, there's a | | | Clarification Counter | |
| 47 20 | document called Camarillorazo Facebook 0001. | | | | |
| 47 21 | Can you see that? | | | | |
| 47 22 | A.    Yes, ma'am. | | | | |
| 47 23 | Q.    And if you scroll all the way to | | | | |
| 47 24 | the right, there's a date and time column under | | | | |
| 47 25 | column H.  Do you see that? | | | | |
| 48 1 | A.    Yes, ma'am. | | | | |
| **48:2 - 48:5** | **Campanella, Aaron (2021-01-29)** | | | | |
| 48 2 | Q.    And this is a document that -- or | | | | |

| | | | | |
|---|---|---|---|---|
| 48 3   message, rather, that is dated May 2, 2013.<br>48 4   Do you see that?<br>48 5     A.    Yes, ma'am. | | | | |
| **48:7 - 48:9**   **Campanella, Aaron (2021-01-29)**<br>48 7   As of May 2, 2013, were you and<br>48 8   Mr. Camarillorazo stationed in Afghanistan?<br>48 9     A.    Yes, ma'am. | | | **Re: [48:7-48:9]**<br>602, 401, 402, Improper<br>Clarification Counter | **SUSTAINED** |
| **48:10 - 49:7**   **Campanella, Aaron (2021-01-29)**<br>48 10   Q.    All right.  And so I want to<br>48 11   direct your attention to the actual text of the<br>48 12   message.  And I won't read the whole thing, but<br>48 13   I want to point your attention to this sentence<br>48 14   that reads:  We have a checkpoint, called<br>48 15   Tagab, and we had a pilot of helicopter got<br>48 16   shot on the leg and stopped there to get his<br>48 17   leg looked at by the medics like it was<br>48 18   nothing.  Gunfights happen right at the -- of<br>48 19   the gates daily, three to four times.<br>48 20   Do you see that sentence?<br>48 21     A.    Yes, ma'am.<br>48 22   Q.    And I wanted to ask:  Is it<br>48 23   consistent with your experience while you were<br>48 24   deployed in Afghanistan with Mr. Camarillorazo<br>48 25   that gunfights were happening almost daily or,<br>49 1   you know, three to four times a day, rather, at<br>49 2   the Tagab FOB?<br>49 3     A.    I was not stationed on Tagab.  I<br>49 4   do recall there being, you know, a period of<br>49 5   time where that area was -- was hot.  But I<br>49 6   could not attest to whether or not there were<br>49 7   three to four gunfights at the gate each day. | | | | |
| **49:8 - 49:10**   **Campanella, Aaron (2021-01-29)**<br>49 8   Q.    Fair enough.  Do you recall<br>49 9   getting any reports about, I guess, the station<br>49 10   being hot, was the term that you used? | | | **Re: [49:8-49:10]**<br>602, 401, 402, Improper<br>Clarification Counter | **SUSTAINED** |
| **49:12 - 49:16**   **Campanella, Aaron (2021-01-29)**<br>49 12     A.    Yes, ma'am.<br>49 13   Q.    And can you describe for me what<br>49 14   that term means? | | | **Re: [49:12-49:16]**<br>602, 401, 402, Improper<br>Clarification Counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 49 15    A.    There were Taliban operatives in<br>49 16    that area. | | | | |
| **49:17 - 50:1**    **Campanella, Aaron (2021-01-29)**<br>49 17    Q.    Do you know how close the<br>49 18    operatives were with respect to the forward<br>49 19    operating base?<br>49 20    A.    No, ma'am. It's -- They<br>49 21    certainly didn't hang out in the open.<br>49 22    Q.    That's fair enough. Do you have<br>49 23    any sense of any of the weaponry that was being<br>49 24    used during that time by the Taliban<br>49 25    operatives?<br>50 1    A.    No, ma'am. I assume AK47. | | | | |
| **50:2 - 50:5**    **Campanella, Aaron (2021-01-29)**<br>50 2    Q.    And then if you turn to the next<br>50 3    message, which is the row -- Actually, let's<br>50 4    look at the row where it says Camarillorazo<br>50 5    Facebook 0003. | | | **Re: [50:2-50:5]**<br>Improper Clarification Counter | **SUSTAINED** |
| **50:20 - 51:12**    **Campanella, Aaron (2021-01-29)**<br>50 20    Q.    Perfect. So, Sergeant Major, do<br>50 21    you see the row that is Camarillorazo Facebook<br>50 22    0003?<br>50 23    A.    Yes, ma'am.<br>50 24    Q.    Do you see in that row under date<br>50 25    and time column, the date is January 10, 2013?<br>51 1    A.    Yes, ma'am. That's -- you --<br>51 2    that's number four on mine.<br>51 3    Q.    Oh, yes. I apologize. It is row<br>51 4    four but it is message number Camarillorazo<br>51 5    Facebook 3; is that right?<br>51 6    A.    Oh, my bad. Yes, ma'am.<br>51 7    Q.    No worries. I just want to make<br>51 8    sure we're talking about the same message.<br>51 9    So if you look at the actual text<br>51 10    of the message, there is a line in there that<br>51 11    says: All you see is outgoing tripple 777 all<br>51 12    day. | | | **Re: [50:20-51:12]**<br>602, 401, 402, Improper<br>Clarification Counter | **SUSTAINED** |
| **51:13 - 52:10**    **Campanella, Aaron (2021-01-29)**<br>51 13    Do you have any understanding | | | | |

| | | | | |
|---|---|---|---|---|
| 51 14 | what a 777 is? | | | |
| 51 15 | A.   It's an artillery piece. | | | |
| 51 16 | Q.   And was that an artillery piece | | | |
| 51 17 | during your time in Afghanistan that your unit | | | |
| 51 18 | was using or that the Taliban operatives were | | | |
| 51 19 | using? | | | |
| 51 20 | A.   No.  We -- The -- At Tagab, there | | | |
| 51 21 | was a detachment, an artillery detachment, that | | | |
| 51 22 | operated the M777s. | | | |
| 51 23 | Q.   And were you ever present at | | | |
| 51 24 | Tagab when the 777s were being fired? | | | |
| 51 25 | A.   Yes, ma'am. | | | |
| 52 1 | Q.   And do you have any understanding | | | |
| 52 2 | how often these were being fired at Tagab? | | | |
| 52 3 | A.   No.  I -- Whenever there was a | | | |
| 52 4 | fire mission, ma'am, I don't -- I couldn't | | | |
| 52 5 | attest to how often that was. | | | |
| 52 6 | Q.   How would you describe in your | | | |
| 52 7 | experience the noise level of a 777 artillery | | | |
| 52 8 | weapon compared to, you know, the other weapons | | | |
| 52 9 | that you were around during your service? | | | |
| 52 10 | A.   Louder. | | | |
| **52:14 - 52:15** | **Campanella, Aaron (2021-01-29)** | | | **Re: [52:14-52:15|** | **SUSTAINED** |
| 52 14 | Q.   Would you say in your experience | | 702, 403, Improper | |
| 52 15 | it was louder than, you know, the typical M4? | | Clarification Counter | |
| **52:18 - 52:18** | **Campanella, Aaron (2021-01-29)** | | | **Re: [52:18-52:18|** | **SUSTAINED** |
| 52 18 | A.   Yes. | | 702, 403, Improper | |
| | | | Clarification Counter | |
| **52:19 - 53:1** | **Campanella, Aaron (2021-01-29)** | | | |
| 52 19 | Q.   Do you know, based on your | | | |
| 52 20 | experience and training, whether single or | | | |
| 52 21 | double hearing protection would have been | | | |
| 52 22 | required when firing a 777? | | | |
| 52 23 | MS. HUNT:  Object to the form. | | | |
| 52 24 | A.   No, ma'am.  I don't -- I don't | | | |
| 52 25 | understand -- I'm not an expert in artillery | | | |
| 53 1 | operations. | | | |
| **53:5 - 53:8** | **Campanella, Aaron (2021-01-29)** | | | **Re: [53:5-53:8|** | **SUSTAINED** |
| 53 5 | Q.   So if we could go to row 7.  It | | **Improper Clarification Counter** | |

| | | | | |
|---|---|---|---|---|
| 53 6 | is Camarillorazo Facebook message number six. | | | |
| 53 7 | Do you see that? | | | |
| 53 8 | A.    Yes, ma'am. | | | |
| **53:9 - 53:22** | **Campanella, Aaron (2021-01-29)** | | | |
| 53 9 | Q.    And do you see, if you go all the | | | |
| 53 10 | way over in the date and time column, it is | | | |
| 53 11 | March 18, 2013? | | | |
| 53 12 | A.    Yes, ma'am. | | | |
| 53 13 | Q.    And so that also would have been | | | |
| 53 14 | in the time period which you were stationed | | | |
| 53 15 | with Mr. Camarillorazo; true? | | | |
| 53 16 | A.    Correct.  Yes, ma'am. | | | |
| 53 17 | Q.    And if you look at the message it | | | |
| 53 18 | says:  I just posted some pictures of my | | | |
| 53 19 | platoon shooting the Mark 19.  We shoot fifteen | | | |
| 53 20 | hundred rounds only ten fires and one AT4. | | | |
| 53 21 | Do you see that? | | | |
| 53 22 | A.    Yes, ma'am. | | | |
| **54:1 - 55:13** | **Campanella, Aaron (2021-01-29)** | | | |
| 54 1 | I believe earlier you said that | | | |
| 54 2 | the Mark 19 was one of the weapon systems that | | | |
| 54 3 | you believed was fired in training at the Tagab | | | |
| 54 4 | Forward Operating Base; is that correct? | | | |
| 54 5 | A.    Yes, ma'am. | | | |
| 54 6 | Q.    And so in your experience, while | | | |
| 54 7 | at the Tagab Forward Operating Base, was it | | | |
| 54 8 | common that there would be trainings wherein | | | |
| 54 9 | units would be shooting fifteen hundred rounds | | | |
| 54 10 | of the Mark 19? | | | |
| 54 11 | MS. HUNT:  Object to form and | | | |
| 54 12 | foundation. | | | |
| 54 13 | A.    Yeah.  I wouldn't -- I wouldn't | | | |
| 54 14 | begin to, you know, pretend like I knew how | | | |
| 54 15 | many rounds they were shooting during training. | | | |
| 54 16 | Q.    Were you ever present when any of | | | |
| 54 17 | the training on the weapon systems was | | | |
| 54 18 | happening while at the Tagab Forward Operating | | | |
| 54 19 | Base? | | | |
| 54 20 | A.    Yes, ma'am. | | | |

| | | | | |
|---|---|---|---|---|
| 54 21 | Q.    And when you were present during | | | |
| 54 22 | this training, did you have any sense of the | | | |
| 54 23 | number of rounds that would have been fired | | | |
| 54 24 | during that time period or during that | | | |
| 54 25 | particular training? | | | |
| 55 1 | MS. HUNT:  Object to form, | | | |
| 55 2 | foundation. | | | |
| 55 3 | A.    No, ma'am. | | | |
| 55 4 | Q.    Do you recall if multiple people | | | |
| 55 5 | were firing weapons at that time? | | | |
| 55 6 | A.    Multiple people were firing but | | | |
| 55 7 | not at the same time. | | | |
| 55 8 | Q.    I see.  So it was typical | | | |
| 55 9 | practice for there to be multiple, I guess, | | | |
| 55 10 | shooters but not necessarily firing the weapon | | | |
| 55 11 | at the same time? | | | |
| 55 12 | MS. HUNT:  Object to form. | | | |
| 55 13 | A.    Correct. | | | |
| **59:1 - 59:23** | **Campanella, Aaron (2021-01-29)** | | | |
| 59 1 | Going back to the Bagram | | | |
| 59 2 | Airfield, other than the fighter jets, are | | | |
| 59 3 | there any other, you know, loud noise exposures | | | |
| 59 4 | that you recall occurring at that base while | | | |
| 59 5 | you and Mr. Camarillorazo were stationed there? | | | |
| 59 6 | MS. HUNT:  Object to form. | | | |
| 59 7 | A.    No.  Just -- Just typical vehicle | | | |
| 59 8 | maintenance. | | | |
| 59 9 | Q.    And would that be the typical | | | |
| 59 10 | vehicle maintenance on the MRAPs or -- or | | | |
| 59 11 | something else? | | | |
| 59 12 | A.    Yes, on the MRAPs.  And, you | | | |
| 59 13 | know, maybe generator -- typical generator | | | |
| 59 14 | noise, if you were in close proximity. | | | |
| 59 15 | Q.    I believe you said earlier that | | | |
| 59 16 | as part of your practice while at the airfield, | | | |
| 59 17 | that you would tell soldiers to wear their | | | |
| 59 18 | hearing protection devices; is that a fair | | | |
| 59 19 | statement? | | | |
| 59 20 | A.    When -- If they were doing | | | |

| | |
|---|---|
| 59 21 | something, you know, that required them.  But |
| 59 22 | we didn't -- we didn't walk around, you know, |
| 59 23 | twenty-four hours a day wearing them. |

**60:4 - 62:6    Campanella, Aaron (2021-01-29)**

| | |
|---|---|
| 60 4 | As far as you recall, you don't |
| 60 5 | remember folks walking around with hearing |
| 60 6 | protection in 24/7 while on the airfield base; |
| 60 7 | is that fair? |
| 60 8 | MS. HUNT:  Object to form and |
| 60 9 | foundation. |
| 60 10 | A.    Yeah.  That is -- That is fair. |
| 60 11 | Unless they were doing -- You know, unless they |
| 60 12 | were around loud noise, they didn't have their |
| 60 13 | earplugs in. |
| 60 14 | Q.    And so is that something that you |
| 60 15 | would have instructed your unit to do, meaning, |
| 60 16 | unless they were around a loud noise, you don't |
| 60 17 | need to wear your hearing protection around the |
| 60 18 | base? |
| 60 19 | A.    No.  I don't -- like, it's -- |
| 60 20 | It's the soldier's prerogative, if they're |
| 60 21 | wearing hear protection or not, unless they're |
| 60 22 | doing something, you know, around loud noise, |
| 60 23 | and then it's -- it's not an option, it's |
| 60 24 | required. |
| 60 25 | Q.    Do you recall ever seeing folks |
| 61 1 | at the Bagram Airfield wearing hearing |
| 61 2 | protection around base when they weren't around |
| 61 3 | loud noises? |
| 61 4 | MS. HUNT:  Object to form, |
| 61 5 | foundation. |
| 61 6 | A.    No, I don't recall. |
| 61 7 | Q.    Other than generally instructing |
| 61 8 | folks to wear their hearing protection, did you |
| 61 9 | give any other advice about when to wear |
| 61 10 | hearing protection as a result of the fighter |
| 61 11 | jets that were constantly taking off near the |
| 61 12 | base? |
| 61 13 | MS. HUNT:  Object to form. |

| | | | | |
|---|---|---|---|---|
| 61 14    A.   No. I just recall that we<br>61 15    started keeping our earplugs on our person so<br>61 16    we could, you know, put them in when one of the<br>61 17    jets was taking off.<br>61 18    Q.   Did the jets ever take off during<br>61 19    the middle of the night?<br>61 20    A.   Yes.<br>61 21    Q.   So did you have any advice for<br>61 22    any of the soldiers at the airfield base about<br>61 23    what to do with hearing protection at night?<br>61 24    A.   Are you asking me if I told<br>61 25    soldiers to wear their earplugs when they were<br>62 1    sleeping or --<br>62 2    Q.   Yeah. I guess, you know, given<br>62 3    that -- I believe you said earlier that the<br>62 4    flight schedule was a bit unpredictable; is<br>62 5    that right?<br>62 6    A.   Right. Yes. | | | | |
| **62:7 - 62:17**  Campanella, Aaron (2021-01-29)<br>62 7    Q.   So I guess, you know, recognizing<br>62 8    the unpredictability of that, you know, and the<br>62 9    fact that sometimes the fighter jets could take<br>62 10    off in the middle of the night, did you have<br>62 11    any instructions or ideas on what to do for<br>62 12    soldiers at night?<br>62 13    A.   No. That's the time I alluded to<br>62 14    before when, you know, there may not be time<br>62 15    because you're coming out of a dead sleep. So<br>62 16    I did not require anyone to wear earplugs<br>62 17    asleep. You know, you just did your best. | | | Re: [62:7-62:17]<br>Improper Clarification Counter | **OVERRULED** |
| **64:11 - 65:15**  Campanella, Aaron (2021-01-29)<br>64 11    Q.   And so after your deployment at<br>64 12    Afghanistan and getting back to Fort Hood, is<br>64 13    it your understanding that either you or he<br>64 14    would have stopped working together<br>64 15    approximately in October of 2014; is that<br>64 16    right?<br>64 17    A.   Yes, ma'am.<br>64 18    Q.   All right. And during the time | | | | |

| | | | | |
|---|---|---|---|---|
| 64 19 | period in which you knew Mr. Camarillorazo, do | | | |
| 64 20 | you ever recall him telling you that he had | | | |
| 64 21 | hearing loss? | | | |
| 64 22 | A.    I do recall him having hearing | | | |
| 64 23 | issues. | | | |
| 64 24 | Q.    When did you first, I guess, | | | |
| 64 25 | recall having him hear -- with hearing issues? | | | |
| 65 1 | A.    I would be lying if I told you | | | |
| 65 2 | when.  I just can't recall. | | | |
| 65 3 | Q.    Do you recall if it was something | | | |
| 65 4 | that happened, you know, before you were | | | |
| 65 5 | deployed to Afghanistan or after you came back? | | | |
| 65 6 | A.    I don't, no, ma'am. | | | |
| 65 7 | Q.    Do you recall whether or not his | | | |
| 65 8 | hearing issues would have changed at all while | | | |
| 65 9 | you were in Afghanistan together? | | | |
| 65 10 | A.    I don't, no, ma'am. | | | |
| 65 11 | Q.    What do you recall about Mr. | | | |
| 65 12 | Camarillorazo's hearing loss -- or hearing | | | |
| 65 13 | issues, rather? | | | |
| 65 14 | A.    That he was -- That he was a | | | |
| 65 15 | little hard of hearing and he talked loud. | | | |
| **65:16 - 66:7** | **Campanella, Aaron (2021-01-29)** | | **Re: [65:16-66:7]** | **OVERRULED** |
| 65 16 | Q.    Fair enough.  Do you recall him | | 602, Improper Clarification | |
| 65 17 | wearing hearing aids ever during this time | | Counter | |
| 65 18 | period? | | | |
| 65 19 | A.    I -- No, I don't.  He may have, I | | | |
| 65 20 | don't remember. | | | |
| 65 21 | Q.    As far as you recall, did any of | | | |
| 65 22 | Mr. Camarillorazo's hearing troubles affect his | | | |
| 65 23 | ability to perform his duties? | | | |
| 65 24 | A.    I don't recall it affecting his | | | |
| 65 25 | duties, no, ma'am. | | | |
| 66 1 | Q.    And so other than maybe him | | | |
| 66 2 | speaking a little bit more loudly and that he | | | |
| 66 3 | was a little hard of hearing, is there anything | | | |
| 66 4 | else that you recall about the circumstances of | | | |
| 66 5 | Mr. Camarillorazo's hearing at the time that | | | |
| 66 6 | you served with him? | | | |

| | | | | |
|---|---|---|---|---|
| 66 7 | A.   No, ma'am. | | | |

| | | | | |
|---|---|---|---|---|
| **66:8 - 68:12** | **Campanella, Aaron (2021-01-29)** | | | **SUSTAINED** |
| 66 8 | Q.    Did Mr. Camarillorazo tell you or | | **Re: [66:12-66:17]** | |
| 66 9 | did you ever learn that Mr. Camarillorazo had | | Non-Responsive (611); 401; | |
| 66 10 | something called tinnitus? | | 403 | |
| 66 11 | A.    No.  I don't recall him telling | | **Re: [67:3-67:21]** | |
| 66 12 | me that he had tinnitus.  I have it and it's | | 602 (Foundation) | |
| 66 13 | very annoying. | | | |
| 66 14 | Q.    I'm sorry? | | | |
| 66 15 | A.    I said I have it and it's very | | | |
| 66 16 | annoying. | | | |
| 66 17 | Q.    I can imagine. | | | |
| 66 18 | But as far as you know, you don't | | | |
| 66 19 | recall ever observing that or him saying | | | |
| 66 20 | anything about that to you? | | | |
| 66 21 | A.    I don't recall, no, ma'am. | | | |
| 66 22 | Q.    And as far as you recall, after | | | |
| 66 23 | the deployment in Afghanistan, do you remember | | | |
| 66 24 | any of the soldiers in your unit complaining | | | |
| 66 25 | that their hearing loss had gotten worse as | | | |
| 67 1 | well? | | | |
| 67 2 | A.    I do not, no, ma'am. | | | |
| 67 3 | Q.    During the time in which you | | | |
| 67 4 | served with Mr. Camarillorazo, do you recall if | | | |
| 67 5 | he suffered any head injuries or concussions? | | | |
| 67 6 | A.    I do not, no, ma'am. | | | |
| 67 7 | Q.    Do you know if he suffered any | | | |
| 67 8 | traumatic injuries during the time period in | | | |
| 67 9 | which you worked together? | | | |
| 67 10 | A.    I do not recall him suffering | | | |
| 67 11 | from a TBI, no, ma'am. | | | |
| 67 12 | Q.    Do you recall him ever being | | | |
| 67 13 | subject to a blast or an IED or something like | | | |
| 67 14 | that? | | | |
| 67 15 | A.    No, I do not. | | | |
| 67 16 | Q.    Was that something, during the | | | |
| 67 17 | time in which you were in Afghanistan, that was | | | |
| 67 18 | common, you know, an IED explosion or a blast | | | |
| 67 19 | explosion? | | | |

| | | | | |
|---|---|---|---|---|
| 67 20 | A.     No.  No.  IEDs were not common | | | |
| 67 21 | during that deployment. | | | |
| 67 22 | Q.     Were any other form of, I guess, | | | |
| 67 23 | blasts, explosions for lack of a better word, | | | |
| 67 24 | commonplace during the 2012 to 2013 | | | |
| deployment? | | | | |
| 67 25 | A.     On Bagram, no, not at all.  On -- | | | |
| 68 1 | In Tagab, they were more frequent -- more | | | |
| 68 2 | frequent. | | | |
| 68 3 | Q.     What types of blasts were more | | | |
| 68 4 | frequent at Tagab? | | | |
| 68 5 | A.     Mortars. | | | |
| 68 6 | Q.     I think I may have asked you | | | |
| 68 7 | this, but if I did not:  Do you have any sense | | | |
| 68 8 | of how often that would have occurred? | | | |
| 68 9 | A.     No, ma'am. | | | |
| 68 10 | Q.     Do you have any knowledge of | | | |
| 68 11 | whether Mr. Camarillorazo smokes cigarettes? | | | |
| 68 12 | A.     I do not recall him smoking. | | | |
| **69:16 - 71:9** | **Campanella, Aaron (2021-01-29)** | | | |
| 69 16 | Q.     During your time in serving with | | | |
| 69 17 | Mr. Camarillorazo, was it commonplace for the | | | |
| 69 18 | Combat Arms Earplug Version 2 to be used in | | | |
| 69 19 | your unit? | | | |
| 69 20 | A.     I -- I don't know.  I can't -- I | | | |
| 69 21 | get my time -- I don't remember when we were | | | |
| 69 22 | wearing those, so I don't -- I would prefer, | | | |
| 69 23 | you know, not to answer and be wrong. | | | |
| 69 24 | For all I know, we were wearing | | | |
| 69 25 | those in 2010 or -- so -- It was common that we | | | |
| 70 1 | wore them because we were issued them, but I | | | |
| 70 2 | don't remember when that was. | | | |
| 70 3 | VIDEOGRAPHER:  Because you were | | | |
| 70 4 | in?  I'm sorry. | | | |
| 70 5 | THE WITNESS:  I'm sorry? | | | |
| 70 6 | VIDEOGRAPHER:  What did you say | | | |
| 70 7 | -- What was your answer, sir? | | | |
| 70 8 | A.     I don't recall when we wore that | | | |
| 70 9 | version of earplugs or when that version was | | | |

| | | | | |
|---|---|---|---|---|
| 70 10 | issued.  So whenever that was, it was common | | | |
| 70 11 | for soldiers to wear them, I just don't recall, | | | |
| 70 12 | you know, what years those were issued. | | | |
| 70 13 | Q.    Were you issued the Combat Arms | | | |
| 70 14 | Earplug Version 2? | | | |
| 70 15 | A.    At some point, yes, ma'am. | | | |
| 70 16 | Q.    And it may have been during the | | | |
| 70 17 | time period in which you served with Mr. | | | |
| 70 18 | Camarillorazo, you're just not sure one way or | | | |
| 70 19 | the other? | | | |
| 70 20 | A.    Yes, ma'am. | | | |
| 70 21 | Q.    Do you recall any of the | | | |
| 70 22 | circumstances in which you received the Combat | | | |
| 70 23 | Arms Earplug Version 2? | | | |
| 70 24 | A.    No, ma'am.  Probably at the | | | |
| 70 25 | hearing clinic. | | | |
| 71 1 | Q.    Is that where you were typically | | | |
| 71 2 | issued hearing protection devices? | | | |
| 71 3 | A.    Yes.  Typically. | | | |
| 71 4 | Q.    Is that where you would typically | | | |
| 71 5 | go through the fitting of a hearing protection | | | |
| 71 6 | device? | | | |
| 71 7 | A.    Yes, ma'am.  That's part of our | | | |
| 71 8 | annual hearing exam, the fitting of the | | | |
| 71 9 | earplugs. | | | |
| **71:10 - 71:17** | **Campanella, Aaron (2021-01-29)** | | **Re: [71:10-71:17]** | **SUSTAINED** |
| 71 10 | Q.    As far as you know, do you recall | | 401, 402, 403, Improper | |
| 71 11 | if you were ever fit with the Combat Arms | | Clarification Counter | |
| 71 12 | Earplug Version 2? | | | |
| 71 13 | A.    I don't recall being fit, no, | | | |
| 71 14 | ma'am. | | | |
| 71 15 | Q.    Do you recall generally the fit | | | |
| 71 16 | process of when you received a hearing | | | |
| 71 17 | protection device? | | | |
| **72:3 - 72:16** | **Campanella, Aaron (2021-01-29)** | | **Re: [72:3-72:16]** | **OVERRULED** |
| 72 3 | So during the time period from | | 401 | |
| 72 4 | 2012 to 2014, do you recall what the typical | | | |
| 72 5 | fitting process would have been for you during | | | |
| 72 6 | that time period? | | | |

| | | | |
|---|---|---|---|
| 72 7    A.    You put an earplug in your ear | | | |
| 72 8    and then an expert looks at it and tells you if | | | |
| 72 9    you're good to go. | | | |
| 72 10    Q.    When you say an expert, are you | | | |
| 72 11    referring to somebody at the audiology clinic? | | | |
| 72 12    A.    Yes, ma'am. | | | |
| 72 13    Q.    And as far as you know, during | | | |
| 72 14    the 2012 to 2014 time period, is that something | | | |
| 72 15    that would -- that happened annually? | | | |
| 72 16    A.    Yes, ma'am. | | | |
| **74:4 - 76:2**    **Campanella, Aaron (2021-01-29)** | | | **OVERRULED** |
| 74 4    Q.    Were you ever, as someone in sort | | | **Re: [74:4-74:12]** |
| 74 5    of a supervisory position, aware of Sergeant | | | Foundation (602); 611 |
| 74 6    Camarillo being written up or disciplined for | | | (Leadings, Vague) |
| 74 7    not following safety rules? | | | **Re: [74:15-74:18]** |
| 74 8    A.    No, ma'am. | | | 602 (Foundation); 611 |
| 74 9    Q.    So in your experience, it's fair | | | (Leading) |
| 74 10    to say, as far as you know, he followed all | | | **Re: [74:21-75:16]** |
| 74 11    applicable safety rules? | | | 611 (Leading) |
| 74 12    A.    Yes, ma'am. | | | **Re: [75:17-76:2]** |
| 74 13    MS. OZUROVICH: Object to the | | | 611 (Leading); 802 (Hearsay) |
| 74 14    form. | | | |
| 74 15    Q.    And that would include hearing | | | |
| 74 16    protection and the use of other appropriate | | | |
| 74 17    PPE? | | | |
| 74 18    A.    Yes, ma'am. | | | |
| 74 19    MS. OZUROVICH: Object to the | | | |
| 74 20    form. | | | |
| 74 21    Q.    And during your time at Fort Hood | | | |
| 74 22    with Sergeant Camarillo, you weren't physically | | | |
| 74 23    present for most of the work he did; is that | | | |
| 74 24    fair? | | | |
| 74 25    A.    Yes, ma'am. | | | |
| 75 1    Q.    And so you don't have personal | | | |
| 75 2    knowledge about his day-to-day noise exposure | | | |
| 75 3    from actually being there with him; right? | | | |
| 75 4    MS. OZUROVICH: Object to the | | | |
| 75 5    form. | | | |
| 75 6    A.    Correct. Yes, that's fair. | | | |

| | |
|---|---|
| 75 7 | Q.    And along those same lines, you |
| 75 8 | don't know with specificity how often Sergeant |
| 75 9 | Camarillo was at the range or how many rounds |
| 75 10 | he fired? |
| 75 11 | A.    Correct.  Yes, ma'am. |
| 75 12 | Q.    And as to your experience in |
| 75 13 | Afghanistan, you're not personally aware of any |
| 75 14 | instances where Sergeant Camarillo was exposed |
| 75 15 | to loud noise without hearing protection? |
| 75 16 | A.    I'm not, no, ma'am. |
| 75 17 | Q.    And if Sergeant Camarillo |
| 75 18 | testified that while in Afghanistan he slept |
| 75 19 | with his earplugs in to try to protect his ears |
| 75 20 | and try to sleep, you don't have any reason to |
| 75 21 | dispute that? |
| 75 22 | MS. OZUROVICH:  Object to the |
| 75 23 | form. |
| 75 24 | A.    No, ma'am. |
| 75 25 | Q.    Sorry, did you say no?  I didn't |
| 76 1 | hear you. |
| 76 2 | A.    Correct.  I said, no, ma'am. |

# Glick, Piper Christie (2019-03-19)

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **10:5 - 10:7   Glick, Piper Christie (2019-03-19)**<br>10 5    Can you please state your full<br>10 6    name for the Record?<br>10 7    A.    It's Piper Christie Ellen Glick. | | | | |
| **10:19 - 10:21   Glick, Piper Christie (2019-03-19)**<br>10 19    Q.    Do you have an independent<br>10 20    recollection of Sergeant Camarillorazo?<br>10 21    A.    No. | | | | |
| **14:7 - 14:14   Glick, Piper Christie (2019-03-19)**<br>14 7    Q.    Fair enough.  Did you look at<br>14 8    Sergeant Camarillorazo's medical file before<br>14 9    today?<br>14 10    A.    The only last one that I saw was<br>14 11    when I saw him in January.<br>14 12    Q.    Okay.<br>14 13    A.    I was sending him for new hearing<br>14 14    aids, so I saw him in January. | | | | |
| **15:4 - 15:8   Glick, Piper Christie (2019-03-19)**<br>15 4    bit.  But is it fair to say that your January<br>15 5    2021 record is your most recent visit with<br>15 6    Sergeant Camarillorazo?<br>15 7    A.    To my knowledge, yes.  That's the<br>15 8    last time I saw him. | | | | |
| **24:3 - 24:15   Glick, Piper Christie (2019-03-19)**<br>24 3    Q.    And over the course of your<br>24 4    career, did you do audiological evaluation<br>24 5    testing, like air conduction, bone conduction,<br>24 6    things like that?<br>24 7    A.    All the time.  Yeah.<br>24 8    Q.    Okay.  So after you graduated<br>24 9    with your doctorate in 2009 or 2010, where did<br>24 10    you go next?<br>24 11    A.    So I was there at St. Peter's<br>24 12    University Hospital for another year, and then<br>24 13    I came to Fort Hood in 2011.  They had tried to<br>24 14    recruit me in '09, and I then I ended up going<br>24 15    in 2011. | | | | |

| 24:18 - 26:1 | **Glick, Piper Christie (2019-03-19)** | | | |
|---|---|---|---|---|
| 24 18 | What was your title when you | | | |
| 24 19 | first joined Fort Hood in 2011? | | | |
| 24 20 | A.     Audiologist. | | | |
| 24 21 | Q.     And can you just give me a high | | | |
| 24 22 | level overview of what your day-to-day tasks | | | |
| 24 23 | were at that time? | | | |
| 24 24 | A.     Seeing patients daily.  I see on | | | |
| 24 25 | an average, seven patients.  We do full | | | |
| 25 1 | audiological evaluations, which is the air, the | | | |
| 25 2 | bone, the speech; we also do SPRINT testing, | | | |
| 25 3 | which is a Speech In Noise test that we have to | | | |
| 25 4 | do for people that hit certain profile levels. | | | |
| 25 5 | I also wrote referrals, orders | | | |
| 25 6 | for MRIs, SPRINT test -- Well, I said the | | | |
| 25 7 | SPRINT testing, and then, yeah, that's about | | | |
| 25 8 | it.  Just the regular audiological evaluations | | | |
| 25 9 | more than anything.  And, of course, profiles, | | | |
| 25 10 | I write profiles for soldiers that meet certain | | | |
| 25 11 | criteria. | | | |
| 25 12 | Q.     And is it fair to say that you | | | |
| 25 13 | have served as an audiologist from 2011 to the | | | |
| 25 14 | present at Fort Hood? | | | |
| 25 15 | A.     Yes.  Correct.  Yes. | | | |
| 25 16 | Q.     And so how, if at all, has your | | | |
| 25 17 | day-to-day tasks and responsibilities changed | | | |
| 25 18 | from the start of 2011 until now? | | | |
| 25 19 | A.     They haven't.  It's been | | | |
| 25 20 | consistent. | | | |
| 25 21 | Q.     So from starting in 2011, until | | | |
| 25 22 | now, you see approximately seven patients per | | | |
| 25 23 | day for a full audiological evaluation? | | | |
| 25 24 | A.     Correct.  It's an average. | | | |
| 25 25 | Because one might be a SPRINT test versus five | | | |
| 26 1 | are whatever. | | | |
| **27:6 - 27:10** | **Glick, Piper Christie (2019-03-19)** | | | |
| 27 6 | Fair to say that at the time that | | | |
| 27 7 | you were providing treatment to Sergeant | | | |
| 27 8 | Camarillorazo you were serving as an | | | |

| | | | | |
|---|---|---|---|---|
| 27 9 | audiologist at Fort Hood? | | | |
| 27 10 | A.    Yes. | | | |
| **28:18 - 28:23** | **Glick, Piper Christie (2019-03-19)** | | | **OVERRULED** |
| 28 18 | Q.    Dr. Glick, if you wouldn't mind | | Re: [28:18-28:23] | |
| 28 19 | taking a moment and scrolling through and | | Improper Clarification Counter | |
| 28 20 | letting me know if you recognize the documents | | | |
| 28 21 | in this Exhibit 30. | | | |
| 28 22 | A.    (Witness complies.)  Okay.  I see | | | |
| 28 23 | my report. | | | |
| **31:17 - 32:2** | **Glick, Piper Christie (2019-03-19)** | | | |
| 31 17 | Q.    Okay.  Well, if you look at this | | | |
| 31 18 | record, it starts on page 21, and if you go | | | |
| 31 19 | through page 22 and 23, can you confirm that | | | |
| 31 20 | this is the full medical record for Sergeant | | | |
| 31 21 | Camarillorazo's visit on August 7, 2013? | | | |
| 31 22 | A.    It is. | | | |
| 31 23 | Q.    All right.  And as far as you're | | | |
| 31 24 | aware, August 7, 2013, is the first time that | | | |
| 31 25 | you evaluated Sergeant Camarillorazo; is that | | | |
| 32 1 | true? | | | |
| 32 2 | A.    As far as I'm aware of, yes. | | | |
| **32:6 - 32:11** | **Glick, Piper Christie (2019-03-19)** | | | |
| 32 6 | Q.    And on page 21, there's a section | | | |
| 32 7 | that says:  Reason for appointment.  Do you see | | | |
| 32 8 | that? | | | |
| 32 9 | A.    Yes. | | | |
| 32 10 | Q.    And then it says:  Asymmetric | | | |
| 32 11 | loss.  Do you see that? | | | |
| **32:17 - 32:18** | **Glick, Piper Christie (2019-03-19)** | | | |
| 32 17 | A.    Oh.  Oh.  Okay.  That's made by | | | |
| 32 18 | the staff, yes. | | | |
| **32:19 - 32:21** | **Glick, Piper Christie (2019-03-19)** | | | |
| 32 19 | Q.    So that's not something that you | | | |
| 32 20 | fill in? | | | |
| 32 21 | A.    No. | | | |
| **33:3 - 34:6** | **Glick, Piper Christie (2019-03-19)** | | | |
| 33 3 | Q.    Okay.  So if I understand you | | | |
| 33 4 | correctly, after the audiology exam by the | | | |

| | | | | |
|---|---|---|---|---|
| 33 5    staff, someone from the staff will fill in the<br>33 6    reason for appointment and then refer them to<br>33 7    the audiologist?<br>33 8    A.    Correct.  This screening.<br>33 9    They're not doing an audiological evaluation<br>33 10    with the techs, they're just doing the<br>33 11    screening.<br>33 12    Q.    What do you mean by "just doing<br>33 13    the screening"?<br>33 14    A.    So they have an annual hearing<br>33 15    test, where our technicians screen on average<br>33 16    eight patients in a booth, and that updates in<br>33 17    their med pros, and keeps them green for<br>33 18    deployment, for example.  So they're -- My<br>33 19    techs are screening, as an example, again,<br>33 20    eight at a time.  And then when the paperwork<br>33 21    is done, they go over it with the patients.<br>33 22    And if there's a mark on the bottom -- If you<br>33 23    guys have a screening?  I don't know if you've<br>33 24    seen any of these screening tests, I'm sure you<br>33 25    have, at the bottom where the screening test<br>34 1    is, it will give the reason, like if it's a<br>34 2    positive STS, there's an asymmetrical hearing<br>34 3    loss, if masking is required, things like that,<br>34 4    and they'll put that note in there.  And they<br>34 5    go up and they make an appointment to see me,<br>34 6    or one of the other audiologists on post. | | | | |
| **34:16 - 34:20   Glick, Piper Christie (2019-03-19)** | | | | |
| 34 16    So on page 21 of Exhibit 30,<br>34 17    under reason for appointment, the asymmetric<br>34 18    loss was identified by the audiology technician<br>34 19    and then referred to you?<br>34 20    A.    Correct. | | | | |
| **34:22 - 35:3   Glick, Piper Christie (2019-03-19)** | | | | |
| 34 22    A.    And it's actually the machine<br>34 23    that actually calculates that.  But, yes, the<br>34 24    technician is reading it, but it's the machine<br>34 25    that will show that.<br>35 1    Q.    And is that the DOEHRS system? | | | **Re: [34:22-35:3]**<br>**Incomplete Counter, Improper**<br>**Clarification Counter** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 35 2 | A.    Correct.  That's the DOEHRS | | | |
| 35 3 | system. | | | |
| **35:4 - 36:14** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [35:12-36:14]** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 35 4 | Q.    Okay.  Okay.  And so then there's | | | Re: [35:12-36:14] | OVERRULED |
| 35 5 | a section that says:  Reason for visit. | | | Improper Lay Opinion (701); | |
| 35 6 | Audiologic evaluation. | | | Foundation (602) | |
| 35 7 | Do you see that? | | | | |
| 35 8 | A.    Yeah.  That's mine. | | | | |
| 35 9 | Q.    Okay.  And it says:  Due to | | | | |
| 35 10 | masking required? | | | | |
| 35 11 | A.    That's right. | | | | |
| 35 12 | Q.    Can you tell me what that means? | | | | |
| 35 13 | A.    Okay.  So an asymmetrical hearing | | | | |
| 35 14 | loss means that there's at least 40 decibels of | | | | |
| 35 15 | a difference between two ears.  And when that | | | | |
| 35 16 | happens -- I think on the DOEHRS test, it's a | | | | |
| 35 17 | little bit less; I think you can do it when | | | | |
| 35 18 | it's like 20 decibels or something like that, | | | | |
| 35 19 | but I'm not 100 percent sure. | | | | |
| 35 20 | But when we see a large gap | | | | |
| 35 21 | between two ears, we have to mask out the | | | | |
| 35 22 | better ear to get the correct result on the | | | | |
| 35 23 | poorer ear, for example.  So we're putting | | | | |
| 35 24 | white noise in, or narrow band noise in, to one | | | | |
| 35 25 | ear while doing the beep test in the other ear | | | | |
| 36 1 | to get an accurate threshold level. | | | | |
| 36 2 | Q.    Is that so you can localize, | | | | |
| 36 3 | basically, the loss in one ear or the other? | | | | |
| 36 4 | A.    Well, you want to make sure -- | | | | |
| 36 5 | here's the -- The head is only so big, is the | | | | |
| 36 6 | best way to explain it, so if you have a larger | | | | |
| 36 7 | loss in one ear versus the other, and you keep | | | | |
| 36 8 | turning that up to get the threshold level, | | | | |
| 36 9 | eventually that better ear is going to hear it, | | | | |
| 36 10 | so then you're getting a false threshold level. | | | | |
| 36 11 | That's why we have to do masking to completely | | | | |
| 36 12 | stop that ear from picking it up, and then we | | | | |
| 36 13 | get the correct threshold level in the poorer | | | | |
| 36 14 | ear. | | | | |

| | | | | |
|---|---|---|---|---|
| **39:14 - 39:19**  Glick, Piper Christie (2019-03-19) | | | | |
| 39 14    Q.    Okay.  So under reported, it | | | | |
| 39 15    says:  Environmental exposure.  High level of | | | | |
| 39 16    environmental noise with small arms, jets, | | | | |
| 39 17    airplanes, and track vehicles. | | | | |
| 39 18    Do you see that? | | | | |
| 39 19    A.    Yes.  I do. | | | | |
| **40:10 - 40:21**  Glick, Piper Christie (2019-03-19) | | | **Re: [40:10-40:21]**  Improper Lay Opinion (701);  Foundation (602) | **OVERRULED** |
| 40 10    Q.    When it says:  High level of | | | | |
| 40 11    environmental noise, as far as you know, was | | | | |
| 40 12    that you qualifying this as a high level of | | | | |
| 40 13    environmental noise or is that something the | | | | |
| 40 14    patient would have told you? | | | | |
| 40 15    A.    When we -- It's something I would | | | | |
| 40 16    qualify as high level, depending on their day. | | | | |
| 40 17    So when I'm doing that questionnaire, if | | | | |
| 40 18    they're around airplanes, they're on the | | | | |
| 40 19    runways, like that type of stuff, then, yeah, | | | | |
| 40 20    it's a high level of noise.  They're not | | | | |
| 40 21    sitting in an office, for example. | | | | |
| **45:17 - 45:21**  Glick, Piper Christie (2019-03-19) | | | | |
| 45 17    Q.    So then as of August 2013, as far | | | | |
| 45 18    as you know, Sergeant Camarillorazo was | | | | |
| 45 19    reporting to you that he had tinnitus which was | | | | |
| 45 20    intermittent in the left ear; is that true? | | | | |
| 45 21    A.    Correct. | | | | |
| **48:24 - 49:5**  Glick, Piper Christie (2019-03-19) | | | | |
| 48 24    Q.    No problem.  So under A/P number | | | | |
| 48 25    2 it says:  Visit for ear/hearing exam | | | | |
| 49 1    following ABN hearing screening. | | | | |
| 49 2    Do you see that? | | | | |
| 49 3    A.    Yes. | | | | |
| 49 4    Q.    And what does ABN stand for? | | | | |
| 49 5    A.    Abnormal. | | | | |
| **49:6 - 49:10**  Glick, Piper Christie (2019-03-19) | | | **Re: [49:6-49:10]**  Included in P's Designation;  **Improper Clarification Counter** | **SUSTAINED** |
| 49 6    Q.    Okay.  And then next to it, it | | | | |
| 49 7    says: Encounter for hearing examination | | | | |
| 49 8    following failed hearing screening. | | | | |
| 49 9    Do you see that? | | | | |

| | | | | |
|---|---|---|---|---|
| 49 10 | A.   Yes. | | | |
| **49:11 - 49:25   Glick, Piper Christie (2019-03-19)** | | | **Re: [49:14-49:25]** | **OVERRULED** |
| 49 11 | Q.   Do you have an understanding of | | Improper Lay Opinion (701); | |
| 49 12 | what failed hearing screening is? | | Foundation (602) | |
| 49 13 | A.   Yes. | | | |
| 49 14 | Q.   What is your understanding? | | | |
| 49 15 | A.   If the patient has an STS, if | | | |
| 49 16 | they have an asymmetrical hearing loss, if | | | |
| 49 17 | masking is required, things like that, or all | | | |
| 49 18 | that. | | | |
| 49 19 | Q.   And do you have an understanding | | | |
| 49 20 | in this instance the bases for Sergeant | | | |
| 49 21 | Camarillorazo's failed hearing screening? | | | |
| 49 22 | A.   Yes. | | | |
| 49 23 | Q.   And what is that? | | | |
| 49 24 | A.   Well, he had an asymmetrical | | | |
| 49 25 | hearing loss that required masking. | | | |
| **50:15 - 52:10   Glick, Piper Christie (2019-03-19)** | | | **Re: [50:21-51:20]** | **OVERRULED** |
| 50 15 | Q.   Okay.  So moving further along | | Improper Lay Opinion (701); | |
| 50 16 | down the page, on number three, it says: | | Foundation (602) | |
| 50 17 | Sensorineural hearing loss bilateral and then a | | **Re: [51:21-52:10]** | |
| 50 18 | dash, acoustic immittance test times one. | | Improper Lay Opinion (701); | |
| 50 19 | Do you see that? | | Foundation (602) | |
| 50 20 | A.   Yes. | | | |
| 50 21 | Q.   What is an acoustic immittance | | | |
| 50 22 | test? | | | |
| 50 23 | A.   That's the tympanometry that we | | | |
| 50 24 | do, where we're checking the middle ear system | | | |
| 50 25 | to make sure there's no eustachian tube | | | |
| 51 1 | dysfunction; we also do acoustic reflex | | | |
| 51 2 | testing, which shows us some of the nerve | | | |
| 51 3 | function. | | | |
| 51 4 | Q.   So why, in this instance, did you | | | |
| 51 5 | do an acoustic immittance test? | | | |
| 51 6 | A.   We'll always do that to make sure | | | |
| 51 7 | there's no eustachian tube dysfunction.  You | | | |
| 51 8 | can look into an ear, and it looks nice and | | | |
| 51 9 | clean, you know when it comes to that middle | | | |
| 51 10 | ear system, no bubbles, no bulging, nothing | | | |

| | | | | |
|---|---|---|---|---|
| 51 11 | like that.  But there's an epitympanic recess, | | | |
| 51 12 | which is an attic of the middle ear system, so | | | |
| 51 13 | when we do this test, we're making sure that | | | |
| 51 14 | eustachian tube that runs down the throat, that | | | |
| 51 15 | actually connects that middle ear system, is | | | |
| 51 16 | opening and closing correctly.  Try to think | | | |
| 51 17 | about when you're flying, how you have to equal | | | |
| 51 18 | that pressure when you're flying, it's that, | | | |
| 51 19 | we're basically testing to make sure there's no | | | |
| 51 20 | fluid. | | | |
| 51 21 | Q.    Okay.  Then under consult, looks | | | |
| 51 22 | like you ultimately conclude sensorineural | | | |
| 51 23 | hearing loss bilateral; right? | | | |
| 51 24 | Do you see that on page 21, Dr. | | | |
| 51 25 | Glick? | | | |
| 52 1 | A.    Yes.  Yes.  I see it. | | | |
| 52 2 | Q.    Okay.  Is it fair to say, then, | | | |
| 52 3 | that, you know, before Sergeant Camarillorazo | | | |
| 52 4 | had come to see you, it looked like an | | | |
| 52 5 | asymmetric loss, but after your consult, it | | | |
| 52 6 | looked like a bilateral loss? | | | |
| 52 7 | A.    You could still have an | | | |
| 52 8 | asymmetrical hearing loss, but have hearing | | | |
| 52 9 | loss in both ears; it just means one ear is | | | |
| 52 10 | poorer than the other. | | | |
| **53:18 - 53:25**  **Glick, Piper Christie (2019-03-19)** | | | | |
| 53 18 | Q.    Okay.  So it says:  Discussed | | | |
| 53 19 | diagnosis with patient who indicated | | | |
| 53 20 | understanding.  Comments:  Use HPD when | | | |
| 53 21 | conducting noise hazardous operations or when | | | |
| 53 22 | using noise hazardous equipment on and off duty | | | |
| 53 23 | to prevent further loss of hearing. | | | |
| 53 24 | Do you see that? | | | |
| 53 25 | A.    Yes. | | | |
| **54:5 - 55:1**  **Glick, Piper Christie (2019-03-19)** | | | **Re: [54:14-55:1]** | **OVERRULED** |
| 54 5 | -- Actually, before we do that, why is it that | | Relevance (402) | |
| 54 6 | you include that comment, at least in this | | | |
| 54 7 | record on August 7, 2013? | | | |
| 54 8 | A.    Because we do discuss the results | | | |

| | | | | |
|---|---|---|---|---|
| 54 9 | with the patient, tell them their hearing loss, | | | |
| 54 10 | give them the information to go for his hearing | | | |
| 54 11 | aid consult, and then, of course, to use | | | |
| 54 12 | hearing protection in any noise hazard | | | |
| 54 13 | situation. | | | |
| 54 14 | Q.    Did you ever discuss with | | | |
| 54 15 | patients the particular type of hearing | | | |
| 54 16 | protection they should be using? | | | |
| 54 17 | A.    No.  Usually the patient gets fit | | | |
| 54 18 | by my techs.  I'm not part of that. | | | |
| 54 19 | Q.    Do you ever discuss with the | | | |
| 54 20 | patient instances in which they should wear | | | |
| 54 21 | hearing protection as opposed to a hearing aid? | | | |
| 54 22 | A.    Yes.  I -- Well, we always | | | |
| 54 23 | encourage -- Any patient I talk to, I tell them | | | |
| 54 24 | make sure they're wearing their hearing | | | |
| 54 25 | protection, even if they're, you know, home | | | |
| 55 1 | doing something that's noisy or at work. | | | |
| **57:21 - 58:19**  **Glick, Piper Christie (2019-03-19)** | | | | **Re: [57:21-58:19]** | **OVERRULED** |
| 57 21 | Q.    Can you just tell me what a | | | Improper Lay Opinion (701); | |
| 57 22 | pure-tone average is? | | | Foundation (602) | |
| 57 23 | A.    Pure-tone average is averaging | | | | |
| 57 24 | out 500, 1000, and 2000 hertz.  So it takes the | | | | |
| 57 25 | three thresholds together and divides them by | | | | |
| 58 1 | three. | | | | |
| 58 2 | Q.    Why is it that here you're doing | | | | |
| 58 3 | a pure-tone average? | | | | |
| 58 4 | A.    This does come down to profiles, | | | | |
| 58 5 | for example.  If a soldier has a -- say they | | | | |
| 58 6 | have a mild hearing loss or something like | | | | |
| 58 7 | that.  If their pure-tone average in one ear is | | | | |
| 58 8 | over 25 decibels, so if it's like 26 -- or | | | | |
| 58 9 | little over, 27 decibels, that would be an H2 | | | | |
| 58 10 | profile. | | | | |
| 58 11 | Q.    I see.  So the pure-tone average | | | | |
| 58 12 | threshold informs the hearing profile? | | | | |
| 58 13 | A.    It can be one of the factors that | | | | |
| 58 14 | informs the hearing profile, correct. | | | | |
| 58 15 | Q.    And you said that if it's greater | | | | |

| | | | | |
|---|---|---|---|---|
| 58 16 | than 27 that -- | | | |
| 58 17 | A.    Greater than 25, it would be an | | | |
| 58 18 | H2 profile.  If it's greater than 30, that's an | | | |
| 58 19 | H3 profile. | | | |
| **59:22 - 60:6** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [60:1-60:20]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 59 22 | Q.    So I guess that's my question, in | | | |
| 59 23 | this circumstance, looking at the August 2013 | | | |
| 59 24 | audiogram, his PTA is 17? | | | |
| 59 25 | A.    Correct. | | | |
| 60 1 | Q.    Okay.  And so what does that tell | | | |
| 60 2 | you about Sergeant Camarillorazo's hearing at | | | |
| 60 3 | the time that you were evaluating him? | | | |
| 60 4 | A.    It's only showing me the low to | | | |
| 60 5 | mid frequency, it's not showing me the high | | | |
| 60 6 | frequency. | | | |
| **60:7 - 60:20** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [60:1-60:20]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 60 7 | Q.    Okay.  So other than using the | | | |
| 60 8 | PTA for establishing certain profile criterias, | | | |
| 60 9 | is there anything else that you use the PTA for | | | |
| 60 10 | that can sort of tell you any information about | | | |
| 60 11 | Sergeant Camarillorazo's hearing? | | | |
| 60 12 | A.    Well, yes.  We use the pure-tone | | | |
| 60 13 | average also when we're doing our speech | | | |
| 60 14 | reception threshold, meaning we do a speech | | | |
| 60 15 | test to make sure the patient is close to their | | | |
| 60 16 | PTA.  The only reason that's done is to make | | | |
| 60 17 | sure the patient isn't, you know, malingering | | | |
| 60 18 | on a hearing test, for example.  It's usually | | | |
| 60 19 | consistent with the PTA, the speech reception | | | |
| 60 20 | threshold. | | | |
| **60:25 - 61:21** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [60:25-61:21]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 60 25 | Does the pure-tone average | | | |
| 61 1 | evaluate 5, 1000, and 2000 because those are | | | |
| 61 2 | the frequencies used for understanding speech? | | | |
| 61 3 | A.    Not all of them, no. | | | |
| 61 4 | Q.    Okay.  Do you have an | | | |
| 61 5 | understanding, you know, as to why in this | | | |
| 61 6 | evaluation when calculating a PTA you use 500, | | | |
| 61 7 | 1000, and 2000? | | | |

| | | | | |
|---|---|---|---|---|
| 61 8    A.   Because it's going to be close to<br>61 9    the average of the SRT.<br>61 10   Q.   And do you have an understanding<br>61 11   of why that is?<br>61 12   A.   More than anything, we want to<br>61 13   make sure that the testing is accurate.  If I<br>61 14   have a soldier come in that's giving me 80<br>61 15   decibels of hearing loss across the board, but<br>61 16   has SRT of 40, then they're not really giving<br>61 17   me everything accurately.<br>61 18   Q.   Okay.  I guess --<br>61 19   A.   It's basically a double-checking<br>61 20   of that test.  It's basically confirming those<br>61 21   threshold levels. | | | | |
| **61:4 - 61:9**  **Glick, Piper Christie (2019-03-19)**<br>61 4   Q.   Okay.  Do you have an<br>61 5   understanding, you know, as to why in this<br>61 6   evaluation when calculating a PTA you use 500,<br>61 7   1000, and 2000?<br>61 8   A.   Because it's going to be close to<br>61 9   the average of the SRT. | | | | |
| **62:20 - 62:22**  **Glick, Piper Christie (2019-03-19)**<br>62 20   So 5, 1000, and 2000, you would<br>62 21   categorize his frequencies as normal?<br>62 22   A.   Correct. | | | Re: [62:20-62:22]<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| **62:23 - 64:21**  **Glick, Piper Christie (2019-03-19)**<br>62 23   Q.   Okay.  And so then you mentioned<br>62 24   the speech reception/awareness threshold;<br>62 25   correct?<br>63 1   A.   Correct.<br>63 2   Q.   And is that -- Earlier you<br>63 3   mentioned SPRINT testing, is that the SPRINT<br>63 4   testing that you talked about?<br>63 5   A.   No.  SPRINT testing is a separate<br>63 6   test we do for people that have an H3 profile,<br>63 7   where they have to say words in background<br>63 8   noise.<br>63 9   Q.   Okay.<br>63 10   A.   It's a standardized test that's | | | Re: [63:2-64:24]<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |

63 11    on a CD, for example.
63 12    Q.   Okay.  So can you tell me, then,
63 13    what this speech reception threshold test is?
63 14    A.   Speech reception threshold is
63 15    we're giving what we call spondee words as low
63 16    as possible until the patient can't respond
63 17    anymore correctly.  So, you know -- I'm trying
63 18    to think of an example.  Like boathouse, they
63 19    would repeat that word back, and then you would
63 20    go down 10 decibels.  You're trying to see as
63 21    low as you can get before they really can't
63 22    understand the word anymore.  That's the lowest
63 23    threshold.
63 24    Once we get to the SRT, we will
63 25    add 40 decibels on top of that and then we will
64 1    give the speech discrimination test, which is
64 2    to see how well they understand speech, regular
64 3    speech, no background noise.
64 4    Q.   Okay.  So I just want to make
64 5    sure I understand.  So with the speech
64 6    reception test, you are presenting, I think you
64 7    said, spondee words at a particular decibel?
64 8    A.   Yes.
64 9    Q.   And what decibel do you usually
64 10    start with.
64 11    A.   It depends on the patient.  But
64 12    if I see this, for example, the SR- -- the PTA
64 13    of 17, I'll probably start at about 60, because
64 14    you're averaging it out a little bit.  And then
64 15    I'll go down 10 decibels each word that I say
64 16    that the patient responds correctly to.
64 17    Q.   And just to sort of contextualize
64 18    what 60 dB means, about what noise level is 60
64 19    dB?
64 20    A.   I'm not sure how to explain that.
64 21    It's just a threshold level.

| 64:23 - 64:24   Glick, Piper Christie (2019-03-19) | | | Re: [64:23-64:24] | OVERRULED |
|---|---|---|---|---|
| 64 23  A.  How loud something is, I mean, I | | | Improper Clarification Counter | |
| 64 24  guess that's the best way to say it. | | | | |

| | | | | |
|---|---|---|---|---|
| **64:25 - 65:11   Glick, Piper Christie (2019-03-19)** | | | **Re: [64:25-65:11]**<br>Foundation; Speculation (602);<br>Lay opinion (701) | **OVERRULED** |
| 64 25   Q.   Right.  And I guess -- You know,<br>65 1   in this instance, if you were, you know,<br>65 2   evaluating Sergeant Camarillorazo at 60 dB, you<br>65 3   know, would that be shouting, would that be<br>65 4   normal conversation?  I'm just trying to sort<br>65 5   of figure out where you start in this test --<br>65 6   A.   The average -- Yeah.  Yeah.  The<br>65 7   average comfortable, what we call most<br>65 8   comfortable listening, is usually about 40<br>65 9   decibels for somebody with completely normal<br>65 10   hearing.  Again, that's just an average; every<br>65 11    person is different. | | | | |
| **67:1 - 68:1   Glick, Piper Christie (2019-03-19)** | | | | |
| 67 1   Q.   I see.  Okay.  So with respect to<br>67 2   what you did on August 2013, with Sergeant<br>67 3   Camarillorazo, for the SRT you were able to<br>67 4   ratchet the sound down to 20 dB such that he<br>67 5   could repeat those words back to you; is that<br>67 6   right?<br>67 7   A.   Spondee words, yes.<br>67 8   Q.   Okay.  And then after that you<br>67 9   would add 40 dB for purposes of the speech<br>67 10   discrimination test; is that right?<br>67 11   A.   Correct.<br>67 12   Q.   Okay.  And then that would mean,<br>67 13   then, for purposes of this exam with Sergeant<br>67 14   Camarillorazo, the presentation of the words in<br>67 15   the word recognition test would have been at 60<br>67 16   dB; is that right?<br>67 17   A.   Correct.<br>67 18   Q.   And it says 100 percent in right<br>67 19   and the left for his word recognition test.<br>67 20   What does that mean?<br>67 21   A.   That means he scored 100 percent<br>67 22   on the words that were given to him at 60<br>67 23   decibels.<br>67 24   Q.   And does that mean he could<br>67 25   repeat back 100 percent of the words? | | | | |

| | | | |
|---|---|---|---|
| 68 1    A.   Correct. | | | |
| **68:13 - 68:24**   **Glick, Piper Christie (2019-03-19)** | | **Re: [68:13-68:24]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 68 13   Looking at the PTA, SRT, and the<br>68 14   word recognition, what, if anything, does that<br>68 15   tell you about Sergeant Camarillorazo's hearing<br>68 16   at the time of your appointment with him?<br>68 17   A.   With his hearing loss, if we<br>68 18   increased the decibel level to make him more<br>68 19   comfortable, he could understand speech better.<br>68 20   Q.   Okay.  And what do you mean by<br>68 21   that?<br>68 22   A.   Meaning that he's not hearing at<br>68 23   a normal level and we need to fit him with<br>68 24   hearing aids to make him more comfortable. | | | |
| **69:4 - 69:8**   **Glick, Piper Christie (2019-03-19)** | | | |
| 69 4   Q.   Okay.  And so you note on page 23<br>69 5   word recognition score right ear was excellent<br>69 6   at 100 percent.<br>69 7   Do you see that?<br>69 8   A.   Correct.  Yes. | | | |
| **69:9 - 69:15**   **Glick, Piper Christie (2019-03-19)** | | **Re: [69:9-69:15]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **SUSTAINED** |
| 69 9   Q.   So understanding we talked a<br>69 10   little bit about the 100 percent, but do you<br>69 11   have any understanding as to why you used the<br>69 12   word excellent in this record?<br>69 13   A.   We actually do 90 to 100 percent<br>69 14   is excellent; 80 to 88 percent would be good;<br>69 15   fair is in 70s; and then poor is 60s and below. | | | |
| **69:16 - 69:21**   **Glick, Piper Christie (2019-03-19)** | | **Re: [69:16-69:21]**<br>Asked and Answered; Improper<br>Clarification Counter | **SUSTAINED** |
| 69 16   Q.   And so here, with Sergeant<br>69 17   Camarillorazo, you gave him a score of<br>69 18   excellent.  And does that mean with the 100<br>69 19   percent that he was able to repeat back all of<br>69 20   the words that he was given?<br>69 21   A.   Yes. | | | |
| **70:15 - 71:6**   **Glick, Piper Christie (2019-03-19)** | | **Re: [70:19-71:6]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 70 15   Q.   And then you have acoustic reflex<br>70 16   decay could not be tested due to threshold<br>70 17   levels bilaterally. | | | |

| | | | | |
|---|---|---|---|---|
| 70 18 | A.    Correct. | | | |
| 70 19 | Q.    Can you tell me what that means? | | | |
| 70 20 | A.    Acoustic reflex decay is a test | | | |
| 70 21 | that we do just to make sure that we're not | | | |
| 70 22 | looking at a retropropara pathology, meaning a | | | |
| 70 23 | brain tumor.  When we have a response that's | | | |
| 70 24 | not normal for an acoustic reflex decay and | | | |
| 70 25 | then we have an asymmetrical hearing loss, | | | |
| 71 1 | we'll actually send that patient for an MRI of | | | |
| 71 2 | his internal auditory canals. | | | |
| 71 3 | His threshold levels were too | | | |
| 71 4 | high for me to actually do that test because it | | | |
| 71 5 | has to be 10 decibels above that acoustic | | | |
| 71 6 | reflex threshold. | | | |
| **71:7 - 71:10** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [71:7-71:10]** | **OVERRULED** |
| 71 7 | Q.    Okay.  So in this instance you | | | **Improper Clarification Counter** | |
| 71 8 | weren't able to do the acoustic reflex decay to | | | | |
| 71 9 | evaluate any retrocochlear pathologies? | | | | |
| 71 10 | A.    Correct. | | | | |
| **71:11 - 71:15** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [71:11-71:15]** | **OVERRULED** |
| 71 11 | Q.    Then you write that a few | | | **Improper Lay Opinion (701);** | |
| 71 12 | sentences down:  SM meets H2 profile standards | | | **Foundation (602)** | |
| 71 13 | and a profile has been written. | | | | |
| 71 14 | Do you see that? | | | | |
| 71 15 | A.    Yes. | | | | |
| **71:18 - 72:5** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [71:18-72:5]** | **OVERRULED** |
| 71 18 | Does this mean that Sergeant | | | **Improper Lay Opinion (701);** | |
| 71 19 | Camarillorazo, as of this August 2013 | | | **Foundation (602)** | |
| 71 20 | appointment, now has an H2 profile? | | | | |
| 71 21 | A.    Correct. | | | | |
| 71 22 | Q.    And so prior to that, he would | | | | |
| 71 23 | have been H1? | | | | |
| 71 24 | A.    Correct. | | | | |
| 71 25 | Q.    Okay.  Why is it you wrote an H2 | | | | |
| 72 1 | profile based on this audiological evaluation? | | | | |
| 72 2 | A.    You'd have to go back to page 22. | | | | |
| 72 3 | So in his left ear, at 4000 hertz, when it's | | | | |
| 72 4 | above 50 decibels, in at least one ear, that's | | | | |
| 72 5 | an H2 profile. | | | | |

| | | | | |
|---|---|---|---|---|
| **72:6 - 72:9   Glick, Piper Christie (2019-03-19)** | | | **Re: [72:6-72:9]**<br>Improper Clarification Counter | **OVERRULED** |
| 72 6 | Q.    Okay.  So it was based on his air | | | |
| 72 7 | conduction test as opposed to the PTA that we | | | |
| 72 8 | were talking about earlier? | | | |
| 72 9 | A.    Correct. | | | |
| **72:22 - 72:25   Glick, Piper Christie (2019-03-19)** | | | | |
| 72 22 | Do you see here that on page 18, | | | |
| 72 23 | this is an appointment with Sergeant | | | |
| 72 24 | Camarillorazo on March 18, 2019? | | | |
| 72 25 | A.    Yes. | | | |
| **73:11 - 73:20   Glick, Piper Christie (2019-03-19)** | | | **Re: [73:11-73:20]**<br>Foundation; Speculation (602) | **OVERRULED** |
| 73 11 | Q.    Do you have any knowledge as to | | | |
| 73 12 | whether Sergeant Camarillorazo saw any | | | |
| 73 13 | audiologists from the time of your August 2013 | | | |
| 73 14 | appointment to the time of your March 2019 | | | |
| 73 15 | appointment? | | | |
| 73 16 | A.    The only way I'm aware of it is | | | |
| 73 17 | because I have it in my notes that his last -- | | | |
| 73 18 | Well, his last pair were in 2017, so I would | | | |
| 73 19 | assume that he had been seen, but I'm not aware | | | |
| 73 20 | of who he saw or where. | | | |
| **73:22 - 73:24   Glick, Piper Christie (2019-03-19)** | | | **Re: [73:22-73:24]**<br>Improper Clarification Counter | **OVERRULED** |
| 73 22 | then it says:  Reason for appointment, H3 eval. | | | |
| 73 23 | Do you see that? | | | |
| 73 24 | A.    Yes. | | | |
| **74:4 - 74:7   Glick, Piper Christie (2019-03-19)** | | | | |
| 74 4 | Q.    Okay.  And so the purpose of this | | | |
| 74 5 | visit, then, would be to evaluate if he does | | | |
| 74 6 | meet an H3 profile? | | | |
| 74 7 | A.    Correct. | | | |
| **77:1 - 77:21   Glick, Piper Christie (2019-03-19)** | | | **Re: [77:1-77:21]**<br>Improper Lay Opinion (701);<br>Foundation (602) | **OVERRULED** |
| 77 1 | Q.    Do you have an understanding, | | | |
| 77 2 | based on looking at the records today, why you | | | |
| 77 3 | would just do the acoustic immittance at this | | | |
| 77 4 | time? | | | |
| 77 5 | A.    Uh-huh.  He had eustachian tube | | | |
| 77 6 | dysfunction during that time in his left ear. | | | |
| 77 7 | Q.    And can you explain a little bit | | | |
| 77 8 | more sort of what that means? | | | |

| | | | | |
|---|---|---|---|---|
| 77 9 | A.    The best way to explain it is the | | | |
| 77 10 | middle ear system constantly bathes with a | | | |
| 77 11 | residual fluid; every time you swallow, it's | | | |
| 77 12 | going down from that middle ear, you know, | | | |
| 77 13 | behind your eardrum, down the eustachian tube, | | | |
| 77 14 | that's what opens and closes and equalizes | | | |
| 77 15 | pressure. | | | |
| 77 16 | If this gets a little swollen | | | |
| 77 17 | from a cold, being ill, mostly allergies, and | | | |
| 77 18 | that middle ear system is not moving correctly. | | | |
| 77 19 | Not an ear infection unless bacteria is | | | |
| 77 20 | introduced to it, so typically we don't put | | | |
| 77 21 | anybody on antibiotics for something like that. | | | |
| **78:1 - 78:8** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [78:1-78:8]** | **OVERRULED** |
| 78 1 | Q.    Okay.  So Because of the | | | Improper Clarification Counter | |
| 78 2 | eustachian tube dysfunction, did you not do the | | | | |
| 78 3 | air conduction test because -- would that | | | | |
| 78 4 | impact the results, or what's the purpose | | | | |
| 78 5 | behind that? | | | | |
| 78 6 | A.    Correct.  It would impact the | | | | |
| 78 7 | results.  You would end up having partial | | | | |
| 78 8 | conductive hearing loss. | | | | |
| **78:9 - 78:23** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [78:9-78:23]** | **OVERRULED** |
| 78 9 | Q.    Okay.  So based on the fact that | | | Improper Lay Opinion (701); | |
| 78 10 | he was having eustachian tube issues, did you | | | Foundation (602) | |
| 78 11 | look into whether he actually did, in fact, | | | | |
| 78 12 | have conductive hearing loss or is this a | | | | |
| 78 13 | temporary thing? | | | | |
| 78 14 | A.    It's a temporary thing.  So when | | | | |
| 78 15 | somebody has eustachian tube dysfunction, the | | | | |
| 78 16 | first visit, for example, we wait two weeks, | | | | |
| 78 17 | have them come back, and we measure it again. | | | | |
| 78 18 | If it's gone, then we can do the testing.  If | | | | |
| 78 19 | it's not, on that second visit, we wait one | | | | |
| 78 20 | week, and on the third week we would do the | | | | |
| 78 21 | testing, but then send them to the ear, nose, | | | | |
| 78 22 | and throat doctor because of the middle ear | | | | |
| 78 23 | issue. | | | | |
| **79:15 - 80:1** | **Glick, Piper Christie (2019-03-19)** | | | | |

| | |
|---|---|
| 79 15 | So why don't we look at his |
| 79 16 | results from a couple of weeks later. |
| 79 17 | A.   Just let me know what page. |
| 79 18 | Q.   Absolutely.  It is on page 14. |
| 79 19 | A.   Okay. |
| 79 20 | Q.   All right.  And do you see on |
| 79 21 | page 14, this is an appointment from April 4, |
| 79 22 | 2019? |
| 79 23 | A.   Yes. |
| 79 24 | Q.   That's about two and a half weeks |
| 79 25 | after the March 18, 2019, report? |
| 80 1 | A.   Yes. |

**80:24 - 81:3   Glick, Piper Christie (2019-03-19)**

| | |
|---|---|
| 80 24 | And so then this April 4, 2019, |
| 80 25 | visit, this is the visit to then evaluate |
| 81 1 | whether or not Sergeant Camarillorazo meets an |
| 81 2 | H3 profile; is that right? |
| 81 3 | A.   Correct. |

**81:14 - 81:18   Glick, Piper Christie (2019-03-19)**

| | |
|---|---|
| 81 14 | Q.   In this report on April 4, |
| 81 15 | Sergeant Camarillorazo is now reporting |
| 81 16 | tinnitus, which is intermittent, in both ears; |
| 81 17 | is that right? |
| 81 18 | A.   Correct. |

**82:8 - 83:10   Glick, Piper Christie (2019-03-19)**

| | |
|---|---|
| 82 8 | So on August 7, of 2013, when he |
| 82 9 | told you that he reports tinnitus which is |
| 82 10 | intermittent in the left ear, as far as you're |
| 82 11 | aware, you're documenting, as accurately as |
| 82 12 | possible, what Sergeant Camarillorazo told you |
| 82 13 | during that visit; is that right? |
| 82 14 | A.   Correct. |
| 82 15 | MS. HUNT:  Object to the form. |
| 82 16 | Q.   All right.  And then, you know, |
| 82 17 | flash forward six years later, on March 18, |
| 82 18 | 2019, when it says, you know, no tinnitus |
| 82 19 | reported in either ear, as far as you're aware, |
| 82 20 | you're reporting as accurately as possible |
| 82 21 | something that either Sergeant Camarillorazo |

| | | | | |
|---|---|---|---|---|
| 82 22 | wrote or told you; is that right? | | | |
| 82 23 | A.    Correct. | | | |
| 82 24 | MS. HUNT:  Object to the form. | | | |
| 82 25 | Q.    All right.  And then, now, you | | | |
| 83 1 | know, two and a half weeks later, on April 4, | | | |
| 83 2 | 2019, when it says:  Reports tinnitus, which is | | | |
| 83 3 | intermittent in both ears, as far as you're | | | |
| 83 4 | aware, you're reporting as accurately as | | | |
| 83 5 | possible something that Sergeant Camarillorazo | | | |
| 83 6 | either wrote or told you; is that right? | | | |
| 83 7 | MS. HUNT:  Object to the form. | | | |
| 83 8 | Q.    You can answer the question, Dr. | | | |
| 83 9 | Glick. | | | |
| 83 10 | A.    I did.  I said yes | | | |
| **85:7 - 85:11** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [85:7-85:11]** | **SUSTAINED** |
| 85 7 | Q.    And do you see on page 15 of the | | | **Improper Clarification Counter** | |
| 85 8 | document, there is a full results of a complete | | | | |
| 85 9 | audiological evaluation that you did of | | | | |
| 85 10 | Sergeant Camarillorazo? | | | | |
| 85 11 | A.    Correct. | | | | |
| **85:12 - 86:4** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [85:17-86:4]** | **OVERRULED** |
| 85 12 | Q.    All right.  And so I want to look | | | **Improper Lay Opinion (701);** | |
| 85 13 | at, again, the PTA, which is the pure-tone | | | **Foundation (602)** | |
| 85 14 | average. | | | | |
| 85 15 | Do you see that? | | | | |
| 85 16 | A.    Yes. | | | | |
| 85 17 | Q.    And are you able to ascertain | | | | |
| 85 18 | what the PTA is for the right and left ear? | | | | |
| 85 19 | A.    It looks like 5 and 10. | | | | |
| 85 20 | Q.    Okay.  And are you able to | | | | |
| 85 21 | determine whether his PTA is in agreement with | | | | |
| 85 22 | his SRT? | | | | |
| 85 23 | A.    It is. | | | | |
| 85 24 | Q.    Okay.  And so what does that tell | | | | |
| 85 25 | you about Sergeant Camarillorazo's hearing at | | | | |
| 86 1 | the time that he was visiting you on April 4, | | | | |
| 86 2 | 2019? | | | | |
| 86 3 | A.    That his pure-tone average is in | | | | |
| 86 4 | normal limits. | | | | |

| | | | | |
|---|---|---|---|---|
| **86:5 - 86:11**   Glick, Piper Christie (2019-03-19) | | | **Re: [86:5-86:11]**   Improper Clarification Counter | **SUSTAINED** |
| 86 5   Q.    And can you describe what you<br>86 6   mean by that?<br>86 7   A.    5, 1, and 2 are within normal<br>86 8   limits. So, we're, again, adding 5, 1, and 2<br>86 9   and dividing it by three to get the PTA. And<br>86 10   then doing the SRT test to see how low we can<br>86 11   get it and if it coincides. | | | | |
| **86:12 - 86:20**   Glick, Piper Christie (2019-03-19) | | | **Re: [86:12-86:20]**   Improper Clarification Counter | **SUSTAINED** |
| 86 12   Q.    I see. So in this test, on April<br>86 13   4, 2019, for his right ear you were able to<br>86 14   ratchet the sound down to 5 dBs for the SRT; is<br>86 15   that right?<br>86 16   A.    Correct.<br>86 17   Q.    And then for his left ear, you<br>86 18   were able to ratchet the sound down to 10 dBs<br>86 19   for the SRT; is that right?<br>86 20   A.    Correct. | | | | |
| **86:21 - 87:7**   Glick, Piper Christie (2019-03-19) | | | **Re: [86:24-87:7]**   Improper Lay Opinion (701);   Foundation (602) | **OVERRULED** |
| 86 21   Q.    Okay. And then you also did a<br>86 22   word recognition test; is that right?<br>86 23   A.    Correct.<br>86 24   Q.    And can you tell me what the word<br>86 25   recognition test results on this April 2019<br>87 1   test show?<br>87 2   A.    He was 100 percent in both ears.<br>87 3   Q.    So what does that mean from your<br>87 4   perspective, based on looking at this document?<br>87 5   A.    That he had an excellent result<br>87 6   when we put him at a most comfortable listening<br>87 7   level for him. | | | | |
| **87:25 - 88:3**   Glick, Piper Christie (2019-03-19) | | | | |
| 87 25   Q.    Okay. So as of April 2019,<br>88 1   Sergeant Camarillorazo still has the H2 profile<br>88 2   that he was assigned in 2013; is that right?<br>88 3   A.    Correct. But updated. | | | | |
| **88:4 - 88:6**   Glick, Piper Christie (2019-03-19) | | | | |
| 88 4   Q.    Can -- Updated in what sense?<br>88 5   A.    Every five years the profile has | | | | |

Glick, Piper Christie (2019-03-19)                                                                                  21

| | | | | |
|---|---|---|---|---|
| 88 6 | to be rewritten. | | | |
| **88:13 - 88:17** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [88:13-88:17]** | **OVERRULED** |
| 88 13 | Q.    I see.  Okay.  So nothing | | | **Improper Clarification Counter** | |
| 88 14 | necessarily substantively in the profile | | | | |
| 88 15 | changed, but you still needed to evaluate what | | | | |
| 88 16 | his profile was; is that right? | | | | |
| 88 17 | A.    Correct. | | | | |
| **93:14 - 93:18** | **Glick, Piper Christie (2019-03-19)** | | | | |
| 93 14 | Q.    Is it your understanding that you | | | | |
| 93 15 | did an audiological evaluation of Sergeant | | | | |
| 93 16 | Camarillorazo on December 17, 2020? | | | | |
| 93 17 | A.    We did immittance testing again, | | | | |
| 93 18 | not a full audiological evaluation. | | | | |
| **94:12 - 95:6** | **Glick, Piper Christie (2019-03-19)** | | | | |
| 94 12 | Q.    Okay.  Now, again, if you look | | | | |
| 94 13 | through the past medical and surgical history, | | | | |
| 94 14 | this is your usual process where Sergeant | | | | |
| 94 15 | Camarillorazo fills out a questionnaire and | | | | |
| 94 16 | then you go over the questionnaire with him; | | | | |
| 94 17 | correct? | | | | |
| 94 18 | A.    Correct. | | | | |
| 94 19 | Q.    All right.  And it says here: | | | | |
| 94 20 | Reports tinnitus which is constant in both | | | | |
| 94 21 | ears. | | | | |
| 94 22 | Do you see that? | | | | |
| 94 23 | A.    Yes. | | | | |
| 94 24 | Q.    And based on the records that | | | | |
| 94 25 | we've walked through today, have you seen that | | | | |
| 95 1 | statement in any of the other records to date? | | | | |
| 95 2 | MS. HUNT:  Object to form. | | | | |
| 95 3 | A.    Can I answer that? | | | | |
| 95 4 | Q.    You can answer. | | | | |
| 95 5 | A.    Okay.  Yes.  That he's reported | | | | |
| 95 6 | tinnitus before. | | | | |
| **95:13 - 95:25** | **Glick, Piper Christie (2019-03-19)** | | | **Re: [95:18-95:20]** | **OVERRULED** |
| 95 13 | Q.    Now, if you go to impression it | | | **Improper Lay Opinion (701);** | |
| 95 14 | says: Tympanometry is consistent with abnormal | | | **Foundation (602)** | |
| 95 15 | middle ear function bilaterally. | | | | |
| 95 16 | Do you see that? | | | | |

| | | | | |
|---|---|---|---|---|
| 95 17 | A.    Yes. | | | |
| 95 18 | Q.    What does that mean? | | | |
| 95 19 | A.     He had eustachian tube | | | |
| 95 20 | dysfunction again, but this time in both ears. | | | |
| 95 21 | Q.    Okay.  So this is the second time | | | |
| 95 22 | we've seen today eustachian tube dysfunction in | | | |
| 95 23 | Sergeant Camarillorazo's records; is that | | | |
| 95 24 | right? | | | |
| 95 25 | A.    Correct. | | | |
| **96:18 - 97:5** | **Glick, Piper Christie (2019-03-19)** | | | |
| 96 18 | So, Dr. Glick, this is the second | | | |
| 96 19 | time we've seen issues with Sergeant | | | |
| 96 20 | Camarillorazo's eustachian tubes; correct? | | | |
| 96 21 | A.    Correct. | | | |
| 96 22 | Q.    And so what, if anything, does | | | |
| 96 23 | that tell you about Sergeant Camarillorazo's | | | |
| 96 24 | ears or any ear-related injuries he may have? | | | |
| 96 25 | A.    Eustachian tube dysfunction is | | | |
| 97 1 | not an injury. | | | |
| 97 2 | Q.    Okay.  And so -- Sorry.  Go | | | |
| 97 3 | ahead. | | | |
| 97 4 | A.    It's a temporary, you know, | | | |
| 97 5 | anomaly, basically.  It's temporary. | | | |
| **97:14 - 97:25** | **Glick, Piper Christie (2019-03-19)** | | | |
| 97 14 | Okay.  So as a result of his | | | |
| 97 15 | tympanometry, did you again then push out the | | | |
| 97 16 | full hearing clinical evaluation for a few | | | |
| 97 17 | weeks out; is that right? | | | |
| 97 18 | A.    Correct. | | | |
| 97 19 | Q.    Okay.  All right.  So let's look | | | |
| 97 20 | at his most recent evaluation, which is on page | | | |
| 97 21 | 10. | | | |
| 97 22 | A.    Okay. | | | |
| 97 23 | Q.    All right.  And do you see at the | | | |
| 97 24 | top of page 10 it says:  January 7, 2021? | | | |
| 97 25 | A.    Yes. | | | |
| **99:20 - 101:2** | **Glick, Piper Christie (2019-03-19)** | | | Re: [100:5-101:2] | **OVERRULED** |
| 99 20 | Q.    Okay.  So, again, I just want to | | | Improper Lay Opinion (701); | |
| 99 21 | walk through some of the results that you got | | | Foundation (602) | |

| | | | | |
|---|---|---|---|---|
| 99 22 | on that day.  So under pure-tone average, it | | | |
| 99 23 | looks like the right and left are 12 dB and 18 | | | |
| 99 24 | dB respectively; correct? | | | |
| 99 25 | A.     Correct. | | | |
| 100 1 | Q.     And then the SRT is 15 dB and 20 | | | |
| 100 2 | dB respectively in the right and left ear, do | | | |
| 100 3 | you see that? | | | |
| 100 4 | A.     Yes. | | | |
| 100 5 | Q.     And so how would you describe the | | | |
| 100 6 | results of the pure-tone average and the SRT | | | |
| 100 7 | testing? | | | |
| 100 8 | A.     They're consistent. | | | |
| 100 9 | Q.     Okay.  And you said a little bit | | | |
| 100 10 | earlier, you've described some results as | | | |
| 100 11 | within normal limits.  Would that apply here as | | | |
| 100 12 | well? | | | |
| 100 13 | A.     Correct. | | | |
| 100 14 | Q.     Okay.  So the PTA, pure-tone | | | |
| 100 15 | average, and the speech reception threshold are | | | |
| 100 16 | within what you'd call normal limits; true? | | | |
| 100 17 | A.     Correct. | | | |
| 100 18 | Q.     Okay.  And then can you describe | | | |
| 100 19 | for me what the word recognition results show? | | | |
| 100 20 | A.     He's at 100 percent, at a most | | | |
| 100 21 | comfortable listening level for him. | | | |
| 100 22 | Q.     Okay.  And what does that tell | | | |
| 100 23 | you, if anything, about his hearing on this | | | |
| 100 24 | date January 7, 2021? | | | |
| 100 25 | A.     As long as we have him at a | | | |
| 101 1 | comfortable listening level, he can understand | | | |
| 101 2 | speech well. | | | |
| **101:18 - 102:3   Glick, Piper Christie (2019-03-19)** | | | **Re: [101:18-102:3]** | **OVERRULED** |
| 101 18 | I just want to understand if | | Improper Lay Opinion (701); | |
| 101 19 | there's anything significant about the fact | | Foundation (602) | |
| 101 20 | that over the course of your treatment of | | | |
| 101 21 | Sergeant Camarillorazo he's had multiple | | | |
| 101 22 | eustachian tube issues? | | | |
| 101 23 | MS. HUNT:  I'm going to make the | | | |
| 101 24 | same objection to scope. | | | |

| | | | |
|---|---|---|---|
| 101 25    A.   But do I still answer it?<br>102 1     Q.   Yes.<br>102 2     A.   Okay.  No.  I wouldn't consider<br>102 3     two times multiple. | | | |
| **102:5 - 103:5    Glick, Piper Christie (2019-03-19)**<br>102 5     All right.  Then lastly, I want<br>102 6     to look at, under impression, do you see that<br>102 7     on your January 7, 2021, record?<br>102 8     A.   Yes.<br>102 9     Q.   Okay.  And it says in the<br>102 10    impression:  A mild sensorineural hearing loss<br>102 11    was found in the right ear and a moderate<br>102 12    sensorineural hearing loss was found in the<br>102 13    left ear.<br>102 14    Do you see that?<br>102 15    A.   Yes.<br>102 16    Q.   And based on your review of<br>102 17    Sergeant Camarillorazo's records today, is that<br>102 18    an accurate statement?<br>102 19    A.   Correct.<br>102 20    Q.   Okay.  And then it says:  Test<br>102 21    results are consistent with his full evaluation<br>102 22    in April 2019, see report, with no change in<br>102 23    hearing noted.<br>102 24    Do you see that?<br>102 25    A.   Yes.<br>103 1     Q.   And can you just explain to me<br>103 2     what you mean by that?<br>103 3     A.   Meaning, he did not have a<br>103 4     positive STS when compared to his last full<br>103 5     evaluation. | | **Re: [102:9-103:5]**<br>**Improper Lay Opinion (701);**<br>**Foundation (602)** | **OVERRULED** |
| **103:6 - 103:11    Glick, Piper Christie (2019-03-19)**<br>103 6     Q.   Okay.  And so in other words,<br>103 7     does that mean that from April 2019 until<br>103 8     January of 2021 what you're seeing in the air<br>103 9     conduction results is pretty much consistent<br>103 10    from -- between that time period?<br>103 11    A.   Correct. | | **Re: [103:6-103:11]**<br>**Improper Clarification Counter** | **OVERRULED** |

# McGinley, Brian (2019-12-20) REVISED 10-28-2021

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **15:6 - 15:23   McGinley, Brian (2019-12-20)** | | | **Re: [15:6-15:23]** <br> Improper Clarification Counter | **SUSTAINED** |
| 15 6   You said that you were responsible for a | | | | |
| 15 7   number of products that were being integrated from | | | | |
| 15 8   Aearo. | | | | |
| 15 9   A.   Uh-huh. | | | | |
| 15 10   Q.   Okay.  Aearo was a company that 3M had | | | | |
| 15 11   acquired; right? | | | | |
| 15 12   A.   That's correct. | | | | |
| 15 13   Q.   Okay.  And one of the product lines that | | | | |
| 15 14   3M acquired with Aearo was the -- what came to be | | | | |
| 15 15   known as the Combat Arms Earplugs line; right? | | | | |
| 15 16   A.   It was one of the products; correct. | | | | |
| 15 17   Right. | | | | |
| 15 18   Q.   And one of the -- one of those products | | | | |
| 15 19   was the Combat Arms Earplugs -- I'll call it | | | | |
| 15 20   Version 2; is that right? | | | | |
| 15 21   A.   You know, it's a lot of detail for me. | | | | |
| 15 22   But I believe so.  I mean, I had a ton of products, | | | | |
| 15 23   and I wasn't down into -- into the weeds. | | | | |
| **21:18 - 21:21   McGinley, Brian (2019-12-20)** | | | **Re: [21:18-21:21]** <br> Relevance (401, 402) | **OVERRULED** |
| 21 18   Q.   Okay.  You put here under your education | | | | |
| 21 19   something known as "Six Sigma." | | | | |
| 21 20   Do you see that? | | | | |
| 21 21   A.   I do. | | | | |
| **21:22 - 22:1   McGinley, Brian (2019-12-20)** | | | **Re: [21:22-22:1]** <br> Improper Clarification Counter | **OVERRULED** |
| 21 22   Q.   Okay.  Now, Six Sigma is a business | | | | |
| 21 23   education program where you obtain some type of | | | | |
| 21 24   certifications regarding working in business.  Is | | | | |
| 22 1   that a reasonable explanation for it? | | | | |
| **22:4 - 22:17   McGinley, Brian (2019-12-20)** | | | **Re: [22:4-22:17]** <br> Improper Clarification Counter | **OVERRULED** |
| 22 4   THE WITNESS:  Say it again, just -- | | | | |
| 22 5   BY MR. PENNOCK: | | | | |
| 22 6   Q.   Sure.  Why don't you tell me, sir, what | | | | |
| 22 7   Six Sigma is in your education. | | | | |
| 22 8   A.   From my perspective, it was a way of | | | | |
| 22 9   standardizing processes, providing a common | | | | |
| language | | | | |

| | | | | |
|---|---|---|---|---|
| 22 10 | for the company. | | | |
| 22 11 | Q.      Okay.  And you were providing -- you used | | | |
| 22 12 | this Six Sigma education in all of the work that you | | | |
| 22 13 | did at 3M; isn't that correct? | | | |
| 22 14 | A.      In all of the work that I did at 3M?  I'm | | | |
| 22 15 | not sure what you mean.  I used it -- I would use Six | | | |
| 22 16 | Sigma where Six Sigma applied, and the whole | | | |
| company | | | | |
| 22 17 | did.  It wasn't just me. | | | |
| **23:19 - 24:2** | **McGinley, Brian (2019-12-20)** | | | Re: [23:19-24:2] | **OVERRULED** |
| 23 19 | Q.      And Six Sigma, one of the components of it | | | Relevance (401, 402); |
| 23 20 | was that if you created the right processes, that | | | Prejudice (403); 3M MIL No. |
| 23 21 | 99.99966 percent of the time, you would avoid | | | 26 |
| defects | | | | |
| 23 22 | in your products; isn't that right? | | | |
| 23 23 | MR. ELLIS:  Object to the form of | | | |
| 23 24 | the question. | | | |
| 24 1 | A.      You know, it was a long time ago for me. | | | |
| 24 2 | So I can't say yes or no.  You're saying it.  So ... | | | |
| **26:8 - 26:13** | **McGinley, Brian (2019-12-20)** | | | Re: [26:8-26:13] | **OVERRULED** |
| 26 8 | Q.      Well, I'm asking if you, when you employed | | | Relevance (401, 402); |
| 26 9 | the Six Sigma process at 3M that you have on your | | | Prejudice (403); 3M MIL No. |
| 26 10 | r�sum�, where you're a black belt, if you utilized | | | 26 |
| 26 11 | that in order to help reduce defects or problems with | | | |
| 26 12 | 3M products? | | | |
| 26 13 | A.      No. | | | |
| **26:17 - 27:4** | **McGinley, Brian (2019-12-20)** | | | Re: [26:17-27:4] | **OVERRULED** |
| 26 17 | Q.      So what was the purpose of you using the | | | Relevance (401, 402); |
| 26 18 | Six Sigma process that you got a black belt in? | | | Prejudice (403); 3M MIL No. |
| 26 19 | A.      My black belt project was totally -- it | | | 26 |
| 26 20 | had nothing to do with manufacturing processes at | | | |
| 26 21 | all. | | | |
| 26 22 | Q.      What did it have to do with? | | | |
| 26 23 | A.       It had to do with new product development | | | |
| 26 24 | and the stage-gate process.  And so how we could | | | |
| 27 1 | improve our time to market. | | | |
| 27 2 | Q.      How you could speed up getting something | | | |
| 27 3 | to the market? | | | |
| 27 4 | A.      Correct. | | | |

| | | | | |
|---|---|---|---|---|
| **30:19 - 31:17   McGinley, Brian (2019-12-20)** | | | **Re: [30:19-31:17]** | **OVERRULED** |
| 30 19    Q.      Okay.  And when you got promoted to global | | | Relevant (401, 402); Prejudice (403) | |
| 30 20      business director for hearing protection, did you go | | | | |
| 30 21      and get some documents to review to understand the | | | | |
| 30 22      product lines that related to hearing protection? | | | | |
| 30 23    A.      Sir, I think you need to understand, my -- | | | | |
| 30 24      our process, the way our structure was set up was, I | | | | |
| 31 1      didn't get into a specific product category and | | | | |
| 31 2      really worry about it.  That wasn't my concern.  We | | | | |
| 31 3      had setup people underneath me that had | | | | |
| 31 4      responsibility for the product side of it, and then | | | | |
| 31 5      we had -- the way 3M's structure was, we had people | | | | |
| 31 6      that were responsible for the sales and | | | | |
| 31 7      implementation of products selling into regions of | | | | |
| 31 8      the world.  And those were the guys that would be | | | | |
| 31 9      responsible for that.  I wasn't. | | | | |
| 31 10    Q.      But -- okay. | | | | |
| 31 11      So I understand that, to you, the CAE2, | | | | |
| 31 12      the Combat Arms Earplug Version 2, was just a SKU | | | | |
| 31 13      number.  But there were people, then, that were | | | | |
| 31 14      working for you that -- I think you're saying -- were | | | | |
| 31 15      focused on the details of it. | | | | |
| 31 16      Is that what you're telling us? | | | | |
| 31 17    A.      Yes.  That's fair. | | | | |
| **35:2 - 35:22   McGinley, Brian (2019-12-20)** | | | **Re: [35:2-35:22]** | **OVERRULED** |
| 35 2    Q.      Sir, you know what the -- the word | | | Relevance (401, 402); | |
| 35 3      "defect" means? | | | Prejudice (403); | |
| 35 4    A.      Generally. | | | Argumentative | |
| 35 5    Q.      Okay.  And when it comes to a product, the | | | | |
| 35 6      word "defect" means that the product -- one | | | | |
| 35 7      definition would be the product isn't performing as | | | | |
| 35 8      represented. | | | | |
| 35 9      Is that -- would you agree with that? | | | | |
| 35 10      MR. ELLIS:  Object to the form of | | | | |
| 35 11      the question. | | | | |
| 35 12      BY MR. PENNOCK: | | | | |
| 35 13    Q.      Do you agree with that? | | | | |

| | | | | |
|---|---|---|---|---|
| 35 14 | MR. ELLIS:  Same objection. | | | |
| 35 15 | A.      It's fine.  Okay. | | | |
| 35 16 | Q.      Okay.  Do you agree that if you sell a | | | |
| 35 17 | product without instructions for use to the people | | | |
| 35 18 | using it, that that would be improper? | | | |
| 35 19 | MR. ELLIS:  Object to the form of | | | |
| 35 20 | the question. | | | |
| 35 21 | A.      I don't have an opinion one way or | | | |
| 35 22 | another.  I mean ... | | | |
| **36:3 - 36:13** | **McGinley, Brian (2019-12-20)** | | | **Re: [36:3-36:13]** | **OVERRULED** |
| 36 3 | Q.      Okay.  And so during that entire time | | | Relevance (401, 402); |
| 36 4 | period, was there -- did you understand that a | | | Prejudicial (403); |
| 36 5 | company should not sell products which did not have | | | Argumentative |
| 36 6 | instructions for use by the people you were selling | | | |
| 36 7 | them to? | | | |
| 36 8 | MR. ELLIS:  Object to the form of | | | |
| 36 9 | the question. | | | |
| 36 10 | A.      Again, we had people and processes in | | | |
| 36 11 | place -- | | | |
| 36 12 | Q.      So -- | | | |
| 36 13 | A.      -- to ensure those things. | | | |
| **37:17 - 37:21** | **McGinley, Brian (2019-12-20)** | | | **Re: [37:17-37:21]** | **SUSTAINED** |
| 37 17 | Q.      Okay.  So do you know, as global director | | | Improper Clarification Counter |
| 37 18 | for hearing protection, who would have been | | | |
| 37 19 | responsible for making sure that there were proper | | | |
| 37 20 | instructions for use in the earplugs being sold to | | | |
| 37 21 | the United States military? | | | |
| **37:24 - 38:8** | **McGinley, Brian (2019-12-20)** | | | **Re: [37:24-38:8]** | **SUSTAINED** |
| 37 24 | A.      So from a -- and, again, this is | | | Improper Clarification Counter |
| 38 1 | six-and-a-half, seven years ago.  It would have been | | | |
| 38 2 | somebody -- if it's in the U.S., in the U.S. | | | |
| 38 3 | organizational structure. | | | |
| 38 4 | Q.      But you don't know who -- who it is? | | | |
| 38 5 | A.      No.  I mean, it was -- I honestly -- | | | |
| 38 6 | that's a long time ago.  And, again, I wouldn't deal | | | |
| 38 7 | with those people.  They're not in my reporting | | | |
| 38 8 | structure. | | | |

| | | | | |
|---|---|---|---|---|
| **50:2 - 50:8   McGinley, Brian (2019-12-20)** | | | **Re: [50:2-50:7]** | **OVERRULED** |
| 50 2   Q.   Okay.  I've marked as Exhibit 4 to your | | | Prejudice (403), Relevance (401, 402) | |
| 50 3   deposition a document, and it appears to be entitled | | | | |
| 50 4   "Worldwide Aearo HHEF Products, Military Versus | | | | |
| 50 5   Nonmilitary Sales Quarterly, 2006 to 2008." | | | | |
| 50 6   Take a look at that, please.  I've tabbed | | | | |
| 50 7   a particular page. | | | | |
| 50 8   Okay. Do you want me to look at the tab? | | | | |
| **51:2 - 51:8   McGinley, Brian (2019-12-20)** | | | | |
| 51 2   Q.   Okay.  These are documents that you | | | | |
| 51 3   periodically would be provided by people that worked | | | | |
| 51 4   for you; correct? | | | | |
| 51 5   A.   I honestly don't recognize the form of | | | | |
| 51 6   this document, quite frankly.  And if this came from | | | | |
| 51 7   Eileen Tsai, this isn't what I would normally | | | | |
| 51 8   receive.  But go ahead. | | | | |
| **60:1 - 60:24   McGinley, Brian (2019-12-20)** | | | **Re: [60:1-60:24]** | **OVERRULED** |
| 60 1   Q.   This is -- okay. | | | Relevance (401, 402); | |
| 60 2   We're looking at what appears to be the | | | Prejudice (403); Foundation | |
| 60 3   2006 year of sales. | | | (602); 3M MIL No. 39; | |
| 60 4   Do you see that, right there, this column? | | | Camarillo MIL No. 1 | |
| 60 5   A.   Sorry. | | | | |
| 60 6   Q.   The first column on the left, the first | | | | |
| 60 7   block on the left. | | | | |
| 60 8   A.   Yeah. | | | | |
| 60 9   Q.   All right.  And the block on the right is | | | | |
| 60 10   2006, Quarter 1. | | | | |
| 60 11   Do you see that? | | | | |
| 60 12   A.   And this is for the U.S.  Yes. | | | | |
| 60 13   Q.   Uh-huh.  And if we go down to "Hearing | | | | |
| 60 14   Protection," the first product listed is the Combat | | | | |
| 60 15   Arms. | | | | |
| 60 16   Do you see that? | | | | |
| 60 17   A.   I do. | | | | |
| 60 18   Q.   And the -- this is the average sales price | | | | |
| 60 19   for the Combat Arms. | | | | |
| 60 20   A.   Okay. | | | | |
| 60 21   Q.   Do you see that? | | | | |

| | | | | |
|---|---|---|---|---|
| 60 22 | A.     Yep. | | | |
| 60 23 | Q.     Okay.  And that's for all of your sales; | | | |
| 60 24 | right?  The $5.83? | | | |
| **61:9 - 61:22** | **McGinley, Brian (2019-12-20)** | | **Re: [61:9-61:22]** | **OVERRULED** |
| 61 9 | Q.     Well, take a look at it.  And I want to | | Relevance (401, 402); | |
| 61 10 | look at the -- you see how we have the -- the | | Prejudice (403); Foundation | |
| 61 11 | military -- the military sales? | | (602); 3M MIL No. 39; | |
| 61 12 | A.     True. | | Camarillo MIL No. 1 | |
| 61 13 | Q.     Do you see that? | | | |
| 61 14 | A.     I do. | | | |
| 61 15 | Q.     And do you see that the average sales | | | |
| 61 16 | price to the military is $5.91? | | | |
| 61 17 | MR. ELLIS:  Object to the form of | | | |
| 61 18 | the question. | | | |
| 61 19 | A.     Yeah. | | | |
| 61 20 | Q.     All right.  And that's for the Combat | | | |
| 61 21 | Arms; right? | | | |
| 61 22 | A.     That's what the document says. | | | |
| **62:1 - 62:14** | **McGinley, Brian (2019-12-20)** | | **Re: [62:1-62:14]** | **OVERRULED** |
| 62 1 | Q.     Okay.  And now let's go over to the | | Relevance (401, 402); | |
| 62 2 | nonmilitary sales of Combat Arms Earplugs; all | | Prejudice (403); Foundation | |
| right? | | | (602); 3M MIL No. 39; | |
| 62 3 | A.     Where are you?  I'm sorry. | | Camarillo MIL No. 1 | |
| 62 4 | Q.     It's the next column to your right. | | | |
| 62 5 | A.     Okay. | | | |
| 62 6 | Q.     And the average sales price for the | | | |
| 62 7 | nonmilitary sales was $5.07. | | | |
| 62 8 | Do you see that? | | | |
| 62 9 | A.     Okay. | | | |
| 62 10 | MR. ELLIS:  Object to the form of | | | |
| 62 11 | the question. | | | |
| 62 12 | BY MR. PENNOCK: | | | |
| 62 13 | Q.     Do you see that? | | | |
| 62 14 | A.     I do see -- | | | |
| **65:12 - 66:2** | **McGinley, Brian (2019-12-20)** | | **Re: [65:12-66:2]** | **OVERRULED** |
| 65 12 | Q.     Did you know that when the products were | | Relevance (401, 402); | |
| 65 13 | sold to nonmilitary customers, they were sold with | | Prejudice (403); 407 | |
| 65 14 | individual packages? | | | |
| 65 15 | MR. ELLIS:  Object to the form of | | | |

| | | | | |
|---|---|---|---|---|
| 65 16 | the question. | | | |
| 65 17 | A.       I'm sorry.  I don't mean to laugh.  I'm | | | |
| 65 18 | sorry. | | | |
| 65 19 | But, no, I wouldn't know that.  I didn't | | | |
| 65 20 | get down into that level of detail.  That wasn't -- I | | | |
| 65 21 | wasn't concerned about packaging.  I wasn't -- | | | |
| 65 22 | Q.       What were you concerned about? | | | |
| 65 23 | A.       New product introductions, the global | | | |
| 65 24 | business and how -- at that point in time, my job | | | |
| 66 1 | was -- was about growing business outside of the | | | |
| 66 2 | U.S., quite frankly. | | | |
| **66:3 - 66:6** | **McGinley, Brian (2019-12-20)** | | | |
| 66 3 | It had nothing to do with the U.S.  We had | | | |
| 66 4 | to build structures around the world because of the | | | |
| 66 5 | acquisition, because our structure was totally | | | |
| 66 6 | different than Aearo's. | | | |
| **66:17 - 66:19** | **McGinley, Brian (2019-12-20)** | | | |
| 66 17 | Q.       Sir, I've marked as Exhibit 5 to your | | | |
| 66 18 | deposition an e-mail thread dated March 6, 2012. | | | |
| 66 19 | A.       Okay. | | | |
| **72:17 - 73:4** | **McGinley, Brian (2019-12-20)** | | | Re: [72:17-73:4] | **OVERRULED** |
| 72 17 | Q.       Okay.  Let's look what it says here. | | Relevance (401, 402); | |
| 72 18 | "Market Trends and Aggravating Circumstances. | | Prejudice (403); 3M MIL No. | |
| 72 19 | Number 1, fewer combat-deployed U.S. personnel." | | 39; Camarillo MIL No. 1 | |
| 72 20 | Do you see that statement? | | | |
| 72 21 | A.       I do. | | | |
| 72 22 | Q.       And they go on to say "Completed Iraqi | | | |
| 72 23 | withdrawal and pending Afghanistan withdrawal | | | |
| have | | | | |
| 72 24 | created a smaller market for RFI orders." | | | |
| 73 1 | Do you see that? | | | |
| 73 2 | A.       Uh-huh. | | | |
| 73 3 | Q.       What does "RFI" mean? | | | |
| 73 4 | A.       I don't know. | | | |
| **73:11 - 73:16** | **McGinley, Brian (2019-12-20)** | | | Re: [73:11-73:16] | **OVERRULED** |
| 73 11 | Q.       "We knew this was an eventuality" -- | | Relevance (401, 402); | |
| 73 12 | "eventuality and planned several initiatives to | | Prejudice (403); 3M MIL No. | |
| 73 13 | counteract this downward pressure on CAE | | 39; Camarillo MIL No. 1 | |
| revenue." | | | | |

| | | | | |
|---|---|---|---|---|
| 73 14 | A.      Okay. | | | |
| 73 15 | Q.      Do you see that? | | | |
| 73 16 | A.      I see that. | | | |
| **78:8 - 78:12** | **McGinley, Brian (2019-12-20)** | | | |
| 78 8 | Q.      Okay.  So Exhibit 6 is an e-mail thread | | | |
| 78 9 | dated March 19, 2011 -- or at least the last e-mail | | | |
| 78 10 | in the thread is March 19, 2011. | | | |
| 78 11 | Do you see that? | | | |
| 78 12 | I do. | | | |
| **80:2 - 80:16** | **McGinley, Brian (2019-12-20)** | | Re: [80:2-80:16] | SUSTAINED |
| 80 2 | Q.      So if we go to some discussions that -- | | Improper Clarification Counter | |
| 80 3 | by -- an e-mail sent by Doug Ohlin to Doug Moses. | | | |
| 80 4 | Doug Moses worked for you; right? | | | |
| 80 5 | A.      No.  He did not. | | | |
| 80 6 | Q.      Oh, who did he work for? | | | |
| 80 7 | A.      He worked in the U.S. structure. | | | |
| 80 8 | Honestly, I don't -- I can't recall who he worked | | | |
| 80 9 | for. | | | |
| 80 10 | Q.      You had quite a bit of interaction with | | | |
| 80 11 | Doug Moses over the time that you were global | | | |
| 80 12 | business director for hearing protection, didn't you? | | | |
| 80 13 | A.      No. | | | |
| 80 14 | Q.      He would send you e-mails and | | | |
| 80 15 | communications to you about hearing protection and | | | |
| 80 16 | sales to the military? | | | |
| **80:19 - 80:21** | **McGinley, Brian (2019-12-20)** | | Re: [80:19-80:21] | SUSTAINED |
| 80 19 | A.      Again, I would not call my interactions | | Improper Clarification Counter | |
| 80 20 | with Doug very -- a lot at all.  No. | | | |
| 80 21 | Q.      Okay.  We'll come back to Doug Moses. | | | |
| **82:7 - 83:15** | **McGinley, Brian (2019-12-20)** | | Re: [82:7-83:15] | OVERRULED |
| 82 7 | Q.      And if we go back to these e-mails, we see | | Relevance (401, 402); | |
| 82 8 | that Doug Ohlin apparently went to this conference | | Prejudice (403); 3M MIL No. | |
| 82 9 | out in San Diego about hearing protection in the | | 39; Camarillo MIL No. 1 | |
| 82 10 | military; right? | | Re: [82:20-82:22] | |
| 82 11 | A.      I don't know. | | Relevance (401, 402); | |
| 82 12 | Q.      Well, that's what it appears. | | Prejudice (403); Misstates; 3M | |
| 82 13 | Do you agree with that? | | MIL No. 39; Camarillo MIL | |
| 82 14 | A.      I haven't read it.  So ... | | No. 1 | |
| 82 15 | Q.      Doug Ohlin is reporting to Doug Moses. | | | |

| | | | | |
|---|---|---|---|---|
| 82 16 | Do you see that? | | | |
| 82 17 | A.      Yeah, I do.  Wait a minute.  No, I don't. | | | |
| 82 18 | Where are you? | | | |
| 82 19 | Okay.  In the redacted.  Okay.  Got it. | | | |
| 82 20 | Q.      And he -- in the e-mail he's reporting | | | |
| 82 21 | details about competition for the CAE earplug. | | | |
| 82 22 | Do you see that? | | | |
| 82 23 | MR. ELLIS:  Object to the form of | | | |
| 82 24 | the question. | | | |
| 83 1 | BY MR. PENNOCK: | | | |
| 83 2 | Q.      If you go to paragraph 3, the unredacted | | | |
| 83 3 | portion. | | | |
| 83 4 | A.      That's what this appears to be.  Yeah. | | | |
| 83 5 | Q.      Now, he says that -- tell me if I'm | | | |
| 83 6 | reading this correctly.  "Before this meeting, I had | | | |
| 83 7 | picked up some chatter in e-mails about a | | | |
| 83 8 | level-dependent earplug that was easier to change | | | |
| 83 9 | modes between linear and nonlinear while wearing | | | |
| 83 10 | gloves.  That earplug turned out to be Moldex's | | | |
| 83 11 | Rocket plug which was provided to me at the | | | |
| 83 12 | conference with a heads-up that the U.S. Army had | | | |
| 83 13 | approved it for use." | | | |
| 83 14 | Do you see that statement? | | | |
| 83 15 | A.      I do. | | | |
| **83:16 - 83:23** | **McGinley, Brian (2019-12-20)** | | Re: [83:16-83:23] | OVERRULED |
| 83 16 | Q.      "Both of which were passed on to Doug | | Improper Clarification Counter | |
| 83 17 | Moses, who has passed on the implications in another | | | |
| 83 18 | e-mail." | | | |
| 83 19 | Do you see that statement? | | | |
| 83 20 | A.      Uh-huh. | | | |
| 83 21 | Q.      Okay.  So we're getting down in some weeds | | | |
| 83 22 | here regarding earplugs and the United States | | | |
| 83 23 | military and 3M's competition, aren't we? | | | |
| **84:3 - 84:4** | **McGinley, Brian (2019-12-20)** | | Re: [84:3-84:4] | OVERRULED |
| 84 3 | Q.      You said you didn't get down in the weeds. | | Improper Clarification Counter | |
| 84 4 | We're getting down in some weeds here. | | | |
| **84:6 - 84:6** | **McGinley, Brian (2019-12-20)** | | Re: [84:6-84:6] | OVERRULED |
| 84 6 | A.      I didn't get down in the weeds. | | Improper Clarification Counter | |

| | | | | |
|---|---|---|---|---|
| **84:13 - 84:22   McGinley, Brian (2019-12-20)** | | | **Re: [84:13-84:22]** | **OVERRULED** |
| 84 13       THE WITNESS:  Okay.  I did not get | | | **Improper Clarification Counter** | |
| 84 14       down in the weeds.  I will say that. | | | | |
| 84 15       BY MR. PENNOCK: | | | | |
| 84 16       Q.       Okay.  You -- you read this e-mail thread | | | | |
| 84 17       at the time; right? | | | | |
| 84 18       A.       I don't recall reading it.  I can tell you | | | | |
| 84 19       what I did. | | | | |
| 84 20       What I did was I forwarded it to Phillip, | | | | |
| 84 21       who would have responsibility for the hearing | | | | |
| 84 22       protection product line. | | | | |
| **90:23 - 91:20   McGinley, Brian (2019-12-20)** | | | **Re: [90:23-91:20]** | **OVERRULED** |
| 90 23       Let's look at the e-mail that Moses -- | | | **Relevance (401, 402);** | |
| 90 24       Doug Moses sent to Mike Cimino.  It says, "All, | | | **Prejudice (403); Foundation** | |
| 91 1       please see the below message from Doug O." | | | **(602); 3M MIL No. 39;** | |
| 91 2       That's Doug Ohlin; right? | | | **Camarillo MIL No. 1** | |
| 91 3       A.       I don't know. | | | | |
| 91 4       Q.       You don't know who Doug O. is? | | | | |
| 91 5       A.       No. | | | | |
| 91 6       Q.       Did you ever hear of Doug Ohlin? | | | | |
| 91 7       A.       I've heard of him, yeah. | | | | |
| 91 8       Q.       Who is he? | | | | |
| 91 9       A.       He worked for 3M.  I really never met the | | | | |
| 91 10      man.  I just know through e-mails.  I don't know | | | | |
| him. | | | | |
| 91 11      Q.       "I asked Doug to write up his | | | | |
| 91 12      recollections of the high points regarding the | | | | |
| 91 13      various conversations and briefings from this past | | | | |
| 91 14      week at JDVAC." | | | | |
| 91 15      Do you see that statement? | | | | |
| 91 16      A.       I do. | | | | |
| 91 17      Q.       Okay.  And we know JDVAC is the Joint | | | | |
| 91 18      Defense Veterans Audiology Conference; right? | | | | |
| 91 19      A.       I didn't know that until you told me. | | | | |
| 91 20      Thank you. | | | | |
| **97:23 - 98:8   McGinley, Brian (2019-12-20)** | | | **Re: [97:23-98:8]** | **OVERRULED** |
| 97 23      Q.       By the way, you mentioned you really | | | **Relevance (401, 402);** | |
| 97 24      didn't have much communication with Mr. Moses. | | | **Prejudice (403); 3M MIL No.** | |
| 98 1       Do you remember saying that a few minutes | | | **39; Camarillo MIL No. 1** | |

| | | | | |
|---|---|---|---|---|
| 98 2 ago? | | | | |
| 98 3 A.      I do. | | | | |
| 98 4 Q.      In fact, you -- at one point you even told | | | | |
| 98 5 Mr. Moses not to communicate certain things to you in | | | | |
| 98 6 e-mails. | | | | |
| 98 7 Do you remember that? | | | | |
| 98 8 A.      No. | | | | |
| **98:12 - 98:17   McGinley, Brian (2019-12-20)** | | | **Re: [98:12-98:17]** Relevance (401, 402); Prejudice (403); 3M MIL No. 39; Camarillo MIL No. 1 | **OVERRULED** |
| 98 12 Q.      Do you remember telling him not to put | | | | |
| 98 13 things in writing about topics concerning the United | | | | |
| 98 14 States military and the Combat Arms Earplugs? | | | | |
| 98 15 MR. ELLIS:  Object to the form of | | | | |
| 98 16 the question. | | | | |
| 98 17 A.      No.  I don't remember. | | | | |
| **99:7 - 99:10   McGinley, Brian (2019-12-20)** | | | **Re: [99:7-99:10]** Relevance (401, 402); Prejudice (403); 3M MIL No. 39; Camarillo MIL No. 1 | **OVERRULED** |
| 99 7 Q.      Exhibit 7 is an e-mail thread, the last | | | | |
| 99 8 e-mail of which is February 10, 2012. | | | | |
| 99 9 Do you see that? | | | | |
| 99 10 A.      I do. | | | | |
| **99:15 - 99:18   McGinley, Brian (2019-12-20)** | | | **Re: [99:15-99:18]** Relevance (401, 402); Prejudice (403); 3M MIL No. 39; Camarillo MIL No. 1 | **OVERRULED** |
| 99 15 Okay.  Sir, the e-mail starts out with an | | | | |
| 99 16 e-mail from Doug Moses to Brian McGinley. | | | | |
| 99 17 That's you; right? | | | | |
| 99 18 A.      Yeah.  That's me. | | | | |
| **104:8 - 105:4   McGinley, Brian (2019-12-20)** | | | **Re: [104:8-104:21]** Relevance (401, 402); Prejudice (403); 3M MIL No. 39; Camarillo MIL No. 1 **Re: [104:22-105:4]** Relevance (401, 402); Prejudice (403); Foundation (602); 3M MIL No. 39; Camarillo MIL No. 1 | **OVERRULED** |
| 104 8 First, and this is how he started this. | | | | |
| 104 9 It says, "Brian, I was reluctant to put too much in | | | | |
| 104 10 an e-mail without your approval, given your direction | | | | |
| 104 11 to me a few months ago." | | | | |
| 104 12 Do you see that statement? | | | | |
| 104 13 A.      I do. | | | | |
| 104 14 Q.      Okay.  So at some point, this Mr. Moses, | | | | |
| 104 15 with whom you didn't have very much contact, had been | | | | |
| 104 16 told, according to him, by you, to not put too much | | | | |
| 104 17 in an e-mail without your approval. | | | | |
| 104 18 That's what he's telling you; right? | | | | |

| | | | | |
|---|---|---|---|---|
| 104 19    A.    You'd have to ask him.  I don't know what<br>104 20    he means by that.  You need to ask him, not me.  He<br>104 21    wrote it.  I didn't.<br>104 22    Q.    Well, we know that you did not write back<br>104 23    to him and say, I don't know what you're talking<br>104 24    about, did you?<br>105 1    MR. ELLIS:  Object to the form of<br>105 2    the question.<br>105 3    A.    Again, I don't remember any of this.<br>105 4    So ... | | | | |
| **121:12 - 121:15   McGinley, Brian (2019-12-20)**<br>121 12    Let's look at Exhibit 9 together.<br>121 13    Again, this is an e-mail to -- from<br>121 14    P. van de Werken, to B.S. McGinley, that's you.<br>121 15    A.    Yep. | | | **Re: [121:13-121:15]**<br>Relevance (401, 402);<br>Prejudice (403); 3M MIL No.<br>39; Camarillo MIL No. 1 | **OVERRULED** |
| **124:23 - 125:7   McGinley, Brian (2019-12-20)**<br>124 23    Q.    He goes on, "However, even if you use a<br>124 24    calculation of one pair of Combat Arms Earplugs<br>per<br>125 1    six months for every soldier at $7.70 a pair, then<br>125 2    our market potential is 22 million in the U.S."<br>125 3    Do you see that statement?<br>125 4    A.    I do.<br>125 5    Q.    And then he says, "That is already<br>125 6    optimistic, since it assumes that all 1.4 million<br>125 7    soldiers would do two tours of combat per year." | | | **Re: [124:23-125:7]**<br>Relevance (401, 402);<br>Prejudice (403); 3M MIL No.<br>39; Camarillo MIL No. 1 | **OVERRULED** |
| **125:13 - 125:20   McGinley, Brian (2019-12-20)**<br>125 13    Q.    So you -- I put this up because you two<br>125 14    might have been the only two people in the United<br>125 15    States that thought soldiers doing two tours of duty<br>125 16    back in 2011 in combat was optimistic thinking.<br>125 17    Do you agree with that?<br>125 18    MR. ELLIS:  Object to the form of<br>125 19    the question.  Argumentative.<br>125 20    A.    I don't agree or disagree. | | | **Re: [125:13-125:20]**<br>Relevance (401, 402);<br>Prejudice (403);<br>Argumentative; 3M MIL No.<br>39; Camarillo MIL No. 1 | **OVERRULED** |
| **128:12 - 128:15   McGinley, Brian (2019-12-20)**<br>128 12    Q.    Marked as Exhibit 10 to your deposition, a<br>128 13    document entitled "Aearo Strategic Planning<br>Session | | | | |

| | | | | |
|---|---|---|---|---|
| 128 14     Military."  It bears Bates number, in the lowest<br>128 15     right-hand corner, 3M_MDL00048948, through -<br>8245. | | | | |
| **128:17 - 128:19   McGinley, Brian (2019-12-20)**<br>128 17     this back onto the one without the marks.<br>128 18     Here we go.  Okay<br>128 19     Q.     Thank you. | | | | |
| **130:3 - 130:11   McGinley, Brian (2019-12-20)**<br>130 3     Q.     So the document at 955 has something<br>130 4     called "Planning Teams."<br>130 5     A.     Yep.<br>130 6     Q.     "Team Blue"?<br>130 7     A.     Yep.<br>130 8     Q.     There's Doug Moses, Mike Cimino, Rick<br>130 9     Morris.  And then we have -- that's you right there;<br>130 10     correct?<br>130 11     A.     Yes. | | | | |
| **133:20 - 134:8   McGinley, Brian (2019-12-20)**<br>133 20     Q.     If you go to page 215.<br>133 21     A.     215?  Sorry.  Okay.<br>133 22     Q.     Okay.  So the planning teams in this<br>133 23     meeting, according to this PowerPoint, were<br>looking<br>133 24     at details like "Department of Defense spending as<br>134 1     the war efforts continue."<br>134 2     Do you see that?<br>134 3     A.     Uh-huh.  Yes.<br>134 4     Q.     Turn the next page, you even have price –<br>134 5     dollar amounts for how muchit's going to cost to<br>134 6     uniform and equip soldiers in the current operations.<br>134 7     Do you see that?  Do you see that?<br>134 8     A.     Uh-huh. | | | **Re: [133:22-134:3]**<br>Prejudice (403) | **OVERRULED** |
| **135:13 - 136:2   McGinley, Brian (2019-12-20)**<br>135 13     Q.     So my question is, do you see anything in<br>135 14     this PowerPoint for the Aearo Strategic Planning<br>135 15     Session-Military, that discusses a plan to provide<br>135 16     servicemen and women with instructions on how to<br>use<br>135 17     these earplugs that I'm putting up there, which, of | | | **Re: [135:13-136:2]**<br>Relevance (401, 402);<br>Prejudice (403); 3M MIL No.<br>15 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 135 18 | course, are the Combat Arms Earplugs Version 2. | | | |
| 135 19 | A.      Okay. | | | |
| 135 20 | MR. ELLIS:  Object to the form of | | | |
| 135 21 | the question. | | | |
| 135 22 | BY MR. PENNOCK: | | | |
| 135 23 | Q.      Are you done? | | | |
| 135 24 | A.      It's a beautiful document.  I don't | | | |
| 136 1 | remember it being there.  That's why I took the time | | | |
| 136 2 | to read it. | | | |
| **136:21 - 137:2**   **McGinley, Brian (2019-12-20)** | | | Re: [136:21-137:2] Relevance (401, 402); Prejudice (403); 3M MIL No. 15 | **OVERRULED** |
| 136 21 | There's nothing on that topic in the | | | |
| 136 22 | document; true? | | | |
| 136 23 | A.      There's references to training in here, so | | | |
| 136 24 the | I don't know what that means, again.  So to go to | | | |
| 137 1 but | document generator would probably be a good idea, | | | |
| 137 2 | I see some references to training in here.  But ... | | | |
| **137:13 - 138:7**   **McGinley, Brian (2019-12-20)** | | | Re: [137:13-138:7] Relevance (401, 402); Prejudice (403); Argumentative; 3M MIL No. 15 | **OVERRULED** |
| 137 13 | Q.      Okay.  Where are you -- where are you | | | |
| 137 14 | reading? | | | |
| 137 15 | A.      225, passive hearing. | | | |
| 137 16 | Q.      Huh? | | | |
| 137 17 | A.      Passive hearing.  You can see it right | | | |
| 137 18 | here: "Expand market opportunity to further CAE | | | |
| 137 19 | acceptance for training and other noncombat | | | |
| 137 20 | activities." | | | |
| 137 21 | Q.      And you think that's a reference to | | | |
| 137 22 | providing instructions for use to combat -- to | | | |
| 137 23 | servicemen and women? | | | |
| 137 24 | MR. ELLIS:  Object to the form of | | | |
| 138 1 | the question. | | | |
| 138 2 | A.      I don't know what that -- training.  I | | | |
| 138 3 | don't know.  Again, I would say I don't -- I wouldn't | | | |
| 138 4 | expect it to show up in this document, but the fact | | | |
| 138 5 | that that's in there is kind of -- you asked the | | | |
| 138 6 | question, and I was just trying to answer your | | | |
| 138 7 | question. | | | |

| | | | | |
|---|---|---|---|---|
| **138:24 - 139:8   McGinley, Brian (2019-12-20)** | | | **Re: [138:24-139:8]** | **OVERRULED** |
| 138 24 | Q. When you were global business director for | | Relevance (401, 402); | |
| 139 1 | hearing protection for 3M, did you ever have any | | Prejudice (403); 3M MIL No. | |
| 139 2 | communications, meetings, discussions of any kind | | 15 | |
| 139 3 | with anyone about providing instructions for use to | | | |
| 139 4 | servicemen and women for the Combat Arms | | | |
| Earplugs | | | | |
| 139 5 | Version 2? | | | |
| 139 6 | MR. ELLIS: Object to the form. | | | |
| 139 7 | A. That is a very specific question from a | | | |
| 139 8 | long time ago, so I don't recall if I did or didn't. | | | |
| **150:11 - 150:16   McGinley, Brian (2019-12-20)** | | | **Re: [150:11-150:16]** | **OVERRULED** |
| 150 11 | Q. Okay. So -- well, do you -- do you have | | Relevance (401, 402); | |
| 150 12 | any information available to you as to whether the | | Prejudice (403); 3M MIL No. | |
| 150 13 | United States military was extremely pleased with | | 39; Camarillo MIL No. 1 | |
| the | | | | |
| 150 14 | Aearo product? | | | |
| 150 15 | A. I'm sorry. I don't -- it's a real general | | | |
| 150 16 | question. I'm not sure what you mean. | | | |
| **151:14 - 152:10   McGinley, Brian (2019-12-20)** | | | **Re: [151:14-152:10]** | **OVERRULED** |
| 151 14 | Q. Marking as Exhibit 12 to your deposition | | Relevance (401, 402); | |
| 151 15 | an e-mail bearing Bates number | | Prejudice (403); 3M MIL No. | |
| 3M_MDL000293781, and | | | 39; Camarillo MIL No. 1 | |
| 151 16 | it is an e-mail dated April 12 -- I'm sorry -- an | | | |
| 151 17 | e-mail dated March 5, 2012, from Doug Moses to | | | |
| Brian | | | | |
| 151 18 | McGinley. | | | |
| 151 19 | A. Okay. Okay. | | | |
| 151 20 | Q. In this e-mail, Mr. Moses writes, "Brian, | | | |
| 151 21 | please see Doug Ohlin's overview below." | | | |
| 151 22 | Do you see that statement? | | | |
| 151 23 | A. I do. | | | |
| 151 24 | Q. Okay. And, again, this is an e-mail to | | | |
| 152 1 | you? | | | |
| 152 2 | A. Correct. | | | |
| 152 3 | Q. "The budgetary implications for the VA now | | | |
| 152 4 | and into the future are huge." | | | |
| 152 5 | Do you see that statement? | | | |
| 152 6 | A. Uh-huh. | | | |

| | | | | |
|---|---|---|---|---|
| 152 7    Q.    And what he's referring to are the -- is<br>152 8    the cost to the VA of hearing injuries suffered by<br>152 9    military personnel; right?<br>152 10    A.    You would have to ask him, I guess. | | | | |
| 152:13 - 152:19   McGinley, Brian (2019-12-20)<br>152 13    Okay.  So "We have used the preventive<br>152 14    message for a number of years to show the payback in<br>152 15    dollars and quality of life of buying CAE and other<br>152 16    3M products to the United States government is<br>152 17    compelling."<br>152 18    Do you see that statement?<br>152 19    A.    I do. | | | Re: [152:13-152:19]<br>Relevance (401, 402);<br>Prejudice (403); 3M MIL No.<br>39; Camarillo MIL No. 1 | OVERRULED |
| 168:9 - 168:14   McGinley, Brian (2019-12-20)<br>168 9    Q.    Sir, I'm marking as Exhibit 15 to your<br>168 10    deposition a document bearing Bates number<br>168 11    3M_MDL000372852.  It's an e-mail dated April 29,<br>168 12    2009, from Doug Moses to a number of people,<br>168 13    including you.  Take a look at that.<br>168 14    A.    Okay.  All right. | | | Re: [168:9-168:14]<br>Relevance (401, 402);<br>Prejudice (403); 407; 3M MIL<br>No. 15 | OVERRULED |
| 168:15 - 168:20   McGinley, Brian (2019-12-20)<br>168 15    Mr. PENNOCK:  While you're reading<br>168 16    that, for the record, I'm also marking as<br>168 17    Exhibit 16 to Mr. McGinley's deposition a<br>168 18    document bearing Bates number<br>168 19    3M_MDL00372853.  It's a PowerPoint<br>168 20    presentation. | | | | |
| 169:19 - 170:3   McGinley, Brian (2019-12-20)<br>169 19    Q.    And it also was going to you.  You're the<br>169 20    second named person here --<br>169 21    A.    Right, that's me.<br>169 22    Q.    -- right?<br>169 23    A.    Yeah.  Got that.<br>169 24    Q.    And several others?<br>170 1    It says this is -- "The attachments are<br>170 2    CAE Slides Branding Discussion PowerPoint";<br>right?<br>170 3    A.    Okay. | | | Re: [169:19-170:3]<br>Relevance (401, 402);<br>Prejudice (403); 407; 3M MIL<br>No. 15 | OVERRULED |

**170:4 - 170:24   McGinley, Brian (2019-12-20)**

| | | | |
|---|---|---|---|
| 170 4    Q.      And he says that they're going to have a | | **Re: [170:4-170:24]** | **OVERRULED** |
| 170 5    discussion, but they're going to move the meeting, or | | Improper Clarification Counter | |
| 170 6    the phone call, one hour; right? | | | |
| 170 7    A.      Okay. | | | |
| 170 8    Q.      And he includes a PowerPoint; correct? | | | |
| 170 9    A.      Yep. | | | |
| 170 10    Q.      Well, if we look at this, this | | | |
| 170 11    PowerPoint -- have you had a chance to look at it? | | | |
| 170 12    A.      Not yet, but go ahead. | | | |
| 170 13    Q.      Go ahead.  It's a PowerPoint talking about | | | |
| 170 14    the Generation IV earplugs.  It says here gen -- | | | |
| 170 15    A.      Okay. | | | |
| 170 16    Q.      Page 2.  Generation IV mission-ready | | | |
| 170 17    Combat Arms Earplug. | | | |
| 170 18    A.      Okay. | | | |
| 170 19    Q.      It's a different earplug.  It's a new | | | |
| 170 20    earplug; right? | | | |
| 170 21    A.      Okay. | | | |
| 170 22    Q.      Do you remember that? | | | |
| 170 23    A.      I really don't.  I mean, this is the time | | | |
| 170 24    when I was just moving here.  So I was underwater. | | | |

**171:19 - 171:24   McGinley, Brian (2019-12-20)**

| | | | |
|---|---|---|---|
| 171 19    Q.      -- the PowerPoint talks about the | | **Re: [171:19-171:24]** | **OVERRULED** |
| 171 20    Generation II dual-ended. | | Relevance (401, 402); | |
| 171 21    That's what we've been talking about | | Prejudice (403); 407; 3M MIL | |
| 171 22    today; right?  True? | | No. 15 | |
| 171 23    That's what it's talking about in this | | | |
| 171 24    portion of the slide? | | | |

**172:3 - 172:18   McGinley, Brian (2019-12-20)**

| | | | |
|---|---|---|---|
| 172 3    Q.      And it talks about -- it says that it's a | | **Re: [172:3-172:18]** | **OVERRULED** |
| 172 4    "one-size-fits-all approach." | | Relevance (401, 402); | |
| 172 5    Do you see that statement? | | Prejudice (403); 407; 3M MIL | |
| 172 6    A.      I see the statement. | | No. 15 | |
| 172 7    Q.      Were you aware that it was a | | | |
| 172 8    one-size-fits-all approach? | | | |
| 172 9    Do you remember that? | | | |
| 172 10    A.      No.  I don't. | | | |
| 172 11    Q.      It says "Sold in bulk pack, no individual | | | |

| | | | | |
|---|---|---|---|---|
| 172 12 | instructions." | | | |
| 172 13 | Do you see that? | | | |
| 172 14 | A.     I see it. | | | |
| 172 15 | Q.     And it says "Marines still deploy with | | | |
| 172 16 | this earplug." | | | |
| 172 17 | Do you see that statement? | | | |
| 172 18 | A.     I do. | | | |
| **172:19 - 172:21   McGinley, Brian (2019-12-20)** | | | **Re: [172:19-172:21]** | **OVERRULED** |
| 172 19 | Q.     "Launched in 2004." | | Improper Clarification Counter | |
| 172 20 | Do you see that statement? | | | |
| 172 21 | A.     I do. | | | |
| **172:22 - 173:6   McGinley, Brian (2019-12-20)** | | | **Re: [172:22-173:6]** | **OVERRULED** |
| 172 22 | Q.     Is that all consistent with what your | | Relevance (401, 402); | |
| 172 23 | understanding was at the time regarding the -- this | | Prejudice (403); 407; | |
| 172 24 | device? | | Foundation (602); 3M MIL | |
| 173 1 | A.     Again, it's not consistent because I don't | | No. 15 | |
| 173 2 | have that understanding.  I will go back and say it | | | |
| 173 3 | again and again, I didn't get into this level of | | | |
| 173 4 | detail, and especially in 2009.  I am just moving | | | |
| 173 5 | back to the U.S.  I've got bigger issues than a | | | |
| 173 6 | Combat Arms Earplug at that point in time. | | | |
| **175:17 - 175:24   McGinley, Brian (2019-12-20)** | | | **Re: [175:19-175:24]** | **OVERRULED** |
| 175 17 | Q.     Marked as 17 to your deposition, a | | Relevance (401, 402); | |
| 175 18 | document bearing Bates number | | Prejudice (403); 407; 3M MIL | |
| 3M_MDL000263773 through | | | No. 15 | |
| 175 19 | -775.  Okay.  This is -- in the top, the last e-mail | | | |
| 175 20 | in this thread is an e-mail from you? | | | |
| 175 21 | A.     Uh-huh. | | | |
| 175 22 | Q.     B.S. McGinley to Doug Moses. | | | |
| 175 23 | Do you see that? | | | |
| 175 24 | A.     I do.  Yeah. | | | |
| **176:14 - 177:3   McGinley, Brian (2019-12-20)** | | | **Re: [175:19-175:24]** | **OVERRULED** |
| 176 14 | Q.     In this e-mail, you write to Doug Moses | | Relevance (401, 402); | |
| 175 15 | and CC a number of other people, "Well done team, | | Prejudice (403); Subsequent | |
| 175 16 | equals Doug.  Thanks for all your hard work and | | remedial measure (407); 3M | |
| 175 17 | acknowledgement of others.  Great to see the | | MIL No. 15 | |
| results. | | | | |
| 175 18 | 10 million and a Golden Step award is not too far | | | |
| 175 19 | off.  Way to go." | | | |

| | | | | |
|---|---|---|---|---|
| 175 20 | Do you see that? | | | |
| 175 21 | A.      I do. | | | |
| 175 22 | Q.      And what you're talking about here is a | | | |
| 175 23 | new earplug that is replacing the CAE | | | |
| 175 24 | Generation II; isn't that correct? | | | |
| 177 1 | A.      I don't know if it replaced it, but it was | | | |
| 177 2 | talking about, apparently, a newly designed Combat | | | |
| 177 3 | Arms Earplug, yes. | | | |

**178:3 - 178:19   McGinley, Brian (2019-12-20)**

| | | | | |
|---|---|---|---|---|
| 178 3 | Q.      The earplug -- the new product, they're | | Re: [178:3-178:19] | OVERRULED |
| 178 4 | going to start selling the new product and try to get | | Relevance (401, 402); | |
| 178 5 | it to take hold in the military. | | Prejudice (403); 407; 3M MIL | |
| 178 6 | Do you see that on the second page? | | No. 15 | |
| 178 7 | A.      Yes.  Okay. | | | |
| 178 8 | Q.      And he says, "We have several other | | | |
| 178 9 | opportunities in 2010 that should help firmly seek | | | |
| 178 10 | this new product in the U.S. Army ground forces and | | | |
| 178 11 | the United States Marine Corps." | | | |
| 178 12 | Do you see that? | | | |
| 178 13 | A.      Uh-huh. | | | |
| 178 14 | Q.      "The improvements that you made to this | | | |
| 178 15 | design are evident, as both audiologists and end | | | |
| 178 16 | users are taking note of a much easier product to | | | |
| 178 17 | deploy with and wear.  Great job." | | | |
| 178 18 | Do you see that statement? | | | |
| 178 19 | A.      I do. | | | |

**179:18 - 180:12   McGinley, Brian (2019-12-20)**

| | | | | |
|---|---|---|---|---|
| 179 18 | Q.      Looking back at all of this, do you agree | | Re: [179:18-180:12] | OVERRULED |
| 179 19 | that during your time at 3M as global business | | Relevance (401, 402); | |
| 179 20 | director for hearing protection, that things -- the | | Prejudice (403); | |
| 179 21 | business of these earplugs was not well handled by | | Argumentative; 3M MIL No. | |
| 179 22 | 3M? | | 39; Camarillo MIL No. 1 | |
| 179 23 | MR. ELLIS:  Object to the form of | | | |
| 179 24 | the question. | | | |
| 180 1 | A.      No.  I don't agree with the statement at | | | |
| 180 2 | all.  As a matter of fact, I think we handled it very | | | |
| 180 3 | well. | | | |
| 180 4 | Q.      Well, in terms of making money you | | | |

handled
180 5        it very well; right?
180 6        MR. ELLIS:  Object to the form of
180 7        the question.
180 8        A.        No.  I think we handled it very well as
180 9        far as putting a quality product -- quality products
180 10       out into the marketplace.  I have no problem with
180 11       that.  Our people, our processes, they have stood the
180 12       test of time.

| | | | | |
|---|---|---|---|---|
| **180:19 - 180:21   McGinley, Brian (2019-12-20)**<br>180 19       A.        Yeah, they have stood the test of time.<br>180 20       And 3M is a quality company, and we put out quality<br>180 21       products. | | | **Re: [180:19-180:21]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| **180:22 - 181:3   McGinley, Brian (2019-12-20)**<br>180 22       Q.        But as the global business director for<br>180 23       hearing protection, you had no idea whether or not<br>180 24       there were defects with this product, did you?<br>181 1        MR. ELLIS:  Object to the form of<br>181 2        the question.<br>181 3        A.        We had people and processes in place. | | | **Re: [180:22-181:3]**<br>Relevance (401, 402);<br>Prejudice (403);<br>Argumentative | **OVERRULED** |
| **181:6 - 181:11   McGinley, Brian (2019-12-20)**<br>181 6        Q.        You were not one of the people and<br>181 7        processes in place to ensure that what was going out<br>181 8        to our veterans was a quality product, free of<br>181 9        defects, were you?<br>181 10       MR. ELLIS:  Object to the form.<br>181 11       A.        It wasn't my role, sir. | | | **Re: [181:6-181:11]**<br>Relevance (401, 402);<br>Prejudice (403);<br>Argumentative | **OVERRULED** |
| **181:12 - 181:14   McGinley, Brian (2019-12-20)**<br>181 12       MR. PENNOCK:  Okay.  I have no<br>181 13       further questions at this time.  I pass<br>181 14       the witness to Mr. Cartmell. | | | **Re: [181:12-181:14]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| **191:5 - 191:14   McGinley, Brian (2019-12-20)**<br>191 5        Q.        Okay.  So now tell me this:  Had you ever<br>191 6        been told that your laboratory, or the Aearo<br>191 7        Laboratory in Indianapolis and Mr. Berger and<br>191 8        Mr. Kieper, tested these plugs back in 2000, and when<br>191 9        they did that, they found that when they were | | | **Re: [191:5-191:14]**<br>Relevance (401, 402);<br>Prejudice (403); Foundation<br>(602) | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 191 10 | inserted, the opposite end of the plug could press | | | |
| 191 11 | against the subject's ear canal and cause it to be | | | |
| 191 12 | loosened without the subject even knowing it? | | | |
| 191 13 | Were you ever told anything like that? | | | |
| 191 14 | A.     I don't ever recall being told that. | | | |
| **191:20 - 192:10   McGinley, Brian (2019-12-20)** | | | | |
| 191 20 | Q.     Okay.  If you then go to the next section, | | Re: [191:20-192:10] | **OVERRULED** |
| 191 21 | it talks about another test they did.  And let me | | Relevance (401, 402); | |
| 191 22 | make it clear for you, and you can check in the | | Prejudice (403); Foundation | |
| 191 23 | report, that when they were testing this green | | (602) | |
| 191 24 | ear [sic] and they found the difficulty fitting it | | | |
| 192 1 | and they found that it could become imperceptibly | | | |
| 192 2 | loosened, they also found that the results of the | | | |
| 192 3 | testing from the green end were showing that the | | | |
| 192 4 | noise reduction rating, or how effective it was in | | | |
| 192 5 | protecting against noise, was very low. | | | |
| 192 6 | Did you know that? | | | |
| 192 7 | MR. ELLIS:  Object to the form of | | | |
| 192 8 | the question. | | | |
| 192 9 | A.     Again, I wasn't aware of it.  I don't | | | |
| 192 10 | remember being aware of it. | | | |
| **193:9 - 194:9   McGinley, Brian (2019-12-20)** | | | | |
| 193 9 | Q.     And you, having been responsible for | | Re: [193:9-193:19] | **OVERRULED** |
| 193 10 | hearing protection and the global director of hearing | | Relevance (401, 402); | |
| 193 11 | protection at 3M for several years, I take it, know | | Prejudice (403); 602; | |
| 193 12 | that a noise reduction rating of 11 for a device like | | Argumentative | |
| 193 13 | this is very low? | | Re: [193:20-194:9] | |
| 193 14 | MR. ELLIS:  Object to the form of | | Relevance (401, 402); | |
| 193 15 | the question. | | Prejudice (403); 602; | |
| 193 16 | A.     I don't know that. | | Argumentative | |
| 193 17 | Q.     You don't know that? | | | |
| 193 18 | A.     To me, it's relevant -- I mean, | | | |
| 193 19 | relevant -- low compared to what? | | | |
| 193 20 | Q.     At any rate, did anybody ever tell you | | | |
| 193 21 | that they tested this product, the dual-ended version | | | |
| 193 22 | of the Combat Arms, and not only was it difficult to | | | |
| 193 23 | fit, but it was sometimes slipping out of the ears or | | | |
| 193 24 | pressed out of the ears without the individual | | | |
| 194 1 | knowing it, that they stopped the test after eight | | | |

| | | | | |
|---|---|---|---|---|
| 194 2 | individuals because the noise reduction rating level | | | |
| 194 3 | was so low? | | | |
| 194 4 | MR. ELLIS:  Object to the form of | | | |
| 194 5 | the question. | | | |
| 194 6 | BY MR. CARTMELL: | | | |
| 194 7 | Q.      Did they tell you that? | | | |
| 194 8 | A.      I've never -- I've never seen this report, | | | |
| 194 9 | first of all, so I have never heard those statements. | | | |
| **196:20 - 197:13   McGinley, Brian (2019-12-20)** | | | | **Re: [196:20-197:13]** | **OVERRULED** |
| 196 20 | And this part of the sentence that I want | | Relevance (401, 402); | |
| 196 21 | to focus you on, the purpose of this report is to | | Prejudice (403); 602; | |
| 196 22 | document that "The current length of the UltraFit | | Argumentative | |
| 196 23 | earplug end of the Combat Arms Plug is too short for | | | |
| 196 24 | proper insertion." | | | |
| 197 1 | Did anybody ever tell you when you became | | | |
| 197 2 | the global business director of hearing protection | | | |
| 197 3 | for 3M and when you became responsible for these | | | |
| 197 4 | Combat Arms Earplugs -- did anybody ever tell you | | | |
| 197 5 | that there was a report in the files of the company | | | |
| 197 6 | that its purpose was to document specifically that | | | |
| 197 7 | the length of the UltraFit earplug end of the Combat | | | |
| 197 8 | Arms Plug is too short for proper insertion? | | | |
| 197 9 | MR. ELLIS:  Object to -- | | | |
| 197 10 | BY MR. CARTMELL: | | | |
| 197 11 | Q.      Did anyone tell you that? | | | |
| 197 12 | MR. ELLIS:  Object to the form. | | | |
| 197 13 | A.      I don't recall that. | | | |

# McKissick, Margaret (2021-04-23)

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **7:12 - 7:15   McKissick, Margaret (2021-04-23)** | | | | |
| 7 12  Could you -- I'll just ask you | | | | |
| 7 13  this, would you please state your name for the | | | | |
| 7 14  Record. | | | | |
| 7 15  A.    Margaret McKissick. | | | | |
| **17:10 - 17:19   McKissick, Margaret (2021-04-23)** | | | | |
| 17 10  Q.    Okay.  And at some point, you | | | | |
| 17 11  became an audiologist? | | | | |
| 17 12  A.    Yes.  That was in 2009. | | | | |
| 17 13  Q.    2009 you became an audiologist? | | | | |
| 17 14  A.    That's when I -- Yes.  I apply to | | | | |
| 17 15  a contractor agency, and I was hired.  And then | | | | |
| 17 16  I went to Fort Hood, and they give me -- I -- I | | | | |
| 17 17  got the job, and they gave me a training for a | | | | |
| 17 18  week, and that's when I became certificate as a | | | | |
| 17 19  tech. | | | | |
| **19:3 - 19:21   McKissick, Margaret (2021-04-23)** | | | | |
| 19 3  Q.    Okay.  Are you currently still an | | | | |
| 19 4  audiologist? | | | | |
| 19 5  A.    No.  I left the job in 2017. | | | | |
| 19 6  Yes. | | | | |
| 19 7  Q.    Okay. | | | | |
| 19 8  A.    2017. | | | | |
| 19 9  Q.    Are you currently employed? | | | | |
| 19 10  A.    Yes. | | | | |
| 19 11  Q.    Where do you work for now? | | | | |
| 19 12  A.    I am working with Killeen | | | | |
| 19 13  District as a sub, teachers -- subbing for | | | | |
| 19 14  teachers in the last three years. | | | | |
| 19 15  Q.    Okay.  So you said you started as | | | | |
| 19 16  an audiologist in 2009; is that right? | | | | |
| 19 17  A.    Yes.  Audiology tech. | | | | |
| 19 18  Q.    And you -- It sounds like you | | | | |
| 19 19  applied for the job and then you were trained | | | | |
| 19 20  after that? | | | | |
| 19 21  A.    Yes. | | | | |
| **20:6 - 20:23   McKissick, Margaret (2021-04-23)** | | | | |

| | | | | |
|---|---|---|---|---|
| 20 6<br>20 7<br>20 8<br>20 9<br>20 10<br>20 11<br>20 12<br>20 13<br>20 14<br>20 15<br>20 16<br>20 17<br>20 18<br>20 19<br>20 20<br>20 21<br>20 22<br>20 23 | So have you worked as an<br>audiology tech at any other bases besides Fort<br>Hood?<br>A.    No, sir.<br>Q.    Okay.  What were your<br>responsibilities in that position at Fort Hood?<br>A.    My responsibility was to screen<br>the soldiers.<br>Q.    What does screening involve?<br>A.    The screening was involved to<br>operate a machine and the machine does the<br>test.<br>Q.    And what kind of tests was the<br>machine doing?<br>A.    It was -- The test, they screen<br>the hearing.  They send noise to the -- to the<br>-- to the person, and the computer record the<br>test. | | | |
| **20:24 - 21:2** | **McKissick, Margaret (2021-04-23)** | | | |
| 20 24<br>20 25<br>21 1<br>21 2 | Q.    Okay.<br>A.    I was operating the machine.  I<br>was operating a program.  That's what I was<br>doing. | | | |
| **21:3 - 21:7** | **McKissick, Margaret (2021-04-23)** | | | |
| 21 3<br>21 4<br>21 5<br>21 6<br>21 7 | Q.    Okay.  Thank you.  So in a<br>typical day as a tech there, how many -- how<br>many soldiers would you see?<br>A.    Honestly, it was plenty of them.<br>I cannot give you a number. | | | |
| **28:11 - 29:2** | **McKissick, Margaret (2021-04-23)** | | Re: [28:14-29:2]<br>Foundation (602) | **OVERRULED** |
| 28 11<br>28 12<br>28 13<br>28 14<br>28 15<br>28 16<br>28 17<br>28 18<br>28 19 | Q.    So, yeah, as you're saying, we're<br>not going to read this whole book, but this is<br>the Army pamphlet 40-501.<br>A.    Okay.  That's for soldiers, isn't<br>it?<br>Q.    It is, yeah.  But it covers the<br>Hearing Conservation Program.  And this<br>pamphlet was in place while you were at Fort<br>Hood. | | | |

| | | | | |
|---|---|---|---|---|
| 28 20 | A.   It is?  I don't know. | | | |
| 28 21 | Q.   I'm sorry.  That's -- | | | |
| 28 22 | A.   I don't remember, sir.  I really | | | |
| 28 23 | don't remember. | | | |
| 28 24 | Q.   Okay.  That's fine.  So you never | | | |
| 28 25 | saw this, to the best of your recollection? | | | |
| 29 1 | A.   I do not remember.  I do not | | | |
| 29 2 | remember. | | | |
| **33:14 - 33:19  McKissick, Margaret (2021-04-23)** | | | | |
| 33 14 | Q.   So let me ask you -- Let me ask | | | |
| 33 15 | you this:  Did you -- When you worked at Fort | | | |
| 33 16 | Hood, how often did you see the soldiers, each | | | |
| 33 17 | soldier, to have them fit and, you know, | | | |
| 33 18 | examine their earplugs? | | | |
| 33 19 | A.   When they make appointments. | | | |
| **33:20 - 33:22  McKissick, Margaret (2021-04-23)** | | | Re: [33:20-33:22]<br>Improper Clarification Counter | **OVERRULED** |
| 33 20 | Q.   Do you know how often they would | | | |
| 33 21 | make an appointment -- | | | |
| 33 22 | A.   I don't. | | | |
| **33:25 - 34:5  McKissick, Margaret (2021-04-23)** | | | | |
| 33 25 | Q.   When you -- When you worked | | | |
| 34 1 | there, beyond just testing their hearing, did | | | |
| 34 2 | you also -- did you also help them fit their | | | |
| 34 3 | earplugs? | | | |
| 34 4 | A.   Yes.  If they ask, or we're being | | | |
| 34 5 | told that day we need to fit everybody. | | | |
| **34:6 - 34:11  McKissick, Margaret (2021-04-23)** | | | Re: [34:6-34:11]<br>Improper Clarification Counter | **OVERRULED** |
| 34 6 | Q.   What were you trying to do when | | | |
| 34 7 | you fit them with earplugs? | | | |
| 34 8 | A.   You would make sure that they | | | |
| 34 9 | have the seal. | | | |
| 34 10 | Q.   And why was it -- | | | |
| 34 11 | A.   Uh-huh. | | | |
| **34:12 - 34:25  McKissick, Margaret (2021-04-23)** | | | | |
| 34 12 | Q.   I'm sorry.  Were you about to say | | | |
| 34 13 | something else? | | | |
| 34 14 | A.   I need to make sure that they put | | | |
| 34 15 | their hands on their ear, pull it up, and make | | | |
| 34 16 | sure they have a seal.  That's -- That's -- | | | |

| | | | | |
|---|---|---|---|---|
| 34 17 | That's what we did. | | | |
| 34 18 | Q.    And why was it important that | | | |
| 34 19 | they have a seal? | | | |
| 34 20 | A.    It's important that they have a | | | |
| 34 21 | seal, that way the noise does not go in. | | | |
| 34 22 | Q.    And while you were working there, | | | |
| 34 23 | was it your job as the tech to help get them a | | | |
| 34 24 | good seal? | | | |
| 34 25 | A.    Yes, sir. | | | |
| **35:17 - 35:20** | **McKissick, Margaret (2021-04-23)** | | | |
| 35 17 | You said you started in 2009, and | | | |
| 35 18 | you -- you stopped working there in 2017; is | | | |
| 35 19 | that correct? | | | |
| 35 20 | A.    Yes. | | | |
| **36:12 - 36:18** | **McKissick, Margaret (2021-04-23)** | | **Re: [36:12-36:18]** | **SUSTAINED** |
| 36 12 | I just want to make sure I understand this.  It | | **Improper Clarification Counter** | |
| 36 13 | sounds like what you're saying is there was -- | | | |
| 36 14 | at some point there was a certain type of | | | |
| 36 15 | earplug the soldiers liked, but then at some | | | |
| 36 16 | point it was no longer available; is that | | | |
| 36 17 | right? | | | |
| 36 18 | A.    Yes.  That's correct. | | | |
| **36:19 - 37:15** | **McKissick, Margaret (2021-04-23)** | | | |
| 36 19 | Q.    Okay.  And do you remember which | | | |
| 36 20 | earplug this was that they wanted that they | | | |
| 36 21 | couldn't get? | | | |
| 36 22 | A.    I asked couple of them asking me | | | |
| 36 23 | for the one we -- we were here together, and it | | | |
| 36 24 | was -- I have to let them know that, no, we | | | |
| 36 25 | don't have those anymore.  I did not know what | | | |
| 37 1 | was the reason.  What I do know is that we do | | | |
| 37 2 | not have it in inventory. | | | |
| 37 3 | Q.    Okay.  I understand that.  Do you | | | |
| 37 4 | remember what kind of earplug it was that they | | | |
| 37 5 | wanted? | | | |
| 37 6 | A.    It was the yellow and green, I | | | |
| 37 7 | think that's the color they were.  The one we | | | |
| 37 8 | are having issues here.  I know, because it was | | | |
| 37 9 | a poster.  I remember a poster and it was there | | | |

| | | | | |
|---|---|---|---|---|
| 37 10 | and they say:  Do you have those earplugs?  And | | | |
| 37 11 | I say:  No.  We don't have those anymore. | | | |
| 37 12 | Because I ask. | | | |
| 37 13 | Q.     Okay. | | | |
| 37 14 | A.     I do not know that those exist at | | | |
| 37 15 | all.  And then the poster disappear. | | | |
| **39:19 - 39:23** | **McKissick, Margaret (2021-04-23)** | | | |
| 39 19 | Q.     Okay.  And so the entire time you | | | |
| 39 20 | worked at Fort Hood, you never gave that | | | |
| 39 21 | earplug to any soldiers; is that correct? | | | |
| 39 22 | A.     I do not remember giving those | | | |
| 39 23 | earplugs to anybody. | | | |
| **42:6 - 42:12** | **McKissick, Margaret (2021-04-23)** | | | |
| 42 6 | Q.     So this -- This exhibit that I | | | |
| 42 7 | just showed you is the wallet card.  Have you | | | |
| 42 8 | -- Have you seen this exhibit before? | | | |
| 42 9 | A.     No, I do not have -- I do not | | | |
| 42 10 | remember seeing this.  I remember seeing the | | | |
| 42 11 | earplugs but I do not remember seeing this | | | |
| 42 12 | wallet card. | | | |
| **43:16 - 45:7** | **McKissick, Margaret (2021-04-23)** | | | |
| 43 16 | Q.     No.  That's -- That's okay.  Do | | | |
| 43 17 | you remember how you would decide or the | | | |
| 43 18 | soldier would decide which kind of earplug that | | | |
| 43 19 | the soldier would get? | | | |
| 43 20 | A.     No.  We say -- Most likely we | | | |
| 43 21 | say:  Which one of this do you like?  Well, I | | | |
| 43 22 | use this one and I use this one.  And it | | | |
| 43 23 | depends what they use and what they fit, and | | | |
| 43 24 | that's what they use and that's what we give | | | |
| 43 25 | them. | | | |
| 44 1 | Sometimes people like to sleep | | | |
| 44 2 | with earplugs.  Okay?  And they come and they | | | |
| 44 3 | say that we use one with a very piece -- that | | | |
| 44 4 | it was very small, that way they can put their | | | |
| 44 5 | heads on their pillow and do not bother them. | | | |
| 44 6 | Other ones say:  I like the | | | |
| 44 7 | combat, the new one, they have something that | | | |
| 44 8 | you open, and that's what we give them.  Unless | | | |

| | | | | |
|---|---|---|---|---|
| 44 9 | we're being told that everybody is going to | | | |
| 44 10 | receive, in that particular day, because we are | | | |
| 44 11 | on the side or -- Because we test everywhere. | | | |
| 44 12 | You know, they have different places that you | | | |
| 44 13 | can do hearing.  And -- And hearing | | | |
| 44 14 | conservation, they will provide what we were | | | |
| 44 15 | going to give. | | | |
| 44 16 | Q.    Okay.  So you mentioned that one | | | |
| 44 17 | of the -- one of the ones that -- that they | | | |
| 44 18 | might have gotten was the new -- a newer Combat | | | |
| 44 19 | Arms Earplug? | | | |
| 44 20 | A.    Yes.  They were -- I remember | | | |
| 44 21 | those.  Because that's when I was explained: | | | |
| 44 22 | This is what we have, I mean, if they want a | | | |
| 44 23 | Combat Arms, because they ask for it. | | | |
| 44 24 | Q.    Okay. | | | |
| 44 25 | A.    I tell them what we have.  This | | | |
| 45 1 | one here, you just put it in, and they come in | | | |
| 45 2 | different sizes.  Look how nice this one is; | | | |
| 45 3 | you can open it, close it.  It depends where | | | |
| 45 4 | you at and you need to talk, because that was | | | |
| 45 5 | the need of all those, that you can open it and | | | |
| 45 6 | you have the conversation, but anything loud | | | |
| 45 7 | will be muffled. | | | |
| **45:8 - 45:16** | **McKissick, Margaret (2021-04-23)** | | | |
| 45 8 | Q.    Okay.  So while you -- While you | | | |
| 45 9 | were working there, if you had given someone a | | | |
| 45 10 | Combat Arms Earplug, it would have been the one | | | |
| 45 11 | with the -- the newer one that you just | | | |
| 45 12 | mentioned? | | | |
| 45 13 | MS. HUNT:  Object to the form. | | | |
| 45 14 | A.    Yes.  And they come with sizes; | | | |
| 45 15 | it was a small, medium, large, and I think | | | |
| 45 16 | extra small as well. | | | |
| **50:17 - 50:21** | **McKissick, Margaret (2021-04-23)** | | | |
| 50 17 | I just want to make sure, you | | | |
| 50 18 | know, for the Record, that if you look at block | | | |
| 50 19 | B, the date is August 28, 2014, do you see | | | |
| 50 20 | that? | | | |

| | | | | |
|---|---|---|---|---|
| 50 21 | A.    Yes. | | | |
| **52:12 - 53:17** | **McKissick, Margaret (2021-04-23)** | | | |
| 52 12 | Q.    Okay.  And then if you look at -- | | | |
| 52 13 | and I think this is block G, it says type of | | | |
| 52 14 | personal hearing -- it says type of personal | | | |
| 52 15 | hearing protection used? | | | |
| 52 16 | A.    Okay.  Let's go and look at that. | | | |
| 52 17 | Q.    If you can see that. | | | |
| 52 18 | A.    Number 7, yes. | | | |
| 52 19 | Q.    Yes.  And in any remarks -- | | | |
| 52 20 | Strike that. | | | |
| 52 21 | So that's 7.  Is that correct, | | | |
| 52 22 | where it says right next to that 7 means none? | | | |
| 52 23 | A.    Yes. | | | |
| 52 24 | Q.    And then in remarks, the last | | | |
| 52 25 | part of remarks, it says -- the last -- The | | | |
| 53 1 | very end, at the very bottom on the right, it | | | |
| 53 2 | says: HPD fit today.  Health ed. | | | |
| 53 3 | Do you see that? | | | |
| 53 4 | A.    That's number 7.  Where is the | | | |
| 53 5 | other one? Uh-huh.  It was fit today. | | | |
| 53 6 | That's the computer.  The | | | |
| 53 7 | computer does that. | | | |
| 53 8 | Q.    Okay.  So -- So under what | | | |
| 53 9 | circumstances would you put -- would you put a | | | |
| 53 10 | 7 in that block? | | | |
| 53 11 | A.    I don't remember.  Honestly, I | | | |
| 53 12 | need to go back to the program to see how that | | | |
| 53 13 | works, because I do not remember.  What I -- | | | |
| 53 14 | What I can see here is what matters is that | | | |
| 53 15 | full evaluation.  Because everything that a | | | |
| 53 16 | person need to know what earplugs a person is | | | |
| 53 17 | doing, he's been seen by a doctor. | | | |
| **54:9 - 54:15** | **McKissick, Margaret (2021-04-23)** | | | |
| 54 9 | Q.    Ms. McKissick, does -- when you | | | |
| 54 10 | -- Does none mean that the soldier was not | | | |
| 54 11 | wearing hearing protection? | | | |
| 54 12 | A.    I do not remember what the | | | |
| 54 13 | program says and why it was that.  The soldiers | | | |

| | | | | |
|---|---|---|---|---|
| 54 14 | have to be using hearing protection.  What that | | | |
| 54 15 | means, I need to go back to have it -- | | | |
| **55:7 - 56:18** | **McKissick, Margaret (2021-04-23)** | | | |
| 55 7 | Q.     Okay.  I want to bring up another | | | |
| 55 8 | exhibit here in a minute. | | | |
| 55 9 | A.     All right. | | | |
| 55 10 | Q.     If you can see that on your | | | |
| 55 11 | screen? | | | |
| 55 12 | A.     Exhibit Number 34? | | | |
| 55 13 | Q.     Yeah.  If you scroll down to the | | | |
| 55 14 | bottom there should be a little marking there | | | |
| 55 15 | that says G  Camarillorazo  DoD  00014. | | | |
| 55 16 | Do you see that at the very | | | |
| 55 17 | bottom? | | | |
| 55 18 | A.     Yes.  You show me this one | | | |
| 55 19 | already.  It's on the other test. | | | |
| 55 20 | Q.     I'm sorry.  Say that again. | | | |
| 55 21 | A.     Okay.  This form you have here | | | |
| 55 22 | you just show me one that I have -- he came | | | |
| 55 23 | back.  This is a test that he took.  You see | | | |
| 55 24 | that -- This is a test on the 28 of August 2014 | | | |
| 55 25 | and then you have one that was a September | | | |
| 56 1 | something.  This is the same one. | | | |
| 56 2 | Q.     Well, if we look in this one, if | | | |
| 56 3 | we look on block -- it's hard to read, but I | | | |
| 56 4 | believe it's G where it says type of personal | | | |
| 56 5 | protection used, do you see that, the block | | | |
| 56 6 | that says type of personal protection used? | | | |
| 56 7 | A.     Uh-huh. | | | |
| 56 8 | Q.     Personal hearing protection, I | | | |
| 56 9 | should say.  In this form, the block is filled | | | |
| 56 10 | out with a 6. | | | |
| 56 11 | Do you see that? | | | |
| 56 12 | A.     Yes. | | | |
| 56 13 | Q.     And then in the remarks, right | | | |
| 56 14 | next to it, if you can see the remarks block, | | | |
| 56 15 | it says -- HPD -- the second line starts with: | | | |
| 56 16 | HPD Combat Arms Earplug. | | | |
| 56 17 | Do you see that? | | | |

| | | | | |
|---|---|---|---|---|
| 56 18 | A.    Okay. | | | |

**57:12 - 59:14   McKissick, Margaret (2021-04-23)**

| | |
|---|---|
| 57 12 | Q.    And so my question is, on what |
| 57 13 | circumstances would a soldier get two of these |
| 57 14 | forms filled out in the same day? |
| 57 15 | MS. HUNT:  Objection. |
| 57 16 | Foundation. |
| 57 17 | A.    Why do you -- I don't -- I don't |
| 57 18 | -- Okay.  You have to -- |
| 57 19 | Q.    Do you have an answer? |
| 57 20 | A.    Listen.  This is what I see.  The |
| 57 21 | first one that you gave me is showing me that |
| 57 22 | the soldier have a positive STS in the right |
| 57 23 | ear, I think it was.  Yes.  The soldier came |
| 57 24 | back and have a second test to make sure the |
| 57 25 | shift is confirmed.  Okay? |
| 58 1 | Q.    Okay. |
| 58 2 | A.    You have this test, and then you |
| 58 3 | have the second on the other day.  What is |
| 58 4 | showing is that this -- this soldier do not |
| 58 5 | have a shift.  As a tech, what really matters |
| 58 6 | for me here is that this soldier do not have |
| 58 7 | another shift when he came the second time, and |
| 58 8 | he already have a full eval the year before. |
| 58 9 | And everything that you need have to be there. |
| 58 10 | You're going to find everything that you're |
| 58 11 | looking for in that full eval.  That's what I |
| 58 12 | see. |
| 58 13 | That if they have -- That if the |
| 58 14 | program is screening and put the earplugs, or |
| 58 15 | in the other one, he might -- I don't remember |
| 58 16 | how the program worked because it's screening. |
| 58 17 | Q.    Uh-huh. |
| 58 18 | A.    And one time, this program was |
| 58 19 | down, and we have to put information.  And let |
| 58 20 | me tell you more.  We are logging in, and the |
| 58 21 | reason I was able to do my second test is the |
| 58 22 | system is completely shut down.  But because it |
| 58 23 | was in the same computer, I was able to pull |

| | | | | |
|---|---|---|---|---|
| 58 24 | the information. | | | |
| 58 25 | Because it's a program that runs. | | | |
| 59 1 | That's maybe what you're seeing in here, that | | | |
| 59 2 | -- you have number 6 here, and you have -- if | | | |
| 59 3 | you don't have no number here, so many.  But | | | |
| 59 4 | from the bottom of my heart, what you need to | | | |
| 59 5 | see is the full eval.  That's what tell you. | | | |
| 59 6 | Q.    Okay.  So I just want to make | | | |
| 59 7 | sure I understand this.  So a computer program | | | |
| 59 8 | would put into those blocks what type of -- | | | |
| 59 9 | what type of hearing protection that the | | | |
| 59 10 | soldier was using? | | | |
| 59 11 | A.    No.  The computer will not do it. | | | |
| 59 12 | We have to do it.  But I cannot tell you what | | | |
| 59 13 | circumstances.  Because this program is a | | | |
| 59 14 | program working. | | | |
| **59:16 - 60:1** | **McKissick, Margaret (2021-04-23)** | | | **Re: [59:16-60:1]** | **SUSTAINED** |
| 59 16 | A.    You asking me a question, what | | | **Improper Clarification Counter** | |
| 59 17 | this soldier is using in this moment that this | | | | |
| 59 18 | -- this computer -- this particular paper | | | | |
| 59 19 | screening test says?  Yes, that's what is over | | | | |
| 59 20 | there when he came the first time. | | | | |
| 59 21 | What I will tell you, you know | | | | |
| 59 22 | where you can find what your hearing -- | | | | |
| 59 23 | protection he used?  In the full eval. | | | | |
| 59 24 | Q.    Okay. | | | | |
| 59 25 | A.    It will give you all those | | | | |
| 60 1 | details.  Because that's a doctor. | | | | |
| **60:2 - 60:8** | **McKissick, Margaret (2021-04-23)** | | | | |
| 60 2 | Q.    Let me just ask you one more | | | | |
| 60 3 | question about this.  In the remarks section, | | | | |
| 60 4 | it says that Combat Arms Earplug.  If you | | | | |
| 60 5 | issued him a Combat Arms Earplug on that day -- | | | | |
| 60 6 | A.    No.  No.  I -- I don't remember | | | | |
| 60 7 | the system -- how the system -- I need to be | | | | |
| 60 8 | trained again. | | | | |
| **62:3 - 62:9** | **McKissick, Margaret (2021-04-23)** | | | | |
| 62 3 | So -- And I just want to look at | | | | |
| 62 4 | that remarks section.  And I just have one -- | | | | |

| | |
|---|---|
| 62 5 | one question about this.  Where it says: |
| 62 6 | Combat Arms Earplug, does that refer to an |
| 62 7 | earplug that you might have issued to the |
| 62 8 | soldier that day? |
| 62 9 | A.    I do not remember. |

**63:12 - 63:16   McKissick, Margaret (2021-04-23)**

| | |
|---|---|
| 63 12 | Q.    Okay.  And as you noted, if we |
| 63 13 | scroll up to near the top it says:  Current |
| 63 14 | audiogram.  Date:  3 September 2014. |
| 63 15 | Do you see that? |
| 63 16 | A.    Yes. |

**63:24 - 65:2   McKissick, Margaret (2021-04-23)**

| | |
|---|---|
| 63 24 | And then, again, in the type of |
| 63 25 | personal hearing protection used, it says 7. |
| 64 1 | Do you see that? |
| 64 2 | A.    Yes. |
| 64 3 | Q.    And so would this be the same |
| 64 4 | situation where you don't recall what hearing |
| 64 5 | protection the soldier would have been wearing |
| 64 6 | when he came in? |
| 64 7 | A.    It's not that I don't remember. |
| 64 8 | It's that I do not know where the information |
| 64 9 | is coming from.  I don't know.  I don't |
| 64 10 | remember. |
| 64 11 | Q.    Okay. |
| 64 12 | A.    What I see here is a program. |
| 64 13 | Because that's what we do is screening.  And |
| 64 14 | what information the person have on that paper, |
| 64 15 | what was happening in that moment, I don't |
| 64 16 | remember.  I really don't remember what -- that |
| 64 17 | part -- how that part of the earplugs works. |
| 64 18 | What I can see clear, that if you |
| 64 19 | want to know what kind of earplugs the soldier |
| 64 20 | use, you need to see the full evaluation, |
| 64 21 | because that is a specialist, and it -- it goes |
| 64 22 | over whatever a computer can do, in my case as |
| 64 23 | a tech.  That's what I see. |
| 64 24 | I do not remember what is the |
| 64 25 | numbers and what he use or do not use.  If they |

| | | | | |
|---|---|---|---|---|
| 65 1 | fill out the form and it was here or who was | | | | |
| 65 2 | here, I don't remember. | | | | |
| **66:19 - 67:5** | **McKissick, Margaret (2021-04-23)** | | | | |
| 66 19 | Q.    I just want to ask you, where it | | | | |
| 66 20 | says:  HPD fit today, it doesn't necessarily | | | | |
| 66 21 | mean -- So I want to make sure I understand. | | | | |
| 66 22 | It doesn't necessarily mean you gave him -- fit | | | | |
| 66 23 | him for earplugs.  But does that mean someone | | | | |
| 66 24 | fit him for earplugs in the office? | | | | |
| 66 25 | A.    It could mean that someone else | | | | |
| 67 1 | fit him for earplugs; it can mean that he do | | | | |
| 67 2 | not fill it out in his information; it could be | | | | |
| 67 3 | that the system was not working.  I don't | | | | |
| 67 4 | remember how was -- and that part of the | | | | |
| 67 5 | earplugs.  I don't. | | | | |
| **72:12 - 72:20** | **McKissick, Margaret (2021-04-23)** | | | | |
| 72 12 | Q.    Okay.  I understand -- I | | | | |
| 72 13 | understand that -- that we need to take a look | | | | |
| 72 14 | at the full eval. | | | | |
| 72 15 | But I just want to ask you this, | | | | |
| 72 16 | just so I understand:  Where it says Combat | | | | |
| 72 17 | Arms Earplugs, and being as this was 2014, your | | | | |
| 72 18 | understanding is that it probably would have | | | | |
| 72 19 | been the newer Combat Arms? | | | | |
| 72 20 | A.    I do not know.  I will not -- | | | | |
| **73:19 - 74:2** | **McKissick, Margaret (2021-04-23)** | | | | |
| 73 19 | So where it says Combat Arms, is | | | | |
| 73 20 | this -- is it correct to say that you aren't -- | | | | |
| 73 21 | you don't know, it could have been several | | | | |
| 73 22 | different kinds of Combat Arms; is that | | | | |
| 73 23 | correct? | | | | |
| 73 24 | A.    Could be. | | | | |
| 73 25 | Q.    It could -- It could have been | | | | |
| 74 1 | the newer one; is that correct? | | | | |
| 74 2 | A.    Could be.  I don't know. | | | | |
| **75:8 - 75:17** | **McKissick, Margaret (2021-04-23)** | | | Re: [75:8-76:4] | **OVERRULED** |
| 75 8 | I heard you say earlier that you | | | Foundation; Speculation (602) | |
| 75 9 | don't remember Sergeant Camarillo.  Is it safe | | | | |
| 75 10 | to say that you don't remember any of the | | | | |

| | | | | |
|---|---|---|---|---|
| 75 11 | visits he had with you? | | | |
| 75 12 | A.    No, I don't remember his name. | | | |
| 75 13 | Q.    And if Sergeant Camarillo | | | |
| 75 14 | testified that at the time he saw you he still | | | |
| 75 15 | had a pair of the double-ended earplugs he had | | | |
| 75 16 | been issued previously, do you have any reason | | | |
| 75 17 | to doubt that testimony? | | | |
| **75:21 - 76:4** | **McKissick, Margaret (2021-04-23)** | | | Re: [75:8-76:4] | **OVERRULED** |
| 75 21 | A.    If he has it, that's between you | | | Foundation; Speculation (602) | |
| 75 22 | and him, I guess.  If the earplugs exist. | | | | |
| 75 23 | Q.    And so along those lines, did you | | | | |
| 75 24 | always issue hearing protection to soldiers -- | | | | |
| 75 25 | A.    No. | | | | |
| 76 1 | Q.    -- or only if they needed it? | | | | |
| 76 2 | A.    No.  I do not always issue | | | | |
| 76 3 | hearing protections.  That's -- That will be a | | | | |
| 76 4 | fair statement. | | | | |
| **77:6 - 78:3** | **McKissick, Margaret (2021-04-23)** | | | Re: [77:6-78:3] | **OVERRULED** |
| 77 6 | Q.    So is it safe to say that on | | | Foundation; Speculation (602) | |
| 77 7 | these forms, some of the information is | | | | |
| 77 8 | accurate, maybe there were reasons why some of | | | | |
| 77 9 | it might not be accurate; is that a fair | | | | |
| 77 10 | statement? | | | | |
| 77 11 | A.    As a data, yes.  No as the test. | | | | |
| 77 12 | Because the computer does that -- the | | | | |
| 77 13 | screening; you know, it's something that the | | | | |
| 77 14 | computer just does.  But the information when | | | | |
| 77 15 | the system was down or the paper that was | | | | |
| 77 16 | filled on the front, especially the part with | | | | |
| 77 17 | earplugs, yes, it could not be accurate, | | | | |
| 77 18 | because it's -- it's fair to say that this | | | | |
| 77 19 | soldier was test twice.  No, the soldier was | | | | |
| 77 20 | not test twice in a day, I am sure about that. | | | | |
| 77 21 | That the system could be down and there was a | | | | |
| 77 22 | bunch of people, I don't remember those times, | | | | |
| 77 23 | because we test so many people. | | | | |
| 77 24 | What I see that he saw an | | | | |
| 77 25 | audiologist, and that was a major part of the | | | | |
| 78 1 | screening.  If somebody lose their hearing, | | | | |

| | | | | |
|---|---|---|---|---|
| 78 2 | they need to be taken care.  That's why you | | | |
| 78 3 | screen. | | | |
| **80:3 - 81:4** | **McKissick, Margaret (2021-04-23)** | | | |
| 80 3 | Q.     And if we can zoom in on the | | | |
| 80 4 | remarks box.  I think it's box F. | | | |
| 80 5 | A.     Okay. | | | |
| 80 6 | Q.     Ms. McKissick, I wanted to ask | | | |
| 80 7 | you, it looks on this form, to me like whoever | | | |
| 80 8 | inputted the information, they may have run out | | | |
| 80 9 | of room in the form, if that makes sense, | | | |
| 80 10 | because there's a sentence:  I am aware of a | | | |
| 80 11 | change in my hearing and the need to. | | | |
| 80 12 | Is that something that would | | | |
| 80 13 | happen sometimes, in your experience dealing | | | |
| 80 14 | with these forms? | | | |
| 80 15 | A.     I do not remember.  Because this | | | |
| 80 16 | is -- | | | |
| 80 17 | Q.     Okay. | | | |
| 80 18 | A.     The information that we see here, | | | |
| 80 19 | it's run -- it's -- it's already in the | | | |
| 80 20 | computer.  If anything extra is put in, like, | | | |
| 80 21 | for example, that we put a note, I remember | | | |
| 80 22 | that you have to go somewhere and then you put | | | |
| 80 23 | a note. | | | |
| 80 24 | But this information over here is | | | |
| 80 25 | going by the data entry that you put, and then | | | |
| 81 1 | when you do the hearing test, it came out.  And | | | |
| 81 2 | that's -- That's why I'm not able to help you | | | |
| 81 3 | because I have not used the system.  I don't | | | |
| 81 4 | remember what was where. | | | |
| **81:5 - 82:23** | **McKissick, Margaret (2021-04-23)** | | | **OVERRULED** |
| 81 5 | Q.     Fair enough.  And I really just | | | Re: [81:5-82:23] | |
| 81 6 | wanted to ask, you know, if Sergeant Camarillo | | | Foundation; Speculation (602); | |
| 81 7 | was reporting tinnitus that day, is it possible | | | Not Responsive | |
| 81 8 | that might not have made it on the form? | | | | |
| 81 9 | A.     You got a good point, and I like | | | | |
| 81 10 | it. | | | | |
| 81 11 | It not make it on the form, I can | | | | |
| 81 12 | really not answer that question.  Because | | | | |

81 13    that's, again, as if -- as the test work, if he
81 14    got tinnitus, you will see that tinnitus in the
81 15    full eval.  And that's where I go back.  What
81 16    -- What I'm seeing in here is the soldier that
81 17    is losing hearing, and we need to know what's
81 18    going on in here because it's just on a
81 19    screening.
81 20    As you can see that he got a
81 21    positive STS, he got this test with this
81 22    numbers very inflated.  Do I know what is going
81 23    on?  No.  Did I know that something is not
81 24    right because those numbers?  Yes.
81 25    I'm looking at it that he have a
82 1    full eval, because it was done manually, and he
82 2    needs to come back to see what it say.  It was
82 3    somebody moving around him, because we have so
82 4    many people around it?  I -- Those things can
82 5    happen on this screening.  Because the
82 6    screening is that you just screen what's going
82 7    on, and if we have to make a next step, that's
82 8    what significant shift happen.
82 9    When you see those numbers, you
82 10    need to come back.  And when the soldiers came
82 11    back, because it's a full eval, that's when you
82 12    can see that this second test do not have
82 13    tinnitus.  Did he put tinnitus or not?  I do
82 14    not remember, because he have to fill the form.
82 15    And if he do not fill the whole form, it will
82 16    not make it there.
82 17    But if you want to know if the
82 18    tinnitus exist, you go by the audiology tech --
82 19    I mean the audiologist that is a doctor, and
82 20    all the information, and that's medical
82 21    records.  This is just a program that screen
82 22    soldiers.  You need to go to medical records.
82 23    That's the best thing to see either of them.

# Rosario-Rivera, David (2021-02-08)

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **12:21 - 12:23  Rosario-Rivera, David (2021-02-08)**<br>12 21  Would you mind stating your full name for the<br>12 22  record?<br>12 23  A.  David Rosario-Rivera. | | | | |
| **13:7 - 13:16  Rosario-Rivera, David (2021-02-08)**<br>13 7  You understand that you are here<br>13 8  today as a result of a lawsuit filed by<br>13 9  Sgt. Camarillorazo against the 3M Defendants?<br>13 10  A.  Yes.<br>13 11  Q.  Do you have an independent<br>13 12  recollection of Sgt. Camarillorazo?<br>13 13  A.  I remember him.<br>13 14  Q.  Okay.  And have you communicated with<br>13 15  him at all about his lawsuit or this deposition?<br>13 16  A.  No. | | | | |
| **17:18 - 17:25  Rosario-Rivera, David (2021-02-08)**<br>17 18  Q.  All right.  So Dr. Rosario, would you<br>17 19  mind sort of walking me through your educational<br>17 20  background, starting with college?<br>17 21  A.  College.  I completed a bachelor's in<br>17 22  psychology from the University of Puerto Rico,<br>then<br>17 23  completed a master's in psychology from Carlos<br>17 24  Albizu in Puerto Rico and completed my<br>17 25  doctorate from the same university. | | | Re: [17:18-17:25]<br>Improper Clarification Counter | SUSTAINED |
| **18:9 - 18:18  Rosario-Rivera, David (2021-02-08)**<br>18 9  Q.  (BY MS. OZUROVICH:)  And so after you<br>18 10  completed your master's and doctorate, where did<br>18 11  you go next?<br>18 12  A.  I did my one-year internship at the<br>18 13  Berkshire Farm in Canaan, New York.  That is a --<br>18 14  technically a juvie, but it is a halfway home for<br>18 15  troubled youth.  I finished that, went back to work<br>18 16  in the Department of Corrections in Puerto Rico.<br>18 17  And in 2009, I started working in the Department<br>of<br>18 18  Defense at Fort Hood. | | | Re: [18:9-18:18]<br>Improper Clarification Counter | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| **18:19 - 18:21   Rosario-Rivera, David (2021-02-08)** | | | | |
| 18 19   Q.    So you have been at Fort Hood since<br>18 20   2009; is that right?<br>18 21   A.    Yes, ma'am. | | | | |
| **18:23 - 19:5   Rosario-Rivera, David (2021-02-08)** | | | **Re: [18:23-19:5]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| 18 23    What was your first role when you<br>18 24    joined Fort Hood in 2009?<br>18 25   A.    I was a clinical supervisor in the<br>19 1    substance abuse program, formally called ASAP,<br>Army<br>19 2    Substance Abuse Program.  And in 2014, December<br>19 3    2014, I took the position of clinical psychologist<br>19 4    with the Embedded Behavioral Health Team for<br>19 5    3rd Brigade, 1st Cav Division. | | | | |
| **19:12 - 19:23   Rosario-Rivera, David (2021-02-08)** | | | | |
| 19 12   Q.    (BY MS. OZUROVICH:)  And so I want to<br>19 13    focus specifically on your role starting in 2014.<br>19 14   A.    Yes.<br>19 15   Q.    Can you talk to me a little bit about<br>19 16    what your day-to-day role looked like?<br>19 17   A.    We treat -- we are a -- (inaudible)<br>19 18    clinic for the service members attached to the<br>19 19    3rd Brigade.  What we do is we receive them.  We<br>do<br>19 20    triage.  That is a short assessment why they are<br>19 21    seeking our services.  We then assign them<br>19 22    supervisors.  Me personally, I do individual<br>19 23    psychotherapy and psychological assessments. | | | | |
| **19:24 - 20:21   Rosario-Rivera, David (2021-02-08)** | | | **Re: [19:24-20:21]**<br>**Improper Clarification Counter** | **OVERRULED** |
| 19 24   Q.    So when you say that you assign them<br>19 25    to providers, are you one of the providers that<br>20 1    would --<br>20 2   A.    Yes.<br>20 3   Q.    -- get an assignment for an<br>20 4    individual patient?<br>20 5   A.    Yes, ma'am.<br>20 6   Q.    Okay.  And has that been true from<br>20 7    the entire time from 2014 up until present?<br>20 8   A.    Yes, ma'am. | | | | |

| | | | |
|---|---|---|---|
| 20 9  Q.    So as a provider, can you give me a<br>20 10  high level view of what your responsibilities in<br>20 11  that role are?<br>20 12  A.    Our mission at the clinic is to treat<br>20 13  the service members to be fit for duty, fit for the<br>20 14  mission of the brigade.  That can take the form of,<br>20 15  again, individual psychotherapies.  And depending<br>20 16  on whatever modality we choose that fits for the<br>20 17  patient, we also have group sessions.  We also have<br>20 18  other programs that are on the base.  But that is<br>20 19  our clinic in a nutshell, is individual and group<br>20 20  psychotherapy, along with a psychiatrist that we<br>20 21  have. | | | |
| **20:22 - 21:6**  **Rosario-Rivera, David (2021-02-08)**<br>20 22  Q.    I believe you said that one of your<br>20 23  missions is to treat service members to be fit for<br>20 24  duty.  Is there a particular criteria that you are<br>20 25  looking for or trying to establish in order to<br>21 1  permit this service member to be fit for duty?<br>21 2  A.    It depends on an individual and his<br>21 3  mission readiness, depending on what the individual<br>21 4  brings to the table.  He brings us his concerns.<br>21 5  We work with them to see how we can restore them<br>to<br>21 6  be mission ready. | | | |
| **21:7 - 21:19**  **Rosario-Rivera, David (2021-02-08)**<br>21 7  Q.    That makes sense.  In the course of<br>21 8  your career as a provider, how many service<br>members<br>21 9  do you think you have seen?<br>21 10  A.    Oh, wow.  I cannot put a number<br>21 11  there.  I can tell you that right now I have<br>21 12  seventy-two, seventy-three assigned service<br>21 13  members.<br>21 14  Q.    So needless to say, it is a pretty<br>21 15  active -- you have had a pretty active role in<br>21 16  the --<br>21 17  A.    Yeah.<br>21 18  Q.    -- programs prior to now? | | Re: [21:7-21:19]<br>Improper Clarification Counter | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| 21 19 | A. Yes. | | | |
| **21:20 - 22:13** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [21:20-22:13]** | **SUSTAINED** |
| 21 20 | Q. Okay. Fair enough. Okay. So we | | **Improper Clarification Counter** | |
| 21 21 | have been talking about your notes a little bit, | | | |
| 21 22 | but I think what would make sense is if I could | | | |
| 21 23 | mark those -- | | | |
| 21 24 | A. Sure. | | | |
| 21 25 | Q. -- as an exhibit. So this will be | | | |
| 22 1 | Camarillorazo Exhibit 29. | | | |
| 22 2 | (Exhibit 29 was marked for | | | |
| 22 3 | identification.) | | | |
| 22 4 | Q. (BY MS. OZUROVICH:) And I have in | | | |
| 22 5 | front of me -- I want to make sure we are looking | | | |
| 22 6 | at the same thing, Dr. Rosario, so I have in front | | | |
| 22 7 | of me a document that is a hundred and forty-eight | | | |
| 22 8 | pages long that we received from -- | | | |
| 22 9 | A. Okay. | | | |
| 22 10 | Q. -- Maj. Wald. Is that the same thing | | | |
| 22 11 | or is that the same page length that you are | | | |
| 22 12 | referring to when you talk about -- | | | |
| 22 13 | A. Yeah, those are all my notes. | | | |
| **22:19 - 22:23** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 22 19 | Q. (BY MS. OZUROVICH:) So, first of | | | |
| 22 20 | all, the first question is, are these notes that | | | |
| 22 21 | you have written in the course of your treatment of | | | |
| 22 22 | Sgt. Camarillorazo? | | | |
| 22 23 | A. Yes. | | | |
| **22:24 - 23:24** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [22:24-23:24]** | **SUSTAINED** |
| 22 24 | Q. And as I said, this is an | | **Improper Clarification Counter** | |
| 22 25 | approximately -- not approximately. This is a | | | |
| 23 1 document | hundred-and-forty-page -- forty-eight-page | | | |
| 23 2 | of all of the notes that you have taken of | | | |
| 23 3 | Sgt. Camarillorazo. And is this your complete file | | | |
| 23 4 | of your notes? | | | |
| 23 5 | A. That is all my notes. | | | |
| 23 6 | Q. And are these notes that are, in your | | | |
| 23 7 | view, sort of regularly maintained in the course of | | | |
| 23 8 | your treatment as -- of Sgt. Camarillorazo? | | | |

| | | | | |
|---|---|---|---|---|
| 23 9 | A.    Yep. | | | |
| 23 10 | Q.    All right.  So what I want to do is | | | |
| 23 11 | just start with Page 1.  And I promise we won't go | | | |
| 23 12 | through every single page.  But if you look at | | | |
| 23 13 | Page 1, at least on my version, it says, "Patient | | | |
| 23 14 | Camarillorazo, Guillermo, date 14 December | | | |
| 2017." | | | | |
| 23 15 | Is that what yours says? | | | |
| 23 16 | A.    Yes.  11:13 Central time, yes. | | | |
| 23 17 | Q.    Correct.  So I guess my first | | | |
| 23 18 | question would be, is this the first date on which | | | |
| 23 19 | you personally saw Sgt. Camarillorazo? | | | |
| 23 20 | A.    That is right. | | | |
| 23 21 | Q.    And do you recall the purpose of your | | | |
| 23 22 | first appointment with him? | | | |
| 23 23 | A.    He was in processing from Fort | | | |
| 23 24 | Benning, Georgia, and he was establishing care. | | | |
| **25:2 - 25:16** | **Rosario-Rivera, David (2021-02-08)** | | | **Re: [25:2-25:16]** | **SUSTAINED** |
| 25 2 | Q.    Okay.  And so in your initial | | | Improper Clarification Counter | |
| 25 3 | in-processing appointment during this time, what | | | | |
| 25 4 | would be your typical practice with a patient like | | | | |
| 25 5 | Sgt. Camarillorazo? | | | | |
| 25 6 | A.    We -- the service member comes into | | | | |
| 25 7 | our clinic, completes the Behavioral Health Data | | | | |
| 25 8 | Portal Survey.  Then he meets with a provider.  We | | | | |
| 25 9 | review what he is coming towards our clinic for and | | | | |
| 25 10 | we assign him a provider. | | | | |
| 25 11 | Q.    And in this circumstance, were you | | | | |
| 25 12 | assigned as Sgt. Camarillorazo's provider? | | | | |
| 25 13 | A.    Yes, ma'am. | | | | |
| 25 14 | Q.    All right.  So if we can turn to | | | | |
| 25 15 | Page 5 of Camarillorazo Exhibit 29. | | | | |
| 25 16 | A.    Yes, ma'am. | | | | |
| **25:20 - 26:16** | **Rosario-Rivera, David (2021-02-08)** | | | **Re: [25:20-26:16]** | **SUSTAINED** |
| 25 20 | All right.  On Page 5 of the | | | Improper Clarification Counter | |
| 25 21 | document, it says "CC/background" about -- | | | | |
| towards | | | | |
| 25 22 | the very bottom of the page.  Do you see that? | | | | |
| 25 23 | A.    Yes, ma'am. | | | | |

| | | | | |
|---|---|---|---|---|
| 25 24 | Q.   And it says here, "The patient | | | |
| 25 25 | reports the following problems/difficulties.  I | | | |
| 26 1 | just PCS from Fort Benning, Georgia to Fort Hood, | | | |
| 26 2 | and I was being seen for not sleeping, anger issues | | | |
| 26 3 | and depression."  Do you see that? | | | |
| 26 4 | A.   Yes, ma'am. | | | |
| 26 5 | Q.   And is this something that | | | |
| 26 6 | Sgt. Camarillorazo reported to you at the time of | | | |
| 26 7 | your appointment? | | | |
| 26 8 | A.   That is what he writes in the survey, | | | |
| 26 9 | and that is what -- that's kind of like what the | | | |
| 26 10 | provider sees as he is -- the patient's | | | |
| 26 11 | self-report. | | | |
| 26 12 | Q.   I see.  So this CC/Background on | | | |
| 26 13 | Page 5 of Exhibit 29 is something that | | | |
| 26 14 | Sgt. Camarillorazo filled out, and then you | | | |
| 26 15 | eventually see that.  Is that right? | | | |
| 26 16 | A.   Yes. | | | |
| **26:17 - 26:21**   **Rosario-Rivera, David (2021-02-08)** | | | | |
| 26 17 | Q.   When you met with Sgt. Camarillorazo | | | |
| 26 18 | in December of 2017, did you talk about at all what | | | |
| 26 19 | he thought were the causes of these issues? | | | |
| 26 20 | A.   No.  That is in-processing.  It is a | | | |
| 26 21 | brief assessment. | | | |
| **26:24 - 27:10**   **Rosario-Rivera, David (2021-02-08)** | | | | |
| 26 24 | I guess, then, if you are not getting | | | |
| 26 25 | into sort of the details of a particular patient's | | | |
| 27 1 | care, what kinds of things do you discuss during | | | |
| 27 2 | the in-processing portion of meeting with him? | | | |
| 27 3 | A.   In-processing -- yeah, in-processing | | | |
| 27 4 | we ask where you are coming from, what services are | | | |
| 27 5 | you receiving, is there safety concerns with, I | | | |
| 27 6 | mean, threat to self, threat to others, of abuse | | | |
| 27 7 | and medications, if he is on any sort of medication | | | |
| 27 8 | that needs to be refilled or that he is going to be | | | |
| 27 9 | running out of before he can meet the provider. | | | |
| 27 10 | That is what we address. | | | |
| **27:11 - 27:16**   **Rosario-Rivera, David (2021-02-08)** | | | **Re: [27:11-27:16]** | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 27 11 | Q.   Okay.  So in-processing is sort of | | | Improper Clarification Counter |
| 27 12 | getting a high level background and then next steps | | | |
| 27 13 | or next appointments would get into a more | | | |
| detailed | | | | |
| 27 14 | discussion about what the patient needs or things | | | |
| 27 15 | like that? | | | |
| 27 16 | A.   Yes, ma'am. | | | |
| **27:18 - 27:21** | **Rosario-Rivera, David (2021-02-08)** | | | **Re: [27:18-27:21]** | **SUSTAINED** |
| 27 18 | At any point in your treatment of | | | Improper Clarification Counter | |
| 27 19 | Sgt. Camarillorazo, did you discuss his sleeping | | | | |
| 27 20 | problems, anger issues and depression? | | | | |
| 27 21 | A.   Yes, ma'am. | | | | |
| **28:12 - 29:12** | **Rosario-Rivera, David (2021-02-08)** | | | | |
| 28 12 | Q.   If that makes sense.  Okay.  So | | | |
| 28 13 | during the time that you met with | | | |
| 28 14 | Sgt. Camarillorazo, did you come to develop an | | | |
| 28 15 | understanding of what you viewed as the causes of | | | |
| 28 16 | his sleeping problems, anger issues or depression? | | | |
| 28 17 | A.   Yes, ma'am. | | | |
| 28 18 | Q.   And can you describe for me what your | | | |
| 28 19 | assessment was as to the causes of those particular | | | |
| 28 20 | issues? | | | |
| 28 21 | MS. HUNT:  Object to the form. | | | |
| 28 22 | A.   Exposure to combat, trauma. | | | |
| 28 23 | Q.   (BY MS. OZUROVICH:)  Can you describe | | | |
| 28 24 | what you mean by that? | | | |
| 28 25 | A.   Repeated exposure to traumatic | | | |
| 29 1 | experiences in combat or situations where the | | | |
| 29 2 | individual is on a hypervigilant state of constant | | | |
| 29 3 | threat or the sense that he feels he has to be on | | | |
| 29 4 | vigilance for constant threat. | | | |
| 29 5 | Q.   Are there any other causes, as far as | | | |
| 29 6 | you understand sitting here today, that you would | | | |
| 29 7 | attribute to these particular conditions that | | | |
| 29 8 | Sgt. Camarillorazo is experiencing? | | | |
| 29 9 | MS. HUNT:  Object to form, | | | |
| 29 10 | foundation.  It is okay.  You can answer. | | | |
| 29 11 | A.   Okay.  No.  Constant exposure to | | | |
| 29 12 | trauma, to combat scenarios. | | | |

| | | | | |
|---|---|---|---|---|
| **29:13 - 30:1**  Rosario-Rivera, David (2021-02-08) | | | **Re: [29:13-30:1]**  Improper Clarification Counter | **SUSTAINED** |

29 13    Q.   All right.  If you can please turn to
29 14    the next page, Page 6, there's a section that says,
29 15    "History of present illness."
29 16    Do you see that?
29 17    A.   Yes, ma'am.
29 18    Q.   In your practice, in your care of
29 19    Sgt. Camarillorazo, is this -- is the history of
29 20    present illness something that you would write or
29 21    something --
29 22    A.   I write that.
29 23    Q.   Okay.  And do you write that based on
29 24    your interactions with the patient here, Sgt.
29 25    Camarillorazo?
30 1    A.   Yes, ma'am.

| | | | | |
|---|---|---|---|---|
| **30:2 - 30:24**  Rosario-Rivera, David (2021-02-08) | | | | |

30 2    Q.   Okay.  And so I want to turn your
30 3    attention to the first sentence, and I'll read it
30 4    for the record.
30 5    It says, "Service member attending
30 6    session for in-processing.  Patient indicates
30 7    seeking services for support related to spouse
30 8    relationship and mood management.  Indicates
30 9    history of complicated relationship between them,
30 10    in part due to alleged infidelity, but indicated
30 11    that as of lately communication has gotten worse
30 12    (her not wanting to address issue)."
30 13    Do you see that?
30 14    A.   Yes, ma'am.
30 15    Q.   And so without getting too bogged
30 16    down into the details, can you sort of give me your
30 17    understanding of what were the complications in
the
30 18    relationship between Sgt. Camarillorazo and his
30 19    wife?
30 20    A.   Yeah.  I mean, he expressed that his
30 21    wife had been unfaithful, and he -- she lived in
30 22    Texas.  He was in Fort Benning.  He is coming now
30 23    to Texas.  And that was one of the issues he was

| | | | | |
|---|---|---|---|---|
| 30 24 | facing.  So he was stressed about that. | | | |
| **30:25 - 31:12** | **Rosario-Rivera, David (2021-02-08)** | | | **Re: [30:25-31:12]** | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **30:25 - 31:12** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [30:25-31:12]**<br>**Improper Clarification Counter** | **SUSTAINED** |
| 30 25 | Q.    It says here that it "indicated as of | | | |
| 31 1 | lately communication has gotten worse.  (Her not | | | |
| 31 2 | wanting to address issue.)" | | | |
| 31 3 | Do you have an understanding of what | | | |
| 31 4 | you meant by that when you put that in that record? | | | |
| 31 5 | A.    He -- that he mentioned that she was | | | |
| 31 6 | not willing to try, do couples therapy or whatever | | | |
| 31 7 | works. | | | |
| 31 8 | Q.    So the breakdown in communication, | | | |
| 31 9 | then, was a lack of actually having a discussion | | | |
| 31 10 | about certain of these problems that they were | | | |
| 31 11 | having.  Is that a fair statement? | | | |
| 31 12 | A.    Yeah. | | | |
| **31:14 - 31:19** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 31 14 | Q.    (BY MS. OZUROVICH:)  So was there | | | |
| 31 15 | anything else, in your view, based on your care of | | | |
| 31 16 | Sgt. Camarillorazo, that was contributing to their | | | |
| 31 17 | lack of communication? | | | |
| 31 18 | MS. HUNT:  Object to form. | | | |
| 31 19 | A.    I cannot speak for her. | | | |
| **31:20 - 34:1** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [31:20-34:1]**<br>**Improper Clarification Counter** | **OVERRULED** |
| 31 20 | Q.    (BY MS. OZUROVICH:)  Fair enough. | | | |
| 31 21 | Can you speak to anything that Sgt. | | | |
| 31 22 | Camarillorazo would have told you about any other | | | |
| 31 23 | issues with their communication during the course | | | |
| 31 24 | of your treatment of him? | | | |
| 31 25 | A.    The only thing was that he was | | | |
| 32 1 | willing to try to save the marriage, but he felt | | | |
| 32 2 | that she wasn't. | | | |
| 32 3 | Q.    All right.  If you turn to Page 7, | | | |
| 32 4 | there is an entry that says, "TBI/concussion | | | |
| 32 5 | screen." | | | |
| 32 6 | A.    Yes. | | | |
| 32 7 | Q.    What does that mean? | | | |
| 32 8 | A.    That's part of the survey that the | | | |
| 32 9 | service member completes.  So it says, "Positive | | | |
| 32 10 | screen."  It means that he was endorsed. | | | |

32 11    Q.    What do you mean by he endorsed the
32 12    TBI --
32 13    A.    He endorsed -- he endorsed incidents
32 14    related to TBI.
32 15    Q.    All right.  So I just want to make
32 16    sure I understand this correctly.
32 17    A.    Uh-huh.
32 18    Q.    So, this -- first of all, the TBI
32 19    concussion screen entry in Exhibit 29 on Page 7,
32 20    that is based on something that Sgt. Camarillorazo
32 21    had filled out prior to coming to see you?
32 22    A.    Yes, ma'am.  Yeah, the initial
32 23    survey.
32 24    Q.    Okay.  And so when there's a positive
32 25    screen answered in a record like the one that we're
33 1    looking at here, that means that the patient has
33 2    indicated that there are potential TBI or
33 3    concussion events from his past; is that correct?
33 4    A.    Yes, ma'am.  Yes, ma'am.
33 5    Q.    Okay.  Do you recall, in the course
33 6    of your treatment of Sgt. Camarillorazo, what those
33 7    potential TBI or concussion events were?
33 8    A.    No.  We did not work on that.  That's
33 9    not my area.
33 10    Q.    Okay.  Why is it that the TBI
33 11    concussion screen is something that you look out
33 12    for when you're treating a patient like Sgt.
33 13    Camarillorazo?
33 14    A.    I mean, because if the individual has
33 15    received an injury to the head, it can impact his
33 16    functioning.  That's why in that portion,
33 17    particularly says the -- referred to primary care
33 18    provider.
33 19    Q.    Is there concern -- strike that.
33 20    Is one of the reasons that someone
33 21    like you, in the course of your treatment, would be
33 22    interested in knowing about a TBI or concussion
33 23    screen because it could have an impact on potential
33 24    behavioral health issues that the particular

| | | | | |
|---|---|---|---|---|
| 33 25 | patient is experiencing? | | | |
| 34 1 | A.   Yeah, definitely. | | | |
| **34:3 - 34:13** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 34 3 | Q.   (BY MS. OZUROVICH:)  And so under | | | |
| 34 4 | what circumstances, in your practice, would you | | | |
| 34 5 | refer someone to primary care like you did here | | | |
| 34 6 | with Sgt. Camarillorazo for a TBI concussion | | | |
| 34 7 | screen? | | | |
| 34 8 | A.   Anytime that the individual reports | | | |
| 34 9 | that they've been exposed to. | | | |
| 34 10 | Q.   And in your experience, what type of | | | |
| 34 11 | events have you seen that a patient would typically | | | |
| 34 12 | report as a TBI or a concussion-type injury that | | | |
| 34 13 | warrants being referred to a provider? | | | |
| **35:7 - 35:17** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 35 7 | A.   Common events, I mean, being blown | | | |
| 35 8 | up, exposure to IEDs, improvised explosive devices. | | | |
| 35 9 | Accidents with rollover vehicles.  Those are -- | | | |
| 35 10 | incoming mortars, explosions. | | | |
| 35 11 | Q.   And so recognizing that, you know, a | | | |
| 35 12 | further evaluation of TBI is not something that you | | | |
| 35 13 | necessarily did with Sgt. Camarillorazo, do you | | | |
| 35 14 | recall ever discussing events like those that you | | | |
| 35 15 | described, you know, IEDs or accidents or things of | | | |
| 35 16 | that nature with Sgt. Camarillorazo? | | | |
| 35 17 | A.   Not that he had mentioned. | | | |
| **37:16 - 37:22** | **Rosario-Rivera, David (2021-02-08)** | | Re: [37:16-37:22] | **SUSTAINED** |
| 37 16 | Q.   Okay.  All right.  So if you can | | Improper Clarification Counter | |
| 37 17 | please turn to Page 13 of Camarillorazo Exhibit 29. | | | |
| 37 18 | Do you see at the top there, it says the patient, | | | |
| 37 19 | "Camarillorazo Guillermo," and the date is | | | |
| December | | | | |
| 37 20 | 26th, 2017 at 8:45 CST? | | | |
| 37 21 | Do you see that? | | | |
| 37 22 | A.   Yes, ma'am. | | | |
| **37:23 - 37:25** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 37 23 | Q.   And is that the next time, as far as | | | |
| 37 24 | you know, that you saw Sgt. Camarillorazo? | | | |
| 37 25 | A.   Yes, ma'am. | | | |

| | | | | |
|---|---|---|---|---|
| **38:1 - 38:20   Rosario-Rivera, David (2021-02-08)** | | | **Re: [38:1-38:20]**<br>Improper Clarification Counter | **SUSTAINED** |
| 38 1   Q.    All right.  If we can turn to Page<br>38 2   17.<br>38 3   And just for your information,<br>38 4   Dr. Rosario, at the bottom right-hand corner<br>38 5   there's something that we call a Bates stamp that<br>38 6   has some page numbering, so I might refer to those<br>38 7   page numbers to sort of orient you as we go<br>38 8   throughout the document.<br>38 9   A.    Okay.<br>38 10   Q.    All right.  So do you see -- or are<br>38 11   you at Page 17?<br>38 12   A.    Yes, ma'am.<br>38 13   Q.    All right.  And there's a section<br>38 14   that says, "Subjective."<br>38 15   Do you see that?<br>38 16   A.    Uh-huh.<br>38 17   Q.    And is this something, again, that<br>38 18   you wrote in the course of your treatment of Sgt.<br>38 19   Camarillorazo?<br>38 20   A.    Yes, ma'am. | | | | |
| **38:21 - 39:5   Rosario-Rivera, David (2021-02-08)** | | | | |
| 38 21   Q.    All right.  And it says here under,<br>38 22   "Subjective," "Service member attended session<br>38 23   after in-processing and having meds refilled.<br>38 24   Patient indicates spouse relationship continues to<br>38 25   deteriorate.  He elaborated abundantly on the<br>39 1   relationship history, which evidences a very<br>39 2   dysfunctional pattern of infidelities (from both),<br>39 3   but started to deteriorate after his deployments."<br>39 4   Do you see that?<br>39 5   A.    Uh-huh. | | | | |
| **39:6 - 39:8   Rosario-Rivera, David (2021-02-08)** | | | **Re: [39:6-39:8]**<br>Improper Clarification Counter | **SUSTAINED** |
| 39 6   Q.    Do you have an understanding --<br>39 7   A.    Yes.<br>39 8   Q.    Great. | | | | |
| **39:12 - 39:15   Rosario-Rivera, David (2021-02-08)** | | | | |
| 39 12   You wrote here that the relationship<br>39 13   started to deteriorate after Sgt. Camarillorazo's | | | | |

| | | | | |
|---|---|---|---|---|
| 39 14 | deployment; is that right? | | | |
| 39 15 | A.   Yes. | | | |
| **39:18 - 39:21**   **Rosario-Rivera, David (2021-02-08)** | | | **Re: [39:18-39:21]** | **OVERRULED** |
| 39 18 | Do you know which particular | | Improper Clarification Counter | |
| 39 19 | deployments these issues started to crop up for -- | | | |
| 39 20 | in their relationship, for lack of a better word? | | | |
| 39 21 | A.    No, ma'am. | | | |
| **39:23 - 40:1**   **Rosario-Rivera, David (2021-02-08)** | | | **Re: [39:23-40:1]** | **OVERRULED** |
| 39 23 | Q.    (BY MS. OZUROVICH:)  Did Sgt. | | Improper Clarification Counter | |
| 39 24 | Camarillorazo give you any further detail about, | | | |
| 39 25 | you know, the general time frame of when these | | | |
| 40 1 | particular issues started to arise? | | | |
| **40:6 - 40:17**   **Rosario-Rivera, David (2021-02-08)** | | | **Re: [40:6-40:17]** | **OVERRULED** |
| 40 6 | A.    Cumulative of his deployments. | | Improper Clarification Counter | |
| 40 7 | Q.    (BY MS. OZUROVICH:)  All right.  So | | | |
| 40 8 | it's not necessarily one particular deployment, | | | |
| 40 9 | just over time the accumulation of the | | | |
| 40 10 | deployments -- | | | |
| 40 11 | A.   Yes, ma'am. | | | |
| 40 12 | Q.    -- sort of led to this? | | | |
| 40 13 | Okay.  In the course of your | | | |
| 40 14 | treatment of Sgt. Camarillorazo, did he ever | | | |
| 40 15 | describe any hearing-related issues were a cause of | | | |
| 40 16 | any distress in his relationship with his wife? | | | |
| 40 17 | A.   No, ma'am. | | | |
| **40:20 - 41:14**   **Rosario-Rivera, David (2021-02-08)** | | | | |
| 40 20 | Q.    (BY MS. OZUROVICH:)  All right.  And | | | |
| 40 21 | in the second-to-last sentence of this paragraph in | | | |
| 40 22 | Camarillorazo Exhibit 29, it says, "We discussed | | | |
| 40 23 | current symptoms and stressors and explored coping | | | |
| 40 24 | strategies to provide relief from depression and | | | |
| 40 25 | anxiety" system -- "symptoms." | | | |
| 41 1 | I just want to ask:  Do you recall, | | | |
| 41 2 | at this time, what the particular stressors were in | | | |
| 41 3 | Sgt. Camarillorazo's life? | | | |
| 41 4 | A.    Well, the predominantly one was the | | | |
| 41 5 | spouse relationship. | | | |
| 41 6 | Q.    Okay.  Any others related to any of | | | |

| | | | | |
|---|---|---|---|---|
| 41 7 | his work or things like that? | | | |
| 41 8 | A.   I mean, at the moment of | | | |
| 41 9 | in-processing, the main thing was the spouse | | | |
| 41 10 | relationship. | | | |
| 41 11 | Q.   And at some point, did that change | | | |
| 41 12 | over time that there were additional -- | | | |
| 41 13 | A.   Yes, ma'am. | | | |
| 41 14 | Q.   -- stressors?  Okay. | | | |
| **41:15 - 41:17**  Rosario-Rivera, David (2021-02-08) | | | **Re: [41:15-41:17]**  Improper Clarification Counter | **SUSTAINED** |
| 41 15 | A.   Yes. | | | |
| 41 16 | Q.   And we'll get into those a little bit | | | |
| 41 17 | later. | | | |
| **41:18 - 41:24**  Rosario-Rivera, David (2021-02-08) | | | **Re: [41:18-41:24]**  Improper Clarification Counter | **SUSTAINED** |
| 41 18 | Okay.  So I want to turn to your next | | | |
| 41 19 | appointment with Sgt. Camarillorazo.  If you could | | | |
| 41 20 | please turn to Page 21 of Exhibit 29. | | | |
| 41 21 | A.   Okay. | | | |
| 41 22 | Q.   And you see here this is an | | | |
| 41 23 | appointment that is dated January 3rd, 2018. | | | |
| 41 24 | A.   Yes, ma'am. | | | |
| **41:25 - 42:3**  Rosario-Rivera, David (2021-02-08) | | | | |
| 41 25 | Q.   And so the next time you saw Sgt. | | | |
| 42 1 | Camarillorazo would have been on January 3rd, | | | |
| 2018, | | | | |
| 42 2 | correct? | | | |
| 42 3 | A.   Yes, ma'am. | | | |
| **42:4 - 42:18**  Rosario-Rivera, David (2021-02-08) | | | **Re: [42:4-42:18]**  Improper Clarification Counter | **OVERRULED** |
| 42 4 | Q.   All right.  And if you can flip to | | | |
| 42 5 | Page 25, there's another section that says, | | | |
| 42 6 | "Subjective."  And if you would just let me know | | | |
| 42 7 | when you're there. | | | |
| 42 8 | A.   Okay.  Got it. | | | |
| 42 9 | Q.   All right.  And as with the other | | | |
| 42 10 | sections we've looked at, is this a section of the | | | |
| 42 11 | medical records that you wrote based on your | | | |
| 42 12 | impressions of Sgt. Camarillorazo during your | | | |
| 42 13 | appointments? | | | |
| 42 14 | A.   Yes, ma'am. | | | |
| 42 15 | Q.   All right.  And in the third sentence | | | |

| | | | | |
|---|---|---|---|---|
| 42 16 in, it says, "Today he elaborated abundantly on<br>42 17 deployment-related events that have had an impact<br>42 18 on his life." | | | | |
| **42:19 - 43:21   Rosario-Rivera, David (2021-02-08)**<br>42 19 And so without getting too steeped<br>42 20 into the details, can you describe, at a high<br>42 21 level, as far as you recall, what certain of those<br>42 22 events were?<br>42 23 A.    Being fired at, being exposed to<br>42 24 combat missions, and as in almost every service<br>42 25 member, is losing peers.<br>43 1 Q.    You said "being fired at"?<br>43 2 A.    Uh-huh.<br>43 3 Q.    Did you get any understanding of the<br>43 4 regularity with which that happened?<br>43 5 A.    No, ma'am.<br>43 6 Q.    Did he give you any details<br>43 7 surrounding the circumstances in which he was fired<br>43 8 at?<br>43 9 A.    Combat missions.  Combat missions<br>43 10 where you take fires.<br>43 11 Q.    Did he give you any sense of the<br>43 12 number of combat missions that he had done during<br>43 13 his deployment?<br>43 14 A.    Not a -- not a specific number.<br>43 15 Q.    Okay.  All right.  And then you have<br>43 16 a sentence here that says, "He opened up today<br>43 17 about his latest deployment to Afghanistan and how<br>43 18 he intensified the hypervigilance sense by spending<br>43 19 almost nine months living in a tent made out of<br>43 20 plastic and being on constant vigilance for threats<br>43 21 (being fired at)." | | | | |
| **43:22 - 44:9   Rosario-Rivera, David (2021-02-08)**<br>43 22 So I want to stop there really quick.<br>43 23 A.    Yes, ma'am.<br>43 24 Q.    First of all, is that something that<br>43 25 you wrote?<br>44 1 A.    I wrote that, yes.<br>44 2 Q.    And that's based on something that | | | **Re: [43:22-44:9]**<br>**Improper Clarification Counter** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 44 3 | Sgt. Camarillorazo told you; is that right? | | | |
| 44 4 | A.   Yes, ma'am. | | | |
| 44 5 | Q.    All right.  And do you recall any | | | |
| 44 6 | other details about Sgt. Camarillorazo's living | | | |
| 44 7 | conditions during the nine months that he was in | | | |
| 44 8 | Afghanistan? | | | |
| 44 9 | A.   No, ma'am. | | | |
| **44:10 - 47:13**   **Rosario-Rivera, David (2021-02-08)** | | | **Re: [45:6-45:13]** | **OVERRULED** |
| 44 10 | Q.    Okay.  Did he tell you anything | | Relevance (401, 402) | |
| 44 11 | about, you know, any nearby air fields or other | | | |
| 44 12 | things like that in the surrounding location or | | | |
| 44 13 | anything about the geography at all? | | | |
| 44 14 | A.    Other than what is written there. | | | |
| 44 15 | Q.    Okay.  In the next sentence, it says, | | | |
| 44 16 | "along with being exposed to the loud noise of an | | | |
| 44 17 | airplane landing at the same time every day (4:00 | | | |
| 44 18 | a.m.) which was decisive in his hearing loss." | | | |
| 44 19 | And, again, that's something that you | | | |
| 44 20 | wrote, correct? | | | |
| 44 21 | A.    I wrote that, yeah. | | | |
| 44 22 | Q.    And that's based on what Sgt. | | | |
| 44 23 | Camarillorazo told you? | | | |
| 44 24 | A.    Yes, ma'am. | | | |
| 44 25 | Q.    Other than what is written here, do | | | |
| 45 1 | you have any other details about the landing of | | | |
| 45 2 | airplanes during his time while he was deployed in | | | |
| 45 3 | Afghanistan? | | | |
| 45 4 | A.    No, ma'am, other than what I wrote | | | |
| 45 5 | there. | | | |
| 45 6 | Q.    Fair enough. | | | |
| 45 7 | And then, in the clause where you | | | |
| 45 8 | write, "which was decisive in his hearing loss," is | | | |
| 45 9 | what you're saying here that, according to Sgt. | | | |
| 45 10 | Camarillorazo -- | | | |
| 45 11 | A.    Yes, ma'am. | | | |
| 45 12 | Q.    -- the noise -- sorry. | | | |
| 45 13 | Let me ask that again. | | | |
| 45 14 | So when you say here, "which was | | | |
| 45 15 | decisive in his hearing loss," is what you're | | | |

```
45 16      writing, that according to Sgt. Camarillorazo, the
45 17      noise of the airplane landing was decisive in his
45 18      hearing loss?
45 19      A.    Yes, ma'am.  I'm not an audiologist.
45 20      Yes.
45 21      Q.    Fair enough.
45 22      Do you know, in the course of your
45 23      treatment of Sgt. Camarillorazo, how he had come
     to
45 24      learn that the landing of the airplane was decisive
45 25       in his hearing loss?
46 1       MS. HUNT:  Object to the form.
46 2       A.    So, from the service members, they go
46 3       through periodical or annual studies, physical
46 4       studies, and one of them is hearing loss.  Not
46 5       hearing loss, the hearing test.
46 6       So he believed that that experience,
46 7       for the nine months, was decisive in his loss --
46 8       into his hearing loss.
46 9       Q.    (BY MS. OZUROVICH:)  And it's your
46 10      understanding that that was his belief, based on
46 11      what he went through --
46 12      A.    Uh-huh.
46 13      Q.    During like an annual audiogram, to
46 14      sort of inform that decision?
46 15      A.    Yeah.  I mean, you will have to talk
46 16      to his audiologist.
46 17      Q.    Sure.  And recognizing you are not an
46 18      audiologist, and I don't want to have you diagnose
46 19      his hearing loss here today, I guess, my question
46 20      is more targeted on your interactions with Sgt.
46 21      Camarillorazo.
46 22      A.    Okay.
46 23      Q.    And so, I guess, my question really
46 24      is:  When you spoke to Sgt. Camarillorazo, was it
46 25       your understanding, based on your discussions, that
47 1       he sort of had this annual audiogram when he got
47 2       back from Afghanistan, and then sort of deduced
47 3       that his hearing loss was due to this airplane?
```

| | | | | |
|---|---|---|---|---|
| 47 4 | MS. HUNT:  Object to the form. | | | |
| 47 5 | A.    I guess he -- I guess he associated | | | |
| 47 6 | it to it, to that experience. | | | |
| 47 7 | Q.    (BY MS. OZUROVICH:)  Okay.  And other | | | |
| 47 8 | than what's written here, did you have any further | | | |
| 47 9 | discussions about any noise or weapon fire or | | | |
| 47 10 | anything else that he experienced while he was in | | | |
| 47 11 | Afghanistan? | | | |
| 47 12 | A.    No, ma'am.  Other than that, that's | | | |
| 47 13 | what he relayed. | | | |
| **47:20 - 48:2** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 47 20 | Q.    Did you ever discuss whether any | | | |
| 47 21 | hearing-related injuries he had had any effect on | | | |
| 47 22 | his behavioral health? | | | |
| 47 23 | A.    No, ma'am. | | | |
| 47 24 | Q.    Did Sgt. Camarillorazo ever talk to | | | |
| 47 25 | you about a condition called tinnitus or tinnitus? | | | |
| 48 1 | A.    Not here explicitly.  I can infer, | | | |
| 48 2 | but, no. | | | |
| **48:11 - 48:13** | **Rosario-Rivera, David (2021-02-08)** | | | Re: [48:11-48:13] | **OVERRULED** |
| 48 11 | Is it true that he never told you | | | Improper Clarification Counter | |
| 48 12 | that he had a condition of tinnitus or ringing in | | | | |
| 48 13 | the ears? | | | | |
| **48:15 - 48:15** | **Rosario-Rivera, David (2021-02-08)** | | | Re: [48:15-48:15] | **OVERRULED** |
| 48 15 | A.    He did not verbalize that to me. | | | Improper Clarification Counter | |
| **48:17 - 49:15** | **Rosario-Rivera, David (2021-02-08)** | | | Re: [48:17-49:15] | **SUSTAINED** |
| 48 17 | right.  So I want to switch to your next | | | Improper Clarification Counter | |
| 48 18 | appointment with Sgt. Camarillorazo, which is on | | | | |
| 48 19 | March 9th, 2018 -- or, actually, it's not your next | | | | |
| 48 20 | appointment, but it's in another appointment you | | | | |
| 48 21 | had with him.  And so if you could turn to Page 41. | | | | |
| 48 22 | A.    Okay. | | | | |
| 48 23 | Q.    All right.  And so do you see here at | | | | |
| 48 24 | the top of Page 41 of Exhibit 29, it's dated March | | | | |
| 48 25 | 9th, 2018? | | | | |
| 49 1 | A.    Yes, ma'am. | | | | |
| 49 2 | Q.    All right.  If you could turn to the | | | | |
| 49 3 | next page, it is -- again, there's a "Subjective" | | | | |
| 49 4 | component. | | | | |

| | | | | |
|---|---|---|---|---|
| 49 5 | A.   Yeah. | | | |
| 49 6 | Q.   And, again, under the "Subjective" | | | |
| 49 7 | component, this is your writing down, you know, | | | |
| the | | | | |
| 49 8 | substance of your appointment with Sgt. | | | |
| 49 9 | Camarillorazo. | | | |
| 49 10 | A.   Yes. | | | |
| 49 11 | Q.   Okay.  And here it says, "We | | | |
| 49 12 | processed continued current work stressors that saw | | | |
| 49 13 | at least seven of his units SM seek BH." | | | |
| 49 14 | And is "BH" here behavioral health? | | | |
| 49 15 | A.   Yes, ma'am. | | | |
| **49:16 - 51:2** | **Rosario-Rivera, David (2021-02-08)** | | | Re: [49:20-49:24] | **OVERRULED** |
| 49 16 | Q.   Do you recall, in March of 2018, what | | Relevance (401, 402) | |
| 49 17 | particular work stressors that were affecting Sgt. | | | |
| 49 18 | Camarillorazo and his unit as a whole? | | | |
| 49 19 | A.   Increased exercises for missions. | | | |
| 49 20 | THE REPORTER:  I couldn't understand | | | |
| 49 21 | that. | | | |
| 49 22 | A.   Increased exercises for missions. | | | |
| 49 23 | THE REPORTER:  Thank you. | | | |
| 49 24 | A.   Preparedness. | | | |
| 49 25 | Q.   (BY MS. OZUROVICH:)  Thank you. | | | |
| 50 1 | And can you explain what those | | | |
| 50 2 | exercises entailed to the -- as far as you know? | | | |
| 50 3 | A.   I mean, he's a tanker, so it involves | | | |
| 50 4 | maintenance and preparation of those tanks for the | | | |
| 50 5 | field exercises or gunnery exercises that are | | | |
| 50 6 | performed before any rotation. | | | |
| 50 7 | Q.   As far as you know, would he, you | | | |
| 50 8 | know, after maintenance and preparation of the | | | |
| 50 9 | tanks, then go participate in the field exercises? | | | |
| 50 10 | A.   Yes. | | | |
| 50 11 | Q.   And do you have any knowledge as to | | | |
| 50 12 | sort of what the field exercise would entail during | | | |
| 50 13 | the actual exercise? | | | |
| 50 14 | A.   No.  No, ma'am. | | | |
| 50 15 | Q.   Do you have an understanding of why | | | |
| 50 16 | the increased exercises for combat missions | | | |

| | | | | |
|---|---|---|---|---|
| 50 17 | resulted in particular stressors for Sgt. | | | |
| 50 18 | Camarillorazo? | | | |
| 50 19 | A.   Maintenance of vehicles, maintenance | | | |
| 50 20 | of the tanks.  If they don't get the tanks ready, | | | |
| 50 21 | the exercises get delayed and that's big, big | | | |
| 50 22 | pressure. | | | |
| 50 23 | Q.   Okay.  That makes sense. | | | |
| 50 24 | Did you ever talk about, at this | | | |
| 50 25 | time, any noise exposures that Sgt. Camarillorazo | | | |
| 51 1 | had during these field exercises or preparation? | | | |
| 51 2 | A.   No, ma'am. | | | |
| **51:3 - 52:24** | **Rosario-Rivera, David (2021-02-08)** | | | **Re: [51:3-52:24]** | **SUSTAINED** |
| 51 3 | Q.   Okay.  All right.  If we can turn to | | | **Improper Clarification Counter** |
| 51 4 | now Page 67. | | | |
| 51 5 | And, Dr. Rosario, if you wouldn't | | | |
| 51 6 | mind letting me know when you're there. | | | |
| 51 7 | A.   Oh, yeah.  I'm there. | | | |
| 51 8 | Q.   Oh, okay.  Perfect.  All right.  So | | | |
| 51 9 | you see here that it says -- this is an appointment | | | |
| 51 10 | for August 22nd, 2018? | | | |
| 51 11 | A.   Yes, ma'am. | | | |
| 51 12 | Q.   And if you could turn then to Page | | | |
| 51 13 | 71. | | | |
| 51 14 | A.   Uh-huh. | | | |
| 51 15 | Q.   And there's a "Subjective" section | | | |
| 51 16 | again.  And is it fair to say that this is | | | |
| 51 17 | something that you wrote based on your | | | |
| interactions | | | | |
| 51 18 | with Sgt. Camarillorazo? | | | |
| 51 19 | A.   Yes, ma'am. | | | |
| 51 20 | Q.   Okay.  And I want to turn to the | | | |
| 51 21 | second sentence, which says, "He verbalized and | | | |
| 51 22 | portrayed as feeling tired due to continued demands | | | |
| 51 23 | from work, which is very evident, given his rank | | | |
| 51 24 | and MOS in the brigade." | | | |
| 51 25 | So what do you mean by "it is very | | | |
| 52 1 | evident given his rank and MOS in the brigade"? | | | |
| 52 2 | A.   He's a sergeant first class, so he's | | | |
| 52 3 | high in the ranking structure for enlisted | | | |

| | | | |
|---|---|---|---|
| 52 4 | soldiers, in any unit. And his MOS is 91 Alpha. | | |
| 52 5 | That's an Abrams tank mechanic. | | |
| 52 6 | So, I mean -- and the unit he is | | |
| 52 7 | assigned to is basically in charge of maintenance | | |
| 52 8 | of all those tanks that the brigade uses for the | | |
| 52 9 | exercises in the deployment. | | |
| 52 10 | Q.   And that makes sense.  The next | | |
| 52 11 | sentence says, "The unit has been at field | | |
| 52 12 | exercises almost nonstop since July 2018." | | |
| 52 13 | Are those the same field exercises | | |
| 52 14 | that we referred to in the last record? | | |
| 52 15 | A.   Yes, ma'am. | | |
| 52 16 | Q.   And as with the last record, do you | | |
| 52 17 | have any knowledge of the types of exercises or the | | |
| 52 18 | types of activities that they were doing during the | | |
| 52 19 | exercises? | | |
| 52 20 | A.   No details. | | |
| 52 21 | Q.   Okay.  No information about any | | |
| 52 22 | particular noise exposures during those exercises? | | |
| 52 23 | A.   You can only infer, but no specific | | |
| 52 24 | verbalizations of that. | | |
| **53:4 - 53:14** | **Rosario-Rivera, David (2021-02-08)** | | Re: [53:4-53:14] | **SUSTAINED** |
| 53 4 | Q.   All right.  Let's turn to -- well, | | Improper Clarification Counter | |
| 53 5 | actually, before we turn to that, is there any | | | |
| 53 6 | other detail you have about the field exercises, | | | |
| 53 7 | other than what's written in this record on Page 71 | | | |
| 53 8 | of Exhibit 29? | | | |
| 53 9 | A.   No. | | | |
| 53 10 | Q.   Okay.  All right.  Let's turn to Page | | | |
| 53 11 | 77, please. | | | |
| 53 12 | And if you wouldn't mind letting me | | | |
| 53 13 | know when you're there. | | | |
| 53 14 | A.   Okay. | | | |
| **53:15 - 53:20** | **Rosario-Rivera, David (2021-02-08)** | | Re: [53:15-53:20] | **SUSTAINED** |
| 53 15 | Q.   All right.  And you see that this is | | Improper Clarification Counter | |
| 53 16 | a record that is dated September 19th, 2018? | | | |
| 53 17 | A.   Yes, ma'am. | | | |
| 53 18 | Q.   Okay.  And if we could please turn to | | | |
| 53 19 | Page 81 of that same record. | | | |

| | | | | |
|---|---|---|---|---|
| 53 20 | A.   Okay. | | | |
| **54:14 - 55:8** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [54:14-55:8]** | **SUSTAINED** |
| 54 14 | Q.   (BY MS. OZUROVICH:)  So recognizing | | **Improper Clarification Counter** | |
| 54 15 | that, you know, throughout the records, it says, | | | |
| 54 16 | you know, a short-term goal is to finalize the | | | |
| 54 17 | divorce with his wife, from your treatment of Sgt. | | | |
| 54 18 | Camarillorazo, was it considered a healthy step | | | |
| 54 19 | forward in his behavioral health to move on from | | | |
| 54 20 | his relationship with his wife? | | | |
| 54 21 | A.   That was one of the goals he -- he | | | |
| 54 22 | determined as a goal, so, yes. | | | |
| 54 23 | Q.   Okay.  Okay.  Let's turn to Page 85, | | | |
| 54 24 | please. | | | |
| 54 25 | A.   Okay. | | | |
| 55 1 | Q.   All right.  And this is a record from | | | |
| 55 2 | October 23rd, 2018, correct? | | | |
| 55 3 | A.   Yes. | | | |
| 55 4 | Q.   All right.  And if we can turn then | | | |
| 55 5 | to Page 89, we'll again look at a subjective record | | | |
| 55 6 | of -- | | | |
| 55 7 | When you get there. | | | |
| 55 8 | A.   Okay. | | | |
| **55:9 - 56:23** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 55 9 | Q.   All right.  And so as with the other | | | |
| 55 10 | subjective entries that we've seen, this is | | | |
| 55 11 | something that you wrote in the course of your | | | |
| 55 12 | treatment of Sgt. Camarillorazo? | | | |
| 55 13 | A.   Yes, ma'am. | | | |
| 55 14 | Q.   Okay.  And in the second sentence it | | | |
| 55 15 | says, "He opened up about deployment trauma | | | |
| 55 16 | experienced over ten years ago and was able to | | | |
| 55 17 | engage it and was observed as not too affected by | | | |
| 55 18 | it, but impacted by reminiscence." | | | |
| 55 19 | And so my question is:  Do you recall | | | |
| 55 20 | what any of those particular events were? | | | |
| 55 21 | A.   He -- give me a second.  That day, | | | |
| 55 22 | he -- yeah.  That day, he was able to talk about | | | |
| 55 23 | the combat deployment experiences.  And when he | | | |
| 55 24 | says he was able to engage it and was observed not | | | |

| | | | | |
|---|---|---|---|---|
| 55 25 | too affected by but impacted by the reminiscence is | | | |
| 56 1 | that he -- you don't see the physical reaction, but | | | |
| 56 2 | you do see the -- kind of like the empty look | | | |
| 56 3 | when -- or like the spaced out when he's | | | |
| 56 4 | remembering the event.  You don't see, for example, | | | |
| 56 5 | it's not like he's breaking down, crying by | | | |
| 56 6 | remembering the trauma.  But you can see the | | | |
| 56 7 | impact, like this long pause, and the solemn look. | | | |
| 56 8 | Q.    Okay.  And speaking more specifically | | | |
| 56 9 | to the events, were any of these events that he | | | |
| 56 10 | described related to any particular noise exposures | | | |
| 56 11 | during a combat mission or anything like that? | | | |
| 56 12 | A.    No. | | | |
| 56 13 | Q.    Were they related to any weapons fire | | | |
| 56 14 | or IEDs or anything of that nature? | | | |
| 56 15 | A.    Exchange of fire, yes. | | | |
| 56 16 | Q.    And did he describe, in that session, | | | |
| 56 17 | you know, the extent to which he was engaged in | | | |
| 56 18 | fire during the course of his deployments? | | | |
| 56 19 | A.    Not too abundantly. | | | |
| 56 20 | Q.    Okay.  Did he give any other details | | | |
| 56 21 | about the exchange of fire during the course of | | | |
| 56 22 | your treatment of Sgt. Camarillorazo? | | | |
| 56 23 | A.    Not too detailed. | | | |
| **57:13 - 58:1** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 57 13 | Okay.  So we talked about this a | | | |
| 57 14 | little bit earlier with respect to the record, | | | |
| 57 15 | talking about Sgt. Camarillorazo's hearing loss due | | | |
| 57 16 | to airplanes.  But other than in that instance, you | | | |
| 57 17 | don't recall ever discussing hearing loss with Sgt. | | | |
| 57 18 | Camarillorazo; is that right? | | | |
| 57 19 | A.    No, ma'am -- yes, no, ma'am. | | | |
| 57 20 | Q.    Did you ever discuss, at all, whether | | | |
| 57 21 | his hearing loss impacted him in any way? | | | |
| 57 22 | A.    No, ma'am. | | | |
| 57 23 | Q.    Did you ever discuss, at all, how his | | | |
| 57 24 | hearing loss would have impacted his relationship | | | |
| 57 25 | with his wife? | | | |
| 58 1 | A.    No, ma'am. | | | |

| | | | | |
|---|---|---|---|---|
| **58:3 - 58:6**   Rosario-Rivera, David (2021-02-08) | | | Re: [58:3-58:6]<br>Improper Clarification Counter | **OVERRULED** |
| 58 3       Q.    (BY MS. OZUROVICH:)  Did he ever tell<br>58 4       you that his hearing loss impacted his relationship<br>58 5       with his wife?<br>58 6       A.    No, ma'am. | | | | |
| **58:10 - 58:14**   Rosario-Rivera, David (2021-02-08) | | | Re: [58:10-58:14]<br>Improper Clarification Counter | **OVERRULED** |
| 58 10      Q.    (BY MS. OZUROVICH:)  Did he ever<br>58 11      describe how his hearing loss impacted any of his<br>58 12      behavioral health issues that he came to address<br>58 13      with you?<br>58 14      A.    No, ma'am. | | | | |
| **58:16 - 58:24**   Rosario-Rivera, David (2021-02-08) | | | Re: [58:16-58:24]<br>Improper Clarification Counter | **SUSTAINED** |
| 58 16      Q.    (BY MS. OZUROVICH:)  Did he ever tell<br>58 17      you that his hearing loss impacted any of the<br>58 18      behavioral health issues that he came to address<br>58 19      with you?<br>58 20      A.    No, ma'am.<br>58 21      Q.    As far as you recall, did Sgt.<br>58 22      Camarillorazo wear hearing aids during your<br>58 23      sessions?<br>58 24      A.    I cannot recall that. | | | | |
| **59:1 - 59:4**   Rosario-Rivera, David (2021-02-08) | | | Re: [59:1-59:4]<br>Improper Clarification Counter | **SUSTAINED** |
| 59 1       And you have seen Sgt. Camarillorazo<br>59 2       for approximately two years?<br>59 3       A.    Yeah.  Yeah.  The length of those<br>59 4       notes, yeah. | | | | |
| **59:8 - 59:21**   Rosario-Rivera, David (2021-02-08) | | | Re: [59:8-59:21]<br>Improper Clarification Counter | **SUSTAINED** |
| 59 8       From December 2017 until<br>59 9       approximately September 2019, Sgt. Camarillorazo<br>59 10      was your patient, correct?<br>59 11      A.    Yes, ma'am.<br>59 12      Q.    Okay.  And during that entire<br>59 13      two-year period, other than the time he mentioned<br>59 14      the airplanes landing, you all did not discuss his<br>59 15      hearing loss, correct?<br>59 16      A.    No, ma'am.<br>59 17      Q.    Okay.  And during the entire two-year<br>59 18      period during which you saw Sgt. Camarillorazo,<br>he | | | | |

| | | | | |
|---|---|---|---|---|
| 59 19 | never mentioned to you that he had a ringing in his | | | |
| 59 20 | ears? | | | |
| 59 21 | A.   No, ma'am. | | | |
| **59:23 - 60:3** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [59:23-60:3]** | **SUSTAINED** |
| 59 23 | Q.   (BY MS. OZUROVICH:)  And during that | | **Improper Clarification Counter** | |
| 59 24 | entire two-year period in which you saw Sgt. | | | |
| 59 25 | Camarillorazo, he never told you that his tinnitus | | | |
| 60 1 | or ringing in his ears impacted his behavioral | | | |
| 60 2 | health, correct? | | | |
| 60 3 | A.   No, ma'am. | | | |
| **60:5 - 60:10** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [60:5-60:10]** | **SUSTAINED** |
| 60 5 | Q.   (BY MS. OZUROVICH:)  And during the | | **Improper Clarification Counter** | |
| 60 6 | entire two-year period during which you saw Sgt. | | | |
| 60 7 | Camarillorazo, he never discussed whether his | | | |
| 60 8 | tinnitus impacted his relationship with his wife, | | | |
| 60 9 | correct? | | | |
| 60 10 | A.   No, ma'am. | | | |
| **60:12 - 60:15** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [60:12-60:15]** | **SUSTAINED** |
| 60 12 | Q.   (BY MS. OZUROVICH:)  And during this | | **Improper Clarification Counter** | |
| 60 13 | entire two-year period, did he ever mention any | | | |
| 60 14 | ways in which his tinnitus impacted him? | | | |
| 60 15 | A.   No, ma'am. | | | |
| **62:6 - 62:21** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [62:6-62:21]** | **OVERRULED** |
| 62 6 | Q.   (BY MS. HUNT:)  And I believe we took | | Relevance (401,402); Prejudice | |
| 62 7 | a look at this document earlier with defense | | (403); Leading (611, 403); | |
| 62 8 | counsel.  I just wanted to take another look at | | Hearsay (801, 802); 3M MIL | |
| 62 9 | that subjective section. | | No.9 | |
| 62 10 | In this note, it appears that you -- | | | |
| 62 11 | that you discussed him being tired due to continued | | | |
| 62 12 | demands from work, which is very evident given | | | |
| his | | | | |
| 62 13 | rank and MOS. | | | |
| 62 14 | A.   Uh-huh. | | | |
| 62 15 | Q.   Did I read that correctly? | | | |
| 62 16 | A.   Yep. | | | |
| 62 17 | Q.   And based on that comment, is it | | | |
| 62 18 | accurate to say that, in your experience, Sgt. | | | |
| 62 19 | Camarillorazo was hard-working and committed to | | | |
| his | | | | |

| | | | | |
|---|---|---|---|---|
| 62 20 | job? | | | |
| 62 21 | A.   Yes. | | | |
| **63:1 - 63:12** | **Rosario-Rivera, David (2021-02-08)** | | | **OVERRULED** |
| 63 1 | Q.   (BY MS. HUNT:)  Later in this same | | | Re: [63:1-63:12] |
| 63 2 | note, you say that "he continues to endorse an | | | Relevance (401,402); Prejudice |
| 63 3 | attitude of pushing through, but it has been very | | | (403); Leading (611, 403); |
| 63 4 | evident by his demeanor that he will be | | | Hearsay (801, 802); 3M MIL |
| 63 5 | experiencing a physical and emotional burnout if he | | | No.9 |
| 63 6 | does not put more emphasis on his health and | | | |
| 63 7 | setting boundaries."  Did I read that reasonably | | | |
| 63 8 | correctly? | | | |
| 63 9 | A.   Yes, ma'am. | | | |
| 63 10 | Q.   Is it a fair statement based on your | | | |
| 63 11 | experience that at times Sgt. Camarillo prioritized | | | |
| 63 12 | his job over his own health and emotional state? | | | |
| **63:16 - 63:20** | **Rosario-Rivera, David (2021-02-08)** | | | **OVERRULED** |
| 63 16 | A.   Over his health?  Yeah. | | | Re: [63:16-63:20] |
| 63 17 | Q.   Would you say that he was determined | | | Relevance (401,402); Prejudice |
| 63 18 | to continue doing his job, even if it was hard for | | | (403); Leading (611, 403); 3M |
| 63 19 | him? | | | MIL No.9 |
| 63 20 | A.   Yes. | | | |
| **64:11 - 64:15** | **Rosario-Rivera, David (2021-02-08)** | | | **OVERRULED** |
| 64 11 | Q.   (BY MS. HUNT:)  Was not complaining | | | Re: [64:11-64:15] |
| 64 12 | part of that attitude of pushing through? | | | Relevance (401,402); Prejudice |
| 64 13 | MS. OZUROVICH: Same objection. | | | (403); Leading (611, 403); 3M |
| 64 14 | A.   Not complaining?  No.  He did | | | MIL No.9 |
| 64 15 | complain. | | | |
| **65:19 - 65:25** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 65 19 | Q.   (BY MS. HUNT:)  Yeah.  Is it fair to | | | |
| 65 20 | say during this visit when Sgt. Camarillo was | | | |
| 65 21 | talking to you about his hearing loss that his | | | |
| 65 22 | hearing loss seemed to bother him? | | | |
| 65 23 | A.   It did bother him.  He brought it up. | | | |
| 65 24 | Q.   Okay.  Do you remember anything about | | | |
| 65 25 | how he said it bothered him? | | | |
| **66:1 - 66:4** | **Rosario-Rivera, David (2021-02-08)** | | | |
| 66 1 | A.   He mentioned that he -- he mentioned | | | |
| 66 2 | this experience that he had for nine months and | | | |
| 66 3 | that he believed that that is what led to his | | | |

| | | | | |
|---|---|---|---|---|
| 66 4 | hearing loss. | | | |
| **66:19 - 67:2** | **Rosario-Rivera, David (2021-02-08)** | | **Re: [66:23-67:2]** | **OVERRULED** |
| 66 19 | Q.    (BY MS. HUNT:)  I think we covered | | Relevance (401, 402); Prejudice | |
| 66 20 | this earlier, but it is safe to say that you don't | | (403); Leading (611, 403) | |
| 66 21 | have any formal training in audiology? | | | |
| 66 22 | A.    Oh, no, ma'am. | | | |
| 66 23 | Q.    And if Sgt. Camarillo was diagnosed | | | |
| 66 24 | with tinnitus, there's nothing you know that would | | | |
| 66 25 | cause you to dispute that diagnosis? | | | |
| 67 1 | MS. OZUROVICH:  Object to the form. | | | |
| 67 2 | A.    No, ma'am. | | | |