UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GUILLERMO CAMARILLORAZO,

    Plaintiff,

vs.

3M COMPANY, et al.,

    Defendants.

Case No. 7:20cv00098-MCR-GRJ

**AMENDED FINAL JUDGMENT**

Amended Final Judgment is entered *nunc pro tunc* to the date of the original judgment, November 16, 2021, in favor of the Plaintiff, GUILLERMO CAMARILLORAZO, and against Defendants, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, in the amount of One Hundred and Ninety-Two Thousand Dollars ($192,000.00) for past pain and suffering, Four Hundred and Eight Thousand Dollars ($408,000.00) for future pain and suffering, One Hundred and Ten Thousand Six Hundred and Forty-Five Dollars ($110,645.00) for future loss of earning capacity, One Hundred and Five Thousand Seven Hundred and Fifty Dollars ($105,750.00) for future medical expenses, for a total of Eight Hundred and Sixteen Thousand Three Hundred

and Ninety-Five Dollars ($816,395.00) in compensatory damages plus Seven Million Three Hundred and Forty-Seven Thousand Five Hundred and Fifty-Five Dollars ($7,347,555.00) in exemplary damages, for a total award of Eight Million One Hundred and Sixty-Three Thousand Nine Hundred and Fifty Dollars ($8,163,950.00), together with costs taxed against Defendants and post-judgment interest to be calculated from November 16, 2021, until the date the judgment is paid at a rate of 0.09 percent.

|  |  |
|---|---|
| | JESSICA J. LYUBLANOVITS, |
| | CLERK OF COURT |
| January 12, 2023 | /s/ *Barbara Rogers* |
| DATE | Deputy Clerk: |